# UNITED STATES DISTRICT COURT

__Middle__ DISTRICT OF __Alabama, Northern Division__

Jearldean Thomas

V.

Utility Trailer Manufacturing Company
d/b/a Utility Trailer Corporation

**SUMMONS IN A CIVIL CASE**

CASE NUMBER: 1:05CV914-F

TO: Utility Trailer Manufacturing Co.
The Corporation Company
60 Commerce Street
Montgomery, AL 36103

**YOU ARE HEREBY SUMMONED** and required to serve upon PLAINTIFF'S ATTORNEY (name and address)

Jearldean Thomas, pro se
405 Highland Drive
Enterprise, AL 36330

an answer to the complaint which is herewith served upon you, within 20 days after service of this summons upon you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. You must also file your answer with the Clerk of this Court within a reasonable time period after service.

Debra P. Hackett
CLERK

DATE 9/28/05

(BY) DEPUTY CLERK