IN THE UNITED STATES DISTRICT COURT FOR
THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-914-F |
| ) | |
| UTILITY TRAILER MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

It is hereby ORDERED that, pursuant to 28 U.S.C. § 636(b)(1), this case is referred to Magistrate Judge Vanzetta P. McPherson for all pretrial proceedings and entry of any orders or recommendations as may be appropriate.

DONE this 30th day of September, 2005.

/s/  Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE