| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X ☐ Agent ☐ Addressee<br>B. Received by (Printed Name)    C. Date of Delivery |
| 1. Article Addressed to:<br><br>Utility Trailer Manufacturing Co.<br>THE CORPORATION COMPANY<br>60 COMMERCE STREET<br>MONTGOMERY, AL 36103 | 1:05CV914-F<br>SCC<br>D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>☐ Mail ☐ Express Mail<br>☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D.<br>4. Restricted Delivery? (Extra Fee) ☐ Yes |
| 2. Article Number (Transfer from service label)  7000 1670 0013 7664 9779 | |
| PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540 | |

OFFICE OF THE CLERK
U. S. DISTRICT COURT
ONE CHURCH ST., RM B-110
MONTGOMERY, AL 36104

Utility Trailer Manufacturing Co.
The Corporation Company
60 Commerce Street
Montgomery, AL 36103

7000 1670 0013 7664 9779

RECEIVED
2005 OCT -4  A 9:26
DEBRA P. HACKETT, CLERK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA