IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) |
| | ) CIVIL ACTION NO. 1:05CV914-F |
| | ) [WO] |
| UTILITY TRAILER MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendants. | ) |

**ORDER ON MOTION**

Pursuant to the order of referral entered on 30 September 2005 for action or recommendation on all pretrial matters (Doc. # 4), the Magistrate Judge considers the *pro se* Plaintiff's *Motion to Proceed In Forma Pauperis,* filed on 23 September 2005 (Doc. #2).

The court wishes the plaintiff to understand *fully* the limited nature of being allowed to proceed *in forma pauperis.*  This status does permit the plaintiff to *commence* this lawsuit without *prepayment* of fees and court costs, but it does not permit the plaintiff to maintain the lawsuit without incurring any personal expenses.

The plaintiff should understand that she *may* incur expenses as a result of the prosecution of this case, and there is no provision for the court's payment of those expenses. For example, in the event of a trial, the plaintiff may compel the attendance of witnesses through subpoena *only* by tendering to each witness payment of a one-day witness fee of $40, plus mileage.  Additionally,  court costs, in varying amounts,  can be very substantial, and they are normally assessed against the losing party.  This means that a plaintiff who loses a case may be charged with, and obligated to pay, *all* court costs, even though the plaintiff is proceeding *in forma pauperis*,

Having advised the plaintiff of the possible expense of litigation, it is

ORDERED that the *motion for leave to proceed in forma pauperis*, filed on 23 September 2005 (Doc. # 2) be and is hereby GRANTED.

DONE THIS 4th day of October, 2005.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE