IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV914-MEF |
| ) | |
| UTILITY TRAILER MANUFAC- ) | |
| TURING CORPORATION, ) | |
| ) | |
| Defendants. ) | |

## ORDER

The summons and complaint issued in this case on 28 September 2005, and the record reveals that on 4 October 2005, they were returned to the court unexecuted. Since that time, the plaintiff has not provided the court with a new address, nor has she taken any other steps to prosecute her claims. This court has the authority to dismiss the action when a plaintiff fails to prosecute claims. Inasmuch as the plaintiff has been permitted to proceed without payment of fees, the court discerns no reason why she has not made a renewed effort to serve the defendant. Accordingly, for these reasons, it is ORDERED as follows:

1. On or before 10 April 2006, the plaintiff shall advise the court in writing whether she still wishes to pursue her claims.

2. On or before 10 April 2006, the plaintiff shall provide the court with a new address or corrected address where the defendant can be duly served and the name of the person who should be served with the summons and complaint.

The plaintiff is CAUTIONED that her failure to comply with this order could lead to a Recommendation that this case (and her claims) be dismissed.

DONE this 24th day of March, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE