Thomas v Utility Trailer

RECEIVED
2006 APR 11 A 9:58

4/2/06

1:05CV914

To
Vanzetta Penn McPherson
United States Magistrate Judge:

You Honor I am getting the run around from the people at Utility Trailer.

This Adresse
Utility Trailer Corporation
P O Box 311690
1300 North Main Street
Enterprise, Alabama 36330
Telephone # 334-347-3300

is the address that I applied for work. This is the plant that I have been denied work. This is the plant where the Personel person lied to me, That they had no opening when in fact they did.

Your Honor; This is where the papers should be serened. Please do not dismiss this case. They are dodging being served, Because they know that if they can not be served this case cannot continue

Respectfully,
Ms Jearldean Thomas
405 Highland Dr
Enterprise Ala. 36316
334-308-9996

The name on the Form I have enclosed is Their Attorney of Record at the time of the filing of this Charge. The papers either go to The firm of Albert Vreeland II, Sehr, Middlebrooks, Price & Freebord
P.O. Box 11945
Bham, AL 35202-1945

# MAILING INSTRUCTIONS

CHARGE NO.  130 2005 00547

**CHARGING PARTY**

Name: Ms. Jearldean Thomas
Street Address: 405 Highland Drive
City, State & Zip: Enterprise, AL 36330
Tel. No.(w/ area code): 334. 308. 9996

**CHARGING PARTY ATTORNEY**

Name: ~~Mr. Everett M. Urech, Attorney~~   Ms Jearldean Thomas
Firm: ~~Urech & Livaudais, P. C.~~   405 Highland drive
Street Address: ~~P. O. Drawer 70~~   Enterprise, ALA.
City, State & Zip: ~~Daleville, AL 36322~~   334-308-9986
Tel. No.(w/ area code): ~~334-598-4455~~   FAX# 334. 598. 2076

Correct name and address of Respondent and Respondent's Representative to whom correspondence (decision, etc.) should be mailed:

If there is an attorney, other than Respondent's Representative named above, give correct name, firm, and address. (If the attorney is not an "in house" attorney, give name of a Respondent Representative (above) to whom copies should be mailed.)

UTILITY TRAILERS, INC.   Albert Vreeland, II
1300 n. Main Street   Lehr, Middlebrooks, Price & Vreeland
Enterprise, AL 36330   P.O. Box 11945
3334. 347. 3300   B'ham, AL 35202-1945

*this address*

(If any of the above information has changed since the investigation, provide the most current information below (include names, addresses, zip codes, and telephone numbers where it is indicated above.)   *on this address*

Ms. Marsha Cannon   Personnel Officer
Human Resource Manager
Utility Trailers, Inc.
P. O. Box 311690   telephone # 334-347-3300
Enterprise, AL 36330

Coding Information:
CLR-C. P. Legal Representative
CPR-CP Representative
CPC-Contact Information

RLR-Legal Representative
RPC-Contact Information
ROF-Requesting Official