AO 440 (Rev. 8/01) Summons in a Civil Action

# UNITED STATES DISTRICT COURT

Middle District of Alabama

Jearldean Thomas
Plaintiff
V.

**Alias SUMMONS IN A CIVIL CASE**

Utility Trailer Mfg. Co.
Defendant

CASE NUMBER: 1:05cv914-MEF

TO: (Name and address of Defendant)

Utility Trailer Corporation
1300 North Main Street
Enterprise, AL 36330

**YOU ARE HEREBY SUMMONED** and required to serve on PLAINTIFF'S ATTORNEY (name and address)

Jearldean Thomas
405 Highland Drive
Enerprise, AL 36330

an answer to the complaint which is served on you with this summons, within ____20____ days after service of this summons on you, exclusive of the day of service. If you fail to do so, judgment by default will be taken against you for the relief demanded in the complaint. Any answer that you serve on the parties to this action must be filed with the Clerk of this Court within a reasonable period of time after service.

*Debra P. Hackett*

CLERK

(By) DEPUTY CLERK

DATE  4-13-06