**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Utility Trailer Corporation
   1300 North Main Street
   Enterprise, AL 36330

2. Article Number
   (Transfer from service label)   7005 1820 0002 3465 0177

PS Form 3811, February 2004    Domestic Return Receipt    102595-02-M-1540

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
   X _Luann Childs_    ☑ Agent    ☐ Addressee

B. Received by (Printed Name)    C. Date of Delivery
   LUANN CHILDS                   4-21-06

D. Is delivery address different from item 1? ☐ Yes
   If YES, enter delivery address below: ☑ No

   1:05CV914
   alias S+C

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)    ☐ Yes