IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEARLDEAN THOMAS** )<br>)<br>)<br>**Plaintiff,** )<br>)<br>)<br>v. )<br>)<br>)<br>**UTILITY TRAILER MANUFACTURING** )<br>**COMPANY d/b/a UTILITY TRAILER** )<br>**CORPORATION** )<br>)<br>**Defendant.** | **CIVIL ACTION NUMBER:**<br>**1:05cv914-F** |

## CORPORATE DISCLOSURE STATEMENT

COMES NOW, Utility Trailer Manufacturing Co., Inc., Defendant in the above-styled action, and pursuant to Federal Rule of Civil Procedure 7.1 states as follows: Utility Trailer Manufacturing Co., Inc. is a privately-held corporation, with no parent corporation, and no publicly held corporation owns 10% or more of its stock.

This the 10th day of May, 2006.

        Respectfully submitted,

        s/Albert L. Vreeland, II
        Albert L. Vreeland, II ASB-0066-V78A
        avreeland@lehrmiddlebrooks.com

        s/Jennifer L. Howard
        Jennifer L. Howard ASB-9511-O68J
        jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002
(205) 326-3008 (fax)

## CERTIFICATE OF SERVICE

  I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed by United States Postal Service the document to the following non-CM/ECF participants:

    Ms. Jearldean Thomas
    405 Highland Drive
    Enterprise, AL  36330

      Respectfully submitted,


      s/Albert L. Vreeland, II
      Albert L. Vreeland, II ASB-0066-V78A
      avreeland@lehrmiddlebrooks.com


      s/Jennifer L. Howard
      Jennifer L. Howard ASB-9511-O68J
      jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002
(205) 326-3008 (fax)


153616