IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEARLDEAN THOMAS,**   )<br>)<br>)<br>**Plaintiff,**   )<br>)<br>**v.**   )<br>)<br>**UTILITY TRAILER MANUFACTURING**   )<br>**COMPANY d/b/a UTILITY TRAILER**   )<br>**CORPORATION,**   )<br>)<br>**Defendant.**   ) | **CIVIL ACTION NUMBER:**<br>**1:05cv914-F** |

**DEFENDANT'S MOTION TO DISMISS COUNTS FIVE
THROUGH SEVEN OF PLAINTIFF'S COMPLAINT**

Defendant, Utility Trailer Manufacturing Company, pursuant to Federal Rule of Civil Procedure 12(b)(6), moves the Court to dismiss Counts Five through Six of Plaintiff's Complaint for failure to state a claim upon which relief can be granted. In support of dismissal, Defendant shows as follows: (1) Plaintiff's equal protection claim – Count Five (42 U.S.C. § 1983) – is due to be dismissed because Plaintiff does not allege (nor can she prove) any "state action" by this Defendant; and (2) Plaintiff's negligence claims – Count Six (negligent training) and Count Seven (negligent failure to retain) – are due to be dismissed because Plaintiff does not allege (and cannot prove) that this Defendant owed any duty recognized under Alabama law to exercise the level of care needed in the training and/or retention of its workforce to prevent discrimination toward applicants. The grounds for this motion are set forth more fully in the supporting memorandum of law being filed contemporaneously herewith.

Respectfully submitted,


s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A
avreeland@lehrmiddlebrooks.com


s/Jennifer L. Howard
Jennifer L. Howard ASB-9511-O68J
jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002
(205) 326-3008 (fax)

## CERTIFICATE OF SERVICE

I hereby certify that on May 10, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system and that I mailed by United States Postal Service the document to the following non-CM/ECF participants:

Ms. Jearldean Thomas
405 Highland Drive
Enterprise, AL  36330

Respectfully submitted,


s/Albert L. Vreeland, II
Albert L. Vreeland, II ASB-0066-V78A
avreeland@lehrmiddlebrooks.com


s/Jennifer L. Howard
Jennifer L. Howard ASB-9511-O68J
jhoward@lehrmiddlebrooks.com

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama  35202-1945
(205) 326-3002
(205) 326-3008 (fax)
141995

2