IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV914-MEF |
| ) | [WO] |
| UTILITY TRAILER MANUFAC- ) | |
| TURING COMPANY, etc., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

On 10 May 2006, the defendant filed a Motion to Dismiss Counts Five Through Seven of the complaint[1] (Doc. # 13). Accordingly, it is

ORDERED that on or before 16 June 2006, the plaintiff shall show cause in writing why the motion should not be granted on the grounds alleged. The show cause response should consist of a short response and a brief in support of the response.

Thereafter, the motion will be deemed submitted on the motion, the pleadings, and the plaintiff's response. The plaintiff is ADVISED that, at this stage of the litigation, the court's task is to determine whether, as a matter of law, she should be permitted to proceed on the three referenced counts. Thus, the court will not consider or evaluate evidence, nor will the court make credibility findings in case of factual disputes.

---

[1]The heading of the motion referenced "Counts Five Through Seven". The text of the motion referenced "Counts Five through Six"; however, because the discussion in the motion clarifies its reference to count seven as well, the plaintiff should address in her response three counts: 5, 6, and 7.

The plaintiff is also ADVISED that her failure to respond to the court's order may lead to a Recommendation that Counts 5, 6, and 7 of the complaint be DISMISSED.

DONE this 15th day of May, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE