IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, )<br>)<br>Plaintiff, )<br>)<br>v. )<br>)<br>UTILITY TRAILER MANUFACTURING )<br>COMPANY d/b/a UTILITY TRAILER )<br>CORPORATION, )<br>)<br>Defendant. ) | CIVIL ACTION NUMBER:<br>1:05cv914-F |

## REPORT OF PARTIES' PLANNING MEETING

COME NOW the parties, and file with the Court the following Report of Parties' Planning Meeting pursuant to Federal Rules of Civil Procedure 26(f).

1. Pursuant to Fed. R. Civ. P. 26(f), a meeting was held on May 24, 2006, and the following persons participated:

   Jearldean Thomas, *pro se*, and

   Jennifer Howard, Esq. on behalf of Defendant, Utility Trailer Manufacturing Company.

2. Pre-Discovery Disclosures. The parties will exchange by June 16, 2006, the information required by Local Rule 26.1(a)(1).

3. Discovery Plan. The parties jointly propose to the court the following plan:

   a. Discovery will be needed on the following subjects: Plaintiff's claims, Defendant's defenses, and damages issues.

   b. All discovery commenced in time to be completed by March 30, 2007.

  c. Maximum of 25 interrogatories by each party to any other party. Responses due thirty (30) days after service.

  d. Maximum of 25 requests for production by each party to any other party. Responses due thirty (30) days after service.

  e. Maximum of 25 requests for admission by each party to any other party. Responses due thirty (30) days after service.

  f. Maximum of seven depositions by Plaintiff and seven by Defendant.

  g. Reports from retained experts under Rule 26(a)(2) due:

   from Plaintiff by August 25, 2006;

   from Defendant by September 25, 2006.

  h. Supplementations under Rule 26(e) due thirty (30) days before the close of discovery.

4. Other Items.

  a. The parties do not request a conference with the court before entry of the scheduling order.

  b. Plaintiff should be allowed until June 23, 2006, to join additional parties and until June 23, 2006, to amend the pleadings.

  c. Defendant should be allowed until July 24, 2006, to join additional parties and until July 24, 2006, to amend the pleadings.

  d. All potentially dispositive motions should be filed by Feb. 28, 2007, 2007.

e.  Settlement cannot be realistically evaluated prior to close of discovery.

f.  The parties request a final pretrial conference in June 2007.

g.  Final lists of trial evidence and objections thereto under Rule 26(a)(3) will be due on dates as determined by the court:

from Plaintiff: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

from Defendant: witnesses by thirty (30) days prior to trial; exhibits by thirty (30) days prior to trial.

5.  The case should be ready for trial by July 30, 2007, and at this time is expected to take approximately two to three day(s).

DATED this ____ day of May, 2006.

Respectfully Submitted,

_____
Albert L. Vreeland, II  ASB-0066-V78A
Jennifer I. Howard  ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
(205) 326-3002

_____
Jearldean Thomas, Pro se

Ms. Jearldean Thomas
405 Highland Drive
Enterprise, AL 36330