# MINUTES

## IN THE UNITED STATES DISTRICT COURT FOR THE
## MIDDLE DISTRICT OF ALABAMA, SOUTHERN, DIVISION
### Montgomery, Alabama

HON. Vanzetta Penn McPherson

DATE COMMENCED: 5/31/06

DATE COMPLETED: 5/31/06

DIGITAL RECORDING: 2:32 - 2:47

Jearldean Thomas * 1:05cv914-MEF

vs

Utility Trailer Manufacturing Company

---

| PLAINTIFF | APPEARANCES: | DEFENDANT |
|---|---|---|
| Pro Se - NOT PRESENT | | Albert Loring Vreeland, II |

---

### COURT OFFICIALS PRESENT:

Wanda A. Robinson, Courtroom Deputy

---

### PROCEEDINGS:

( ) JURY TRIAL
(x) OTHER PROCEEDINGS: Scheduling Conference

| Description | 1:05cv914-MEF: Jearldean Thomas vs. Utility Trailer Manufacturing Company: Scheduling Conference | |
|---|---|---|
| Date | 5/31/2006 | Location: Courtroom 5A |
| **Time** | **Speaker** | **Note** |
| 2:32:48 PM | Court | Convenes |
| 2:33:08 PM | | Defendant will relay to the court the fax and telephone number for the pro se plaintiff |
| 2:35:22 PM | Defendant | No issue as to venue or jurisdiction |
| 2:36:53 PM | Defendant | Witnesses and documents in Southern Division with exception of Corporate headquarters documents |
| 2:40:12 PM | Defendant | Ms. Thomas may have been represented during the EEOC stage |
| 2:40:40 PM | Court | Plaintiff will need to submit a backpay schedule-Order will be issued; Discovery conducted in Enterprise, AL; Addresses issues of the complaint |
| 2:45:27 PM | Court | Sets Case for 7/30/07 Trial Term; Gives procedure for proceedings regarding the ruling on motions; Depositions may be arranged at the Court if needed; Defendant to inform the Court if assistance is needed in scheduling depositions, or discovery issues |
| 2:47:25 PM | | Court in Recess |