IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEARLDEAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV914-MEF |
| | ) | |
| UTILITY TRAILER MANUFAC-<br>TURING COMPANY, etc., | )<br>) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 31 May 2006, the court conducted a scheduling conference pursuant to its order entered on 18 May 2006 (See Doc. # 18). Although the defendant's counsel, whose offices are located 100 miles away in Birmingham, appeared at the conference, the plaintiff did not appear. She failed to notify the court *before* the hearing the she could not be present, and she failed to notify the court *after* the hearing of the reason for her absence. The court's attempts to reach the plaintiff by telephone were unsuccessful. The plaintiff's record address is 405 Highland Drive, Enterprise, AL 36330, and her record telephone number is 334-308-9996.

It is critical that the plaintiff, and indeed all of the parties, respond to the court's orders in a timely manner. Failure to do so retards the progress of the case and substantially compromises the court's management of the litigation. Moreover, a party's unexplained failure to comply with the court's orders can, under some circumstances, be construed as contempt of court and can lead to the imposition of monetary sanctions. Accordingly, it is

ORDERED that, on or before 9 June 2006, the plaintiff shall show cause in writing

why she failed to appear at the scheduling conference and why she failed to explain her absence to the court. The plaintiff is further DIRECTED to review her record address and telephone number and advise the court of (1) the accuracy of that address and telephone number; (2) any other telephone numbers where she can be reached, including a fax number or a cell number; and (3) an e-mail address, if she has one.

      DONE this 1st day of June, 2006.

                                  /s/ Vanzetta Penn McPherson
                                  VANZETTA PENN MCPHERSON
                                  UNITED STATES MAGISTRATE JUDGE