IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV914-MEF |
| ) | |
| UTILITY TRAILER MANUFAC- ) | |
| TURING COMPANY, etc., ) | |
| ) | |
| Defendants. ) | |

## ORDER

Based upon the representations of counsel for the defendants at the scheduling conference conducted on 31 May 2006, and for good cause, it is

ORDERED that on or before 30 June 2006, the plaintiff shall file with the Clerk of the court written notice of any backpay or objective damages claim up to the date of the notice. The plaintiff is DIRECTED to itemize her backpay claim and her claim for objective damages to include the following periods: (1) when different salaries apply, (2) when she earned no income, if any, (3) when she earned income from sources other than the defendant. "Objective damages" are those damages which are computable by reference to (1) a salary schedule or other document reflecting a party's alleged entitlement or monies withheld by the employer, or (2) actual expenses incurred by a party for injuries or losses, whether paid or unpaid. The plaintiff is further DIRECTED to include any amounts that should be set off against her backpay claim and to itemize her frontpay claim, if any.

DONE this 1st day of June, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE