| SENDER: COMPLETE THIS SECTION | COMPLETE THIS SECTION ON DELIVERY |
|---|---|
| ■ Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.<br>■ Print your name and address on the reverse so that we can return the card to you.<br>■ Attach this card to the back of the mailpiece, or on the front if space permits. | A. Signature<br>X *Jearldean Thomas* ☐ Agent ☐ Addressee<br>B. Received by (Printed Name) *Jearldean Thomas*  C. Date of Delivery *6/5/06* |
| 1. Article Addressed to:<br><br>Jearldean Thomas<br>405 Highland Drive<br>Enterprise, AL 36330 | D. Is delivery address different from item 1? ☐ Yes<br>If YES, enter delivery address below: ☐ No<br><br>1:05CV914<br>copy of #20 & #21 order |
| | 3. Service Type<br>☐ Certified Mail ☐ Express Mail<br>☐ Registered ☐ Return Receipt for Merchandise<br>☐ Insured Mail ☐ C.O.D. |
| 2. Article Number (Transfer from service label)<br>7005 1820 0002 3461 1659 | 4. Restricted Delivery? (Extra Fee) ☐ Yes |
| PS Form 3811, February 2004 | Domestic Return Receipt   102595-02-M-1540 |