**SENDER: COMPLETE THIS SECTION**

- Complete items 1, 2, and 3. Also complete item 4 if Restricted Delivery is desired.
- Print your name and address on the reverse so that we can return the card to you.
- Attach this card to the back of the mailpiece, or on the front if space permits.

1. Article Addressed to:

   Jearldean Thomas
   405 Highland Drive
   Enterprise, AL 36330

**COMPLETE THIS SECTION ON DELIVERY**

A. Signature
X _Chalbka Thoms_   ☐ Agent  ☐ Addressee

B. Received by (Printed Name): Chulbeka Thomas
C. Date of Delivery: 6/6/6

D. Is delivery address different from item 1? ☐ Yes  ☐ No
   If YES, enter delivery address below:
   1:05 CV 914 -
   copy of 22+23 Order

3. Service Type
   ☐ Certified Mail    ☐ Express Mail
   ☐ Registered        ☐ Return Receipt for Merchandise
   ☐ Insured Mail      ☐ C.O.D.

4. Restricted Delivery? (Extra Fee)   ☐ Yes

2. Article Number (Transfer from service label): 7005 1820 0002 3461 1703

PS Form 3811, February 2004   Domestic Return Receipt   102595-02-M-1540