June 15, 2006

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NOTHERN DIVISON

JEARLDEAN THOMAS

      Plaintiff

V.


UTILITY TRAILER MANUFACTURING
COMPANY d/b/a utility trailer
CORPORATION


      Defendant

CIVIL ACTION
ACTION NUMBER

1:05cv914-F


EXTENTION OF TIME MOTION


I, Jearldean Thomas the plaintiff, comes to the court for a time extentsion, to find an attorney to help me file my response brieft as to why Counts Five through Seven should not be dismissed. Most of the attorneys I have contacted either have heavy case loads already or not taking on any new clients at this time. An some just do not have exprience in handling this type of case. I HAVE FOUND THAt there is not very many lawyers that pratice discrimnating law. But I HAVE been referred to tw0 attorneys That are ver good at this type case.
I PRAY THAT THE COURT will see fit to grant me an extention to get my case in reliable hands.

Respectfully

*Jearldean Thomas*

Jearldean THOMAS