IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEARLDEAN THOMAS,

        Plaintiff,

v.                                                   CIVIL ACTION NO. 1:05CV914-MEF

UTILITY TRAILER MANUFAC-
TURING COMPANY, ect.                  ( EXTENSION OF TIME MOTION )

        Defendants,


      Comes Jearldean Thomas, pro se. plaintiff in Civil Action No. 1:05CV914-MEF against Utility Trailers Manufacturing Company ect., to ask, and pray that the court could grant me a extension of time motion. The lawyer that is helping me get this material together had an emergency, and we didn't get to finish on time. He suggested I ask for this extension. He is still in the process of going over all the material that I have pertaining to my case. I am confident that he will represent me in this matter. This motion is about the court directed me to itemize my back pay claim and claim for objective damages. The lawyer that is helping me did not have time to finish this notice by the June 30th deadline. Your Honor, I did not file this lawsuit just to be filing a lawsuit. I strongly feel that I have been wronged. I know now that justice comes with a price. The Lawyers I have talked to in my efforts say I have a valid claim, But. Believe me, I am not

about wasting the courts time. I did not want to file this but I felt I had no choice.

Respectfully,
Submitted

*[signature]*

Jearldean Thomas, pro se.
June 28, 2006