IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEARLDEAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV914-MEF |
| | ) | |
| UTILITY TRAILER MANUFAC-<br>TURING COMPANY, etc., | )<br>) | |
| | ) | |
| Defendants. | ) | |

## ORDER

On 1 June 2006, the court entered an order directing the plaintiff to file a backpay notice on or before 30 June 2006 (Doc. # 21). The plaintiff has failed to comply with the court's order. In the interim, the plaintiff has filed two motions to "extend" her time to retain legal counsel. The court has denied those motions by separate order.

Thomas, who filed this lawsuit without legal representation, is specifically ADVISED that she is obligated to respond to the court's orders even if she does not have counsel, and that the court will not delay the processing of this case to permit her to retain counsel. Accordingly, it is

ORDERED that on or before 21 July 2006, Thomas shall comply with the order entered on 1 June 2006 (Doc. # 21. The Clerk of the court is DIRECTED to forward to Thomas a copy of that order along with this order.

DONE this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE