IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEARLDEAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV914-MEF |
| | ) | [WO] |
| UTILITY TRAILER MANUFAC-<br>TURING COMPANY, etc., | )<br>) | |
| | ) | |
| Defendants. | ) | |

**ORDER ON MOTION**

On 16 June 2006, the plaintiff ["Thomas"] filed a Motion for Extension of Time to retain an attorney to represent her in this pro se case (Doc. # 26).[1]  Without waiting for a reply from the court, the court does not require Thomas to be represented by counsel in this case, and she is not constitutionally entitled to counsel.  Accordingly, it is ORDERED as follows:

1. To the extent that Thomas believes that she is required or entitled to have representation by an attorney, the motion is DENIED as moot.

2. To the extent that Thomas is requesting the court to stay the proceedings or the effect of its orders until she retains counsel, the motion is DENIED.

---

[1]Actually, Thomas motion to "extend" her time is a misnomer, because, for the reasons stated in this order, the court has never established a deadline for securing an attorney.  Thomas is free to secure counsel at anytime during the pendency of this lawsuit, and she does not need the court's permission to do so.  On the other hand, the presence or absence of counsel for Thomas will not determine the court's processing of this case.

Thomas is REMINDED that she is therefore expected to respond to the court's order of 1 June 2006 (Doc. # 21), as directed by the companion order entered on this date.

DONE this 11th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE