IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV914-MEF |
| ) | [WO] |
| UTILITY TRAILER MANUFAC- ) | |
| TURING COMPANY, etc., ) | |
| ) | |
| Defendants. ) | |

**ORDER ON MOTION**

The court is advised that the effect of certain of its previous rulings may be confusing. This order clarifies the status of the motion and pretrial proceedings generally.

**I.   DISCUSSION**

The rulings pertain to the pending motion to dismiss (Doc. # 13), filed by Utility Trailer Manufacturing Company ["Utility Trailer"] on 10 May 2006. The court initially directed the plaintiff ["Thomas"] to file a response to the motion on or before 16 June 2006 (Doc. # 15), but on that very date, Thomas filed a motion to extend her time to respond (Doc. # 26). She alleged that she needed additional time to retain an attorney "to get [her] case in reliable hands".

In the interim, following the scheduling conference conducted on 31 May 2006 (Doc. # 19), at which Thomas failed to appear, the court directed Thomas to file her notice of backpay on or before 30 June 2006 (Doc. # 21). On 7 July 2006, Thomas filed another

motion requesting an extension of time, without specifying the deadline that she sought to have extended (the response to the motion to dismiss, or the notice of backpay) (Doc. # 27). The court entered an order on 11 July 2006 effectively continuing Thomas' time to file her notice of backpay to 21 July 2006 (Doc. # 28). Inasmuch as Thomas had failed to file her response to the motion to dismiss after 30 additional days, the court entered a second order on 11 July 2006 denying her motion for an extension of that deadline. To clarify any remaining confusion or uncertainty, it is therefore

ORDERED that Thomas' motion to extend deadline (Doc. # 27) is DENIED.

## II.  CONCLUSION

Thus, presently, Utility Trailer's motion to dismiss remains pending, and it is submitted, and Thomas has only one additional day to file her notice of backpay. The court will now proceed to consider the motion. Thomas is ADVISED that further failures to comply with the court's orders in a timely manner could lead to a Recommendation that her claims be dismissed for want of prosecution.

DONE this 20th day of July, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE