IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTERN DIVISION

RECEIVED
2006 JUL 21 P 3: 01
DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

| | |
|---|---|
| JEARLDEAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV914-MEF |
| | ) |
| UTILITY TRAILER MANUFAC- | ) |
| TURING COMPANY, etc, | ) |
| | ) |
| Defendants, | ) |

Responding to court order directing me to file a back pay or objective damage claim.

Back pay claim is for $19,080.00. No objective damage is claimed.

1. When different salaries apply.

| | |
|---|---|
| Triumph Daycare | $990.19 |
| Southtech Ind. | $766.49 |
| Phillips Van Heusen Corp. | $68.64 |
| H&S Home Services | $33.00 |
| Hammer L.L.C (about) | $2,000.00 |

    HS Automotive Alabama Inc. $14,844.00 which $8,000.00 was overtime from June 2005 to Dec. 31, 2005.
    HS Automotive Alabama Inc. $8,635.17 from January 1, 2006 until the present.

2. I earned no income from January 2000 to 2003.

3. I never worked or earned income from utility trailer Manufacturing company d/b/a Utility Trailer Corporation, the other sources were listed in # 1.

1. I have no claim for monies withheld by employer.

2. I incurred no injuries or losses; I have no claim for this.

I have no amounts that should be set off against my back pay claim and I have no front pay claim.

Respectfully Submitted,

*Jearldean Thomas*
Jearldean Thomas

405 Highland Drive
Enterprise, ALa. 36330

334-308-9996

Certificate of Service

I Hereby certify That on This 21 day of July, 2006, A copy of this Court Order directing me to file a back pay or objective damage claim was mailed, postage prepaid, to Veelebrezzer and associat

*Jearldean Thomas, prose*

7/21/2006