IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEARLDEAN THOMAS,** ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:05cv914-F |
| ) | |
| **UTILITY TRAILER MANUFACTURING** ) | |
| **COMPANY d/b/a UTILITY TRAILER** ) | |
| **CORPORATION,** ) | |
| ) | |
| Defendant. ) | |

## PLAINFIFFS ANSWER TO DEFENDANTS MOTION TO DISMISS COUNTS FIVE THROUGH SEVEN OF PLAINTIFFS COMPLAINT.

### COUNT FIVE

Count five of the plaintiffs' complaint should not be dismissed because the conduct of the Defendant constitutes unlawful Discrimination of Plaintiff on the basis of sex. In violation of 42 U.S.C § 1983, I the Plaintiff was denied a position solely because I am a woman and no other reason. I was not given equal opportunity or the same consideration as the men applicants. I have as much recent welding experience as some of the applicants and more than others. Plaintiff brings this action to remedy and redress the violation of plaintiffs Fourteenth amendment right to equal protection based upon the failure to confer upon plaintiff the rights and work environment of similarly situated male employees.

## COUNT SIX

I, the Plaintiff do not object to this motion being dismissed. Reason being, Defendant did not state in the Employment ad they placed in the Newspaper, that they would train. You normally would already have welding experience unless otherwise stated.

## COUNT SEVEN

Count Seven should not be dismissed, because Defendant retaliated against I the Plaintiff, and did so as part of a pattern and practice of retaliation, because I opposed Defendants discriminatory practices, and because I previously filed an E E O C charge. The Defendant is in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C. §§ 2000e et seq. of § 1981 a.

Respectfully Submitted,

Jearldean Thomas

## CERTIFICATE OF SERVICE

I herby certify that on this 3rd day of August 2006, a copy of this Motion to dismiss Motion was mailed Postage prepaid to:

Lehr Middlebrooks
& Vreeland
A Professional Corporation
Attorneys And Counselors
2021 Third Avenue North
Reply To: P.O. Box 11945
205 326-3008
Facsimile: 205 326-3008

Respectfully Submitted,

Jearldean Thomas