IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NO. 1:05CV914-MEF |
| | ) [WO] |
| UTILITY TRAILER MANUFAC-  TURING COMPANY, etc., | ) ) |
| | ) |
| Defendants. | ) |

## SUPPLEMENTAL RECOMMENDATION
## OF THE MAGISTRATE JUDGE

On 4 August 2006, the Magistrate Judge entered a Recommendation advising the court to dismiss counts five, six, and seven of the plaintiff's complaint. The plaintiff belatedly filed an "Answer" to the defendants to dismiss those counts on 7 August 2006 (Doc. # 33).

Upon consideration of her answer, and for good cause, the Magistrate Judge affirms the earlier Recommendation (See Doc. # 32). The three aforementioned counts should be dismissed, notwithstanding the plaintiff's Answer.

### I.  DISCUSSION

This Supplemental Recommendation is based on the following:

*A.*  *The Answer is Not Timely*

The defendant's motion, along with its supporting brief, were filed on 10 May 2006

(Docs. # 13, 14), and the plaintiff was directed to show cause by 16 June 2006 why the motion should not be granted (Doc. # 15). In the meantime, the court entered an order on 5 June 2006 directing the parties to file responses to dispositive motions "not later than 21 days thereafter" (Doc. # 23). The plaintiff failed to meet the 16 June 2006 deadline, and she failed to file a response within 21 days of the motion. In fact, as of 20 July 2006, when the court entered a clarifying motion (Doc. # 30), the plaintiff still had not responded.

Only after the Recommendation was filed on 4 August 2006 did the plaintiff attempt to respond. Her response comes far too late.

B.  *The Plaintiff Agrees to the Dismissal of Count Six*

The plaintiff stated that she does not "object to this motion [as to count six] being dismissed". Thus, in addition to the grounds articulated in the Recommendation supporting dismissal of count six, there is no opposition to its dismissal.

C.  *The Plaintiff's Argument is Meritless*

With respect to count five, Utility Trailer is not, for the reasons stated in the Recommendation, subject to 42 U.S.C. § 1983. The plaintiff's arguments do not address this point at all; instead, she merely reiterates her claim. Count five should be dismissed.

The plaintiff's argument supporting retention of count seven focuses entirely upon her claim of retaliation. However, the retaliation claim is clearly articulated in count two of the complaint, and its restatement in count seven is superfluous. In that connection, footnote 2

of the Recommendation reminds the parties that if the court adopts the Recommendation, count two - retaliation under Title VII - will remain as a claim in this case.

## II.  CONCLUSION

For the foregoing reasons, the Magistrate Judge affirms the conclusion in the Recommendation entered on 4 August 2006.  The plaintiff's claims in counts five, six, and seven of her complaint should be DISMISSED with prejudice.

DONE this 9th day of August, 2006.

/s/ Vanzetta Penn McPherson
VANZETTA PENN MCPHERSON
UNITED STATES MAGISTRATE JUDGE