IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JEEARLDEAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | )   CASE NO.  1:05-cv-914-MEF |
| | )             WO |
| UTILITY TRAILER MANUFACTURING | ) |
| COMPANY, d/b/a Utility Trailer | ) |
| Corporation, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's response (Doc. #33) to the Recommendation of the Magistrate Judge (Doc. #32) filed on August 7, 2006 is overruled;

2. The Recommendation of the Magistrate Judge entered on August 4, 2006 and supplemented on August 9, 2006 are adopted;

3. The defendants' motion to dismiss (Doc. #13) is GRANTED and counts five, six and seven of the plaintiff's complaint are dismissed with prejudice.

4. This matter is referred back to the Magistrate Judge for further proceedings.

DONE this the 28th day of August, 2006.

/s/ Mark E. Fuller
CHIEF UNITED STATES DISTRICT JUDGE