IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| **JEARLDEAN THOMAS,** )<br>)<br>**Plaintiff,** )<br>)<br>v. )<br>)<br>**UTILITY TRAILER MANUFACTURING** )<br>**COMPANY d/b/a UTILITY TRAILER** )<br>**CORPORATION,** )<br>)<br>**Defendant.** ) | **CIVIL ACTION NUMBER:**<br>**1:05cv914-F** |

## NOTICE CONCERNING SETTLEMENT CONFERENCE AND MEDIATION

Utility Trailer Manufacturing Company, Defendant in the above-styled action, reports to the Court as follows.

As required by the Court's scheduling order, the parties conducted face-to-face settlement negotiations on December 19, 2006. Settlement has not been reached. The parties have agreed that further settlement negotiations may be conducted after further discovery. The parties do not believe this action is suitable for mediation at this time.

Defendant submits this report on behalf of both parties, as Plaintiff is appearing *pro se* in this action.

Respectfully submitted on this 28th day of December, 2006.

                                          /s/ Jennifer L. Howard
                                          Jennifer L. Howard ASB-9511-O68J

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
Telephone: (205) 326-3002
Facsimile: (205) 326-3008

## **CERTIFICATE OF SERVICE**

  I hereby certify that on December 28, 2006, I electronically filed the foregoing with the Clerk of the Court using the CM/ECF system.

  I hereby further certify that I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Ms. Jearldean Thomas
> 405 Highland Drive
> Enterprise, AL  36330

> Respectfully submitted,
>
> s/Jennifer L. Howard ASB-9511-O68J
> Jennifer L. Howard ASB-9511-O68J
> Lehr Middlebrooks & Vreeland, P.C.
> P.O. Box 11945
> Birmingham, AL 35202-1945
> Phone:  (205) 326-3002
> Fax:  (205) 326-3008
> E-mail: jhoward@lmpv.com
> Bar No.: ASB-9511-O68J

168186