IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS,         )<br>                           )<br>    Plaintiff,            )<br>                           )<br>v.                         )<br>                           )<br>UTILITY TRAILER MANUFACTURING )<br>COMPANY d/b/a UTILITY TRAILER )<br>CORPORATION,              )<br>                           )<br>    Defendant.             ) | CIVIL ACTION NUMBER:<br>1:05cv914-F |

## MOTION FOR SUMMARY JUDGMENT

Defendant Utility Trailer Manufacturing Company (hereafter "Defendant"), moves the Court, pursuant to Federal Rule of Civil Procedure 56, to enter judgment in its favor with respect to all claims asserted by Plaintiff. Defendant avers that with respect to the foregoing motion, there is no genuine issue as to any material fact, and Defendant is entitled to summary judgment as a matter of law. This motion is based upon the pleadings and the following filed concurrently herewith:

1.  Excerpts from the deposition of Jearldean Thomas and certain exhibits thereto;

2.  Affidavit of Marsha Cannon and Exhibit A thereto.

Respectfully Submitted,


s/Jennifer L. Howard
Albert L. Vreeland, II  ASB-0066-V78A
Jennifer L. Howard  ASB-9511-O68J

OF COUNSEL:
LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008
E-mail: jhoward@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participants:

> Ms. Jearldean Thomas
> 405 Highland Drive
> Enterprise, AL  36330

s/Jennifer L. Howard
OF COUNSEL

168829