IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | CIVIL ACTION NUMBER: |
| v. ) | 1:05cv914-F |
| ) | |
| UTILITY TRAILER MANUFACTURING ) | |
| COMPANY d/b/a UTILITY TRAILER ) | |
| CORPORATION, ) | |
| ) | |
| Defendant. ) | |

## DEFENDANT'S EVIDENTIARY SUBMISSION
## IN SUPPORT OF ITS MOTION FOR SUMMARY JUDGMENT

Defendant Utility Trailer Manufacturing Company, d/b/a Utility Trailer Corporation, submits the following evidence in support of its Motion for Summary Judgment:

1. Affidavit of Marsha Cannon and Exhibit A attached thereto; and

2. Excerpts from the Deposition of Jearldean Thomas and selected exhibits attached thereto.

Respectfully Submitted,

s/Jennifer L. Howard
Jennifer L. Howard ASB-9511-068J

LEHR MIDDLEBROOKS & VREELAND, P.C.
P.O. Box 11945
Birmingham, Alabama 35202-1945
Phone: (205) 326-3002
Fax: (205) 326-3008
E-mail: jhoward@lehrmiddlebrooks.com

## CERTIFICATE OF SERVICE

I hereby certify that on February 21, 2007, I have mailed by United States Postal Service the document to the following non-CM/ECF participant:

Ms. Jearldean Thomas
405 Highland Drive
Enterprise, AL  36330

s/Jennifer L. Howard
OF COUNSEL

179179.doc