# EXHIBIT A

✱ 439-LM

# APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

**DO NOT WRITE IN THIS SPACE**

STARTING DATE _____ DEPT. _____
POSITION _____ POSITION NO. _____
RATE _____ EMPLOYEE NO. _____
SHIFT/HRS. _____ HIRED BY _____

## NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in the application process, please make that fact known to the individual processing your application, as you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability, to enable you to take or successfully complete any such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| | LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|---|
| | Berry | Chris | Parish |

ADDRESS: US County Road 367    Eufaula    AL    36027

| NUMBER | STREET | CITY | STATE | ZIP CODE |

AREA CODE (334) 6120-2870 - 897-85   HOME PHONE ____

DATE  4-27-04

Salary or Pay Expected _____ Rising Wage

Kind of work desired: Welder

If hired, can you present evidence of your legal right to work in the United States? ☒ YES ☐ NO

## WORK PREFERENCE

SHIFTS WILLING TO WORK ☒ 1. ☐ 2. ☐ 3.

Do you have any continuing obligations which might affect your work schedule? ___

Describe your prior experience in the kind of work you want. ___ Boilermaker

Describe any formal schooling or training for this work. ___ Welded at Utility Trailer for about 5 or 6 months

List any licenses or Certificates you might have. ___ none

List any special skills you may have (Typing, machine operation, etc.) ___ Forklift

List job benefits other than wages you expect or want in order of importance. ___ Insurance

How do you plan to daily commute to work? ___ with my vehicle

Why did you apply for work here? ___ Need 40 hrs.

Will you work daily overtime on occasion if necessary? ___ yes    Date available for work ___ any date

Have you ever applied for work at this company before? ___ yes

Do you plan to work elsewhere or attend school and work here too? ___ No

Are you a minor? (under 18 years old) ___ no

Have you ever been refused a surety bond or ever had one cancelled? ___ No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES ☐ NO

Have you ever been discharged for cause? ___ No

Have you ever been previously employed by Utility Trailer? ☒ YES ☐ NO

If yes, when and why did you leave? ___ to go out of town to work

Have you ever served in the U.S. Armed Forces? ☐ YES ☒ NO

Branch of Military Service ___

Rank at Discharge ___

Training ___

Have you ever been convicted of a felony? If yes, state the circumstances (A criminal record does not automatically bar employment) ___ No

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Michael Walker | Cousin |
| Kenneth King | Friend |

Utility Trailer/Thomas - Documents Produced by Defendant                                                                D00097

**DUCATION AND TRAINING:**

| rade and igh School | Name of Last School _ELBA High_ | Address _ELBA AL  36323_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? _No_ | Average Grade |
| | 1 2 3 4 5 6 7 8 9 10 (11) 12 | Special Courses (typing, etc.) _Welding_ |

| ollege or niversity | Name | Address |
|---|---|---|
| | | Degree _____ Date |
| | Major Subject | Scholarship Average |

| ther (Graduate, Trade chool, Correspondence chool, Etc.) | Name | Address |
|---|---|---|
| | Length of Course | Was Course Completed? |
| | Subject | Scholarship Average |

**MPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED

1. Employer _Berry Brothers Brick Mason_ Address _Smith Ave ELBA Ala_   Phone _334-897-8636_

Main duties _Layers Labor_

From _1993 After Schol_ to _July 03_   Starting Pay _8_   Leaving Pay _10_   Supervisor _Billy Berry (DAD)_

What did you like about this job? _/_   What did you dislike about this job? _Weather_

Why did you leave? _Hardley got 40 hrs._

2. Employer _Dorsey Trailers_ Address _ELBA_   Phone _N/A_

Main duties _Welder_

From _Aug 16-03_ to _Feb 5-04_   Starting Pay _10_   Leaving Pay _10_   Supervisor _Berry Enlings_

What did you like about this job? _welding & 40hrs a week_   What did you dislike about this job? _No check sometimes on Friday_

Why did you leave? _Dorsey was going out of business & sometimes they wouldn't have a check for p_

3. Employer _None_ Address   Phone

Main duties

From _____ to _____   Starting Pay _____   Leaving Pay _____   Supervisor

What did you like about this job?   What did you dislike about this job?

Why did you leave?

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. _N/A_ | | | | | |
| 5. _N/A_ | | | | | |
| 6. _N/A_ | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false  would be considered by me as just cause for discharge and I further affirm  that I have not  knowingly  withhold any facts or circumstances that would  detrimentally  affect this  application. I hereby  authorize  any former employer, person, firm or corporation listed hereon  including this company  to answer any and  all questions and agree to hold all persons harmless for giving any  and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be  completely  voluntary and  may  be  terminated at will  at  any time upon notice by either myself or my company  I agree to  take and pass a  company - paid - for physical examination  by a  physician at any time after employment as a condition of employment. If employed, I agree to  comply with all reasonable  rules of the company as a condition of continued employment. In the event  the company advances me money or  other things  of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages  due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _9-22-04_   Signature of Applicant _Chris Berry_

Time: 10:1 - 2:30

# APPLICATION FOR EMPLOYMENT

**UTILITY**

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

| DO NOT WRITE IN THIS SPACE |
|---|
| STARTING DATE ____ DEPT. ____ |
| POSITION ____ |
| RATE ____ EMPLOYEE NO. ____ |
| SHIFT/HRS. ____ HIRED BY ____ |

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to successfully complete such a test, please make that fact known in advance to the test administrator. An offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME ____ Eckleberger ____    FIRST NAME ____ Roger ____    MIDDLE NAME ____ Thomas ____

ADDRESS  NUMBER ____ 846 ____  STREET ____ Co. Rd. 547 ____  CITY ____ ELBA ____  STATE ____ AL ____  ZIP CODE ____

AREA CODE (334) ____ HOME PHONE ____ 393-9448 ____   DATE ____ 7/16/04 ____

Kind of work desired: ____ Maintance, Welding, CNC operater ____

If hired can you present evidence of your legal right to work in the United States? ____ YES ____ NO

**WORK PREFERENCE**

SHIFTS WILLING TO WORK: ____ 1, 2, 3 ____    Will you work daily overtime on occasion if necessary? ____ Yes ____

Date available for work ____ A S A P ____

Do you have any continuing obligations which might affect your work schedule? ____ No ____

Salary or Pay Expected ____ $10.___ ____

Describe your prior experience in the kind of work you want: ____ Welding (M, Tig, Smaw) CNC operater, Repair Welding, Fabricate ____

List any formal schooling or training for this work ____ Community College ____

Have you ever been previously employed by Utility Trailer? ____ YES ____ NO

List any licenses or Certificates you might have ____ AWS Certified, Contractor license welding ____

If yes, when and why did you leave? ____

List any special skills you may have (Typing, machine operation, etc.) ____ Set-up, CNC, Brake, Shear, Mill, Punch ____

Have you ever served in the U.S. Armed Forces? ____ YES ____ NO

Branch of Military Service ____

List job benefits, other than wages you expect or want, in order of importance ____ Insurance, Holidays ____

Rank at Discharge ____

Why did you apply for work here? ____ Experienced in steel work ____

Training ____

Have you ever applied for work at this company before? ____ No ____

Do you plan to work elsewhere or attend school and work here, too? ____ No ____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) ____

Are you a minor (under 18 years old) ____ No ____

Have you ever been refused a surety bond or ever had one cancelled? ____ No ____

How do you plan to commute to work? ____ Car ____

Have you ever been discharged for cause? ____ No ____

As a condition of employment, would you be willing to take a drug/alcohol screening exam before and after employment if requested? ____ YES ____ NO

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**

| NAME | RELATIONSHIP |
|---|---|
| John Miller | Friend |

## EDUCATION AND TRAINING:

| | | |
|---|---|---|
| ...ge and ... School | Name of Last School _Washington High School_ | Address _Washington NC_ |
| | (Circle Highest Year Completed) Did you Graduate? _Yes_ | Average Grade _B_ |
| | 1 2 3 4 5 6 7 8 9 10 11 12 | Special Courses (typing, etc.) _Jr. Rotc A+_ |
| ...llege or ...versity | Name _Beaufort Co. Comm. Coll_ | Address _Washington NC_ |
| | | Degree _Welding Certificate_ Date _1994_ |
| | Major Subject _Welding / Prototype_ | Scholarship Average _A_ |
| Other (Graduate, Trade, School, Correspondence School, Etc.) | Name | Address |
| | Length of Course | Was Course Completed? |
| | Subject | Scholarship Average |

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED.

1. Employer _Pilgrims Pride_ Address _Enterprise AL_ Phone _(334) 347-0515_
Main duties _Maintenace, Electrical & Mechanical, Maintenance on all Equipment_
From _2003_ to _Present_ Starting Pay _9.35_ Leaving Pay _10.50_ Supervisor _Mr. Miller_
What did you like about this job? _Pay_ What did you dislike about this job? _Working 7 days a week_
Why did you leave? _Haven't Yet - Will need to give 1 wk notice_

2. Employer _MAHA USA_ Address _Enterprise AL_ Phone
Main duties _CNC Robotic Welding, Mig welder_
From _____ to _2003_ Starting Pay _____ Leaving Pay _____ Supervisor _____
What did you like about this job? _____ What did you dislike about this job? _Factory closed to _____
Why did you leave? _Company went under - NO Quit - Couldn't work 3rd shift_

3. Employer _Flanders Filter_ Address _Washington NC_ Phone
Main duties _Fab Welder_
From _1982_ to _____ Starting Pay _____ Leaving Pay _____ Supervisor _Kevin Boyd_
What did you like about this job? _Benefits_ What did you dislike about this job? _No Scale_
Why did you leave? _Moved to Alabama - NO Quit_

Other positions and periods of employment

| | EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|---|
| 4. | Rodland (Hickory NC) | Welder CNC (Robotic) | 91 | 97 | | Relocated - mov from east to Washin |
| 5. | | | | | | |
| 6. | | | | | | |

CERTIFICATE OF APPLICANT: (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false, would be considered me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed herein, including this company, to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information as their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company paid for physical examination by a physician at any time as employment as a condition of employment. If employed I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advance me money or other things of value, or I otherwise become indebted financially to the company I agree to repay. The company and also that any wages due me upon termination may be offset payroll deduction against any such monies due the company.

Date _7/18/06_ Signature of Applicant _Roy W. Eckhart_

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name R H ECKELBERGER, Sr     Identification no. 272-0A-7168
Welding process _____ Manual _____ Semiautomatic __X__ Machine _____
Position VERTICAL & OVERHEAD - UPWARD
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no B-U2A-GF
Material specification A-36
Diameter and wall thickness (if pipe) — otherwise, joint thickness 0.500"
Thickness range this qualifies 0.125" to 1.00"

### FILLER METAL

Specification no. AWS 5.20     Classification E 71 T-1     F no. 4
Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used? YES
Filler metal diameter and trade name 0.045"     Flux for submerged arc or gas for gas metal arc or flux
HOBART FORCO 802     cored arc welding

### VISUAL INSPECTION (9.25.1)

Appearance SATISFACTORY Undercut NONE     Piping porosity NONE

### Guided Bend Test Results

| Type | Result | Type | Result |
|------|--------|------|--------|
|      |        |      |        |

Test conducted by _____     Laboratory test no. _____
per _____     Test date _____

### Fillet Test Results

Appearance _____     Fillet size _____
Fracture test root penetration _____     Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____     Laboratory test no. _____
per _____     Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film identification | Results | Remarks | Film identification | Results | Remarks |
|---------------------|---------|---------|---------------------|---------|---------|
| V-RE | PASSED | D1.1092 | OH-RE | PASSED | D1.1-92 |

Test witnessed by TESTCO, INC.     Test no. 7168
per J.L. SHELTON

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1. ( 92 ) Structural Welding Code-Steel.
                                                                              year

Manufacturer or contractor CONOVER METAL PROD.
Authorized by _____
Date JUNE 8, 1993





**Beaufort County Community College**
of the
State Board of Community Colleges

Awards this certificate to:

ROGER ECHELBERGER

in recognition of satisfactory completion of a course in

WID 1202 and DFT P1102

February 28    19 91

*Did not give welding test be he is a welder.

## APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 10/28/04    DEPT _____
POSITION _____    DEPT _____    E. Elliotts
RATE _____    POSITION NO. _____
SHIFT/HRS _____    EMPLOYEE NO. _____
_____    HIRED BY _____

NAME: Cawley (LAST NAME)  Jerome (FIRST NAME)  M (MIDDLE NAME)

ADDRESS: 301 Deerfield Dr. (NUMBER STREET)  Enterprise (CITY)  AL (STATE)  36330 (ZIP CODE)

_____ 10-21-04 (DATE)
AREA CODE 334 348-9146 (HOME PHONE)

Kind of work desired: Industrial Engineer / Welder

If hired can you present evidence of your legal right to work in the United States? ☒ YES  ☐ NO

Salary or Pay Expected: Neg.

**WORK PREFERENCE**

SHIFTS WILLING TO WORK 1 ☒  2 ☐  3 ☐

Do you have any continuing obligations which might affect your work schedule? No

Date available for Work

Will you work daily overtime on occasion if necessary? Yes

Describe your prior experience in the kind of work you want. See Resume

Describe any formal schooling or training for this work: Wallace Community College - Welding

List any licenses or Certificates you might have: Forklift operator - Certified Welder

List any special skills you may have (e.g.: Typing, machine operation, etc.): CNC Press Brake, Automatic Saw, Mig Welder, Flux Core Welding

Have you ever been previously employed by Utility Trailer? ☒ YES  ☐ NO
If yes, when and why did you leave? November 1983 to Jan. 1998  personal

List job benefits, other than wages you expect or want in order of importance: personal insurance

How do you plan to commute to work? Own Vehicle

Have you ever served in the U.S. Armed Forces? ☐ YES  ☒ NO
Branch of Military Service _____
Rank at Discharge _____
Training _____

Why did you apply for work here? Opening in newspaper

Have you ever applied for work at this company before? Yes

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been convicted of a felony? If yes, state the circumstances (A criminal record does not automatically bar employment) No

Are you a minor? (under 18 years old) _____

Have you ever been refused a surety bond or ever had one cancelled? No

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**

NAME _____    RELATIONSHIP _____

Have you ever been discharged for cause? No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES  ☐ NO

**:ATION AND TRAINING:**

| | |
|---|---|
| **; and :School** | Name of Last School _Enterprise High_    Address _East White St. Enterprise, AL_<br>(Circle Highest Year Completed) Did you Graduate? _B_<br>Average Grade ___<br>1 2 3 4 5 6 7 8 9 10 11 (12)    Special Courses (typing, etc.) _Welding / General Studies_ |
| **:ege or :versity** | Name _Wallace Community College_    Address _Dothan, AL_<br>Major Subject _Welding_    Degree ___    Date ___<br>Scholarship Average ___ |
| **:her (Graduate, Trade :chool, Correspondance :chool, Etc )** | Name ___    Address ___<br>Length of Course ___    Was Course Completed? ___<br>Subject ___    Scholarship Average ___ |

**:EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: ___

1. Employer _MAHA USA LLC_    Address _Pinckard, AL_    Phone _612-7102_
Main duties _Supervisor - metal fabrication_
From _April 2000_    to _Present_    Starting Pay ___    Leaving Pay ___    Supervisor _Wolfgang Rathke_
What did you like about this job? ___    What did you dislike about this job? ___
Why did you leave? _Closer to house - less travel to and from work_

2. Employer _ALFAB, Inc_    Address _Enterprise, AL_    Phone ___
Main duties _Welder / Asst. Supervisor_
From _Jan 1998_    to _April 2000_    Starting Pay ___    Leaving Pay _$10.00_    Supervisor _Jake Copeland_
What did you like about this job? _Better Job_    What did you dislike about this job? ___
Why did you leave? _Better Job_

3. Employer _Utility Trailers_    Address _Enterprise, AL_    Phone _347-3300_
Main duties _Welder / Supervisor (6 year)_
From _Feb. 1983_    to _Jan 1998_    Starting Pay _6.50_    Leaving Pay _13.35_    Supervisor _Dennis Matthew_
What did you like about this job? ___    What did you dislike about this job? ___
Why did you leave? _personal_

Other positions and periods of employment _N/A_

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be consi
me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any
employer, person, firm or corporation listed hereon, including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful informa
their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely
and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any
employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company
me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due upon termination may b
___ deduction against any such monies due the company.

Signature of Applicant _Jerome M. Cawley_

JEROME M. CAWLEY

301 Deerfield Drive
Enterprise, AL  36330
Phone: (334) 348-9146
Email: jasq@adelphia.net

OBJECTIVE: To work for a company where my knowledge and
skills can be used to the fullest.

QUALIFICATIONS:
    I am a very strong willed person and I give 110% for
    every task to be done. I have a very good work history
    and strong work ethics. I have worked in the
    Manufacturing Industry for 24 years.  I have over 20
    years experience in welding.  I have eight years
    experience with a CNC Press Break and the Automatic
    Saw. My strengths are my ability to handle more than
    one task at a time, my ability to supervise many people
    on a daily basis and my ability to work alone and get
    daily work accomplished.

EDUCATION
    1978    Enterprise high School graduate
    1981    Wallace Community College – Welding

EMPLOYMENT
    2000-pres.    Supervisor - Metal Fabrication
                  Department – MAHA, USA, LLC
                  My job duties include the daily scheduling  of
                  the workers, the ordering of production
                  materials and daily paperwork.  I also train
                  all new employees for this area with the CNC
                  Press Break, Automatic Saw and MIG welder.  I
                  am also in charge of reading all prints and
                  making sure all materials are ordered necessary
                  to complete a job.  I am a license Forklift
                  Operator. Use Microsoft Works for daily records
                  of inventory.

1998-2000 Welder-Supervisor – ALFAB, INC.

My job duties included being a supervisor
assistant and rotating to many different areas
of work. I worked with flux core welding on
government ship rebuilding jobs. I was trained
and certified in this area of welding.  Daily
paperwork of materials and employees completed
tasks.  Monthly reports to the Manager of
completed tasks and evaluation of employees.

1983-1998 Supervisor –  Utility Trailers Corporation

My job duties included welding all necessary
parts to trailers, c-part controller and
supervision on the metal fabrication shop. I
worked as a welder for 8 years. I gained
experience with the MIG welding machine in
different metal types.  After a two year
period, I became parts consolidator. Daily
inventory of parts according to plans for each
trailer being built. The last five years I was
supervisor to 15 to 23 people in the metal
fabrication department.  I kept records on each
employee (missed time, vacation, sick leave).
Bi-monthly meetings with management and other
supervisors to make sure all departments were
accomplishing all daily tasks.

**Utility Trailer/Thomas - Documents Produced by Defendant**                    **D00106**

References:

Jeanette Bateman
301 Inverness Circle
Dothan, AL  36305
334-793-6534

Fred Tice
71 Private Road
Enterprise, AL  36330
334-393-0017

Rev. William Frank
103 Camellia Drive
Enterprise, AL  36330
334-308-2191

Randy McCollough
3530 County Road 617
Enterprise, AL  36330
334-347-3300 - work



October 15th, 2004

**To Whom It May Concern:**

MAHA USA, L.L.C.
148 East Highway 134
P.O. Box 194
Pinckard, Alabama 36371

Phone:  334-712-6102
Fax:      334-712-4852
Internet:www.maha-usa.com
E-Mail: info@maha-usa.com

MAHA GROUP
DIN EN ISO 9001

**Letter of Recommendation**

Jerome M. Cawley has been working for MAHA USA, L.L.C. since April 17th, 2000.

As our Supervisor Metal Fabrication, Jerome Cawley has been responsible for our Metal Fabrication Department.

His duties included (but were not limited to) the fabrication of material products, using sawing, shearing, breaking and welding machinery. Mr. Cawley is one of our AWS certified welders (Welding Procedure Specification MBH001, GMAW).

Jerome Cawley was also responsible for the storage and keeping the inventory of raw material in his department. He was also supervising up to three employees in the Metal Fabrication Department, which included the training of these employees in the proper usage of our machinery.

In addition to his above-mentioned duties, Mr. Cawley is also trained in the assembly of our heavy-duty vehicle lifting systems and possesses a forklift license. Mr. Cawley has been to MAHA Germany for training on the manufacturing and assembly of MAHA products.

We got to know Mr. Cawley as a very thorough, dedicated, hard working, goal oriented worker. He was always a team player working together with his co-workers, getting the work done.

Mr. Cawley was always honest, punctual and never missed any unexcused time from work. We regret to have to let Mr. Cawley go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.

Martin A. Schaletzky
Commercial Director

Wolfgang Raffler
Manufacturing Director

Wolfgang Stiegeler
Production Manager

10/25 - 11:15

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

### DO NOT WRITE IN THIS SPACE

| | |
|---|---|
| STARTING DATE | 10/28/04 |
| DEPT. | E.Watts |
| POSITION | |
| POSITION NO. | |
| RATE | |
| EMPLOYEE NO. | |
| SHIFT-HRS. | |
| HIRED BY | |

DATE

NAME: LAST NAME **Helms**  FIRST NAME **Larry**  MIDDLE NAME **Eugene**

ADDRESS: **111 Villa dr. Apt 110**  NUMBER **Apt 2 2 3**  STREET  CITY **Enterprise**  STATE **AL**  ZIP CODE **36330**

AREA CODE **334 308 5562**  HOME PHONE (Cell)

Kind of work desired: **Welder**

If hired can you present evidence of your legal right to work in the United States?  ☐ YES  ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK: **9, 2, 3**

Will you work daily overtime on occasion if necessary?  **Yes**

Date available for Work **Anytime**

Do you have any continuing obligations which might affect your work schedule?  **Yes**

Salary or Pay Expected

Describe your prior experience in the kind of work you want: **I've welding for 8 years on Fork Lifts**

Describe any formal schooling or training for this work: **None**

Have you ever been previously employed by Utility Trailer?  ☐ YES  ☒ NO
If yes, when and why did you leave?

List any licenses or Certificates you might have: **Anything in a Shop**

Have you ever served in the U.S. Armed Forces?  ☐ YES  ☒ NO

List any special skills you may have (Typing, machine operation, etc.): **None**

Branch of Military Service

List job benefits, other than wages you expect or work in order of importance. ~~(crossed out)~~

Rank at Discharge

How do you plan to commute to work?

Training

Why did you apply for work here? **I like welding and Building things**

Have you ever been convicted of a felony? If yes, state the circumstances (A criminal record does not automatically bar employment) **No**

Have you ever applied for work at this company before?  **No**

Do you plan to work elsewhere or attend school and work here, too?  **No**

Are you a minor? (under 18 years old)  **No**

Have you ever been refused a surety bond or ever had one cancelled?  **No**

Have you ever been discharged for cause?

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?  ☒ YES  ☐ NO

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| None | |

**DUCATION AND TRAINING:**

| | | |
|---|---|---|
| rade and igh School | Name of Last School _Wildwood Hight_   (Circle Highest Your Completed) Did you Graduate?   1  2  3  4  5  6  7  8  9  10  11 (12) | Address _____   Average Grade __12__   Special Courses (typing, etc.) _Math_ |
| ollege or niversity | Name _____   Major Subject _____ | Degree _____ Date _____   Scholarship Average _____ |
| ther (Graduate, Trade chool, Correspondence chool, Etc.) | Name _____   Length of Course _____   Subject _____ | Address _____   Was Course Completed? _____   Scholarship Average _____ |

**MPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _Goodson Tire_ Address _1301 Geneva Hwy_ Phone _347 0946_
Main duties _Teck._
From _June 16 04_ to _Oct 20 04_ Starting Pay _Com._ Leaving Pay ~~~~~~ Supervisor _David_
What did you like about this job? _everything_ What did you dislike about this job? _not Alot of work_
Why did you leave? _still there_

2. Employer _C & C_ Address _1200 East Park Ave_ Phone _347 0567_
Main duties _Teck._
From _Feb 28 99_ to _Dec 18 03_ Starting Pay _8:00_ Leaving Pay _1300_ Supervisor _Jerry_
What did you like about this job? _everything_ What did you dislike about this job? _cut out overtime_
Why did you leave? _Went to Fred's Auto sale - No O.T._

3. Employer _Fred's Auto_ Address _1732 Rucker Blvd._ Phone _308 2421_
Main duties _Repair cars_
From _Dec 19 03_ to _10/04_ Starting Pay _500 00 week_ Leaving Pay _500 00 week_ Supervisor _John_
What did you like about this job? _everything_ What did you dislike about this job?
Why did you leave? _Run out OF work_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 1. _NASCO - Elba_ | _Welder_ | _95_ | _98_ | _1100_ | _Fred - _____ |
| 5. _Kenny's Tire Auto_ | _welding Exhaust_ | _95_ | _97_ | _1000_ | _I was part time_ |
| 3. _MIG ____ TIG's + Stick_ | _Can aluminum Weld_ | | | | |

CERTIFICATE OF APPLICANT: (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company. I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10 20 04_ Signature of Applicant _Larry Helms_

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**UTILITY**

### DO NOT WRITE IN THIS SPACE

STARTING DATE _____  DEPT. _____
POSITION _____  POSITION NO. _____
RATE _____  EMPLOYEE NO. _____
SHIFTERS _____  HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening test, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

Kind of work desired: _____

If hired can you present evidence of your legal right to work in the United States?  ☐ YES  ☐ NO

NAME: LAST NAME _____  FIRST NAME _____  MIDDLE NAME _____

ADDRESS: NUMBER _____  STREET _____  CITY _____  STATE _____  ZIP CODE _____

AREA CODE _____  HOME PHONE _____

Salary or Pay Expected _____

### WORK PREFERENCE

SHIFTS WILLING TO WORK  1  2  3  _____

Do you have any continuing obligations which might affect your work schedule? _____

Will you work daily overtime on occasion if necessary? _____

Date available for Work _____

Describe your prior experience in the kind of work you want: _____

Describe any former schooling or training for this work: _____

List any special skills you may have: _____

List any licenses or Certificates you might have: _____

List job benefits, other than wages you expect or want in order of importance: _____

How do you plan to commute to work? _____

Why did you apply for work here? _____

Have you ever applied for work at this company before? _____

Have you ever been refused a surety bond or ever had one cancelled? _____

Do you plan to work elsewhere or attend school and work here, too? _____

Are you a minor? (under 18 years old) _____

As a condition of employment, Will you be willing to take a drug/alcohol screening exam before and after employment if requested?  ☐ YES  ☐ NO

Have you ever been discharged for cause? _____

Have you ever been previously employed by Utility Trailer?  ☐ YES  ☐ NO
If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces?  ☐ YES  ☐ NO
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) _____

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|------|--------------|
|      |              |
|      |              |

## DUCATION AND TRAINING:

| | | | |
|---|---|---|---|
| rade and gh School | Name of Last School _Samson High School_ | Address _Samson Al_ | |
| | (Circle Highest Year Completed) Did you Graduate? | Average Grade _C_ | |
| | 1  2  3  4  5  6  7  8  9  10 (11) 12   _Ged_ | Special Courses (typing, etc.) | |
| ollege or niversity | Name _____ | Address _____ | |
| | | Degree _____   Date _____ | |
| | Major Subject _____ | Scholarship Average _____ | |
| ther (Graduate, Trade chool, Correspondence chool, Etc.) | Name _____ | Address _____ | |
| | Length of Course _____ | Was Course Completed? _____ | |
| | Subject _____ | Scholarship Average _____ | |

**MPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _Service Machine_ Address _Westgate Parkway Dothan Al_ Phone _334-702-7811_

Main duties _Welding + Fitting + Fabricating - MIG + Stone TIG - State_

From _10-22-03_ to _Present_ Starting Pay _9:00_ Leaving Pay _10:00_ Supervisor _Monte Gode_

What did you like about this job? _Fabrication_

What did you dislike about this job?

Why did you leave? _Wanting to get closer to home_

2. Employer _Dorsey Trailers_ Address _Elba Al_ Phone _____

Main duties _Hanging doors, rear framing, floors, upper lower suspension, landing gear_

From _Jan  02_ to _Oct  03_ Starting Pay _8.50_ Leaving Pay _9.00_ Supervisor _David Grace_

What did you like about this job? _Every thing_

What did you dislike about this job? _lack of work_

Why did you leave? _Lack of work - Laid Off_

3. Employer _OPP + Micolas Mill_ Address _OPP Al_ Phone _334-493-____1_

Main duties _Slasher Helper_

From _Jan  02_ to _Jan  02_ Starting Pay _9.00_ Leaving Pay _9.00_ Supervisor _Mickey Sasser_

What did you like about this job? _Every thing_

What did you dislike about this job? _Nothing_

Why did you leave? _went to work offshore - Laid off - No Work_

Other positions and periods of employment

| | EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|---|
| 4 | OPP + Micolas Mill | Oper | | | 8/2 ups | Vol Quit - went to |
| 5 | Diamond Offshore | Roughneck | | | 14/2 ups | Vol Quit - to be home |
| 5 | | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by ne as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed herein including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within heir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances he money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10-4-04_   Signature of Applicant _Jennifer Spigner_

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

### DO NOT WRITE IN THIS SPACE

STARTING DATE: 11-18-04     DEPT.
POSITION: Welder     POSITION NO.
RATE: 9.00     EMPLOYEE NO.
SHIFT/HRS:     HIRED BY: DG

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME: Smith     FIRST NAME: Melvin     MIDDLE NAME

ADDRESS: 105 County Street     NUMBER     STREET     CITY     STATE     ZIP CODE

AREA CODE: (334)     HOME PHONE     DATE: 11-18-04     Salary or Pay Expected

Kind of work desired: Welder

If hired can you present evidence of your legal right to work in the United States? ___ YES ___ NO

**WORK PREFERENCE**

SHIFTS WILLING TO WORK:  1  2  3

Do you have any continuing obligations which might affect your work schedule? ___ NO

Describe your prior experience in the kind of work you want:

Describe any formal schooling or training for this work:

List any licenses or Certificates: AWS Certified Welder

List any special skills you may have (typing, machine operation, etc.):

List job benefits other than wages you expect or want in order of importance:

How do you plan to commute to work? Self

Why did you apply for work here? Lack of work

Have you ever applied for work at this company before? ___ NO

Are you a minor? (under 18 years old) ___ NO

Have you ever been discharged for cause? ___ NO

Will you work daily overtime on occasion if necessary? ___ NO

Date available for Work

Do you plan to work elsewhere or attend school and work here, too? ___ NO

Have you ever been refused a surety bond or ever had one cancelled? ___ NO

As a condition of employment, would you be willing to take a drug/alcohol screening exam before and/or after employment if required or requested? ___ YES ___ NO

Have you ever been convicted of a felony? (If yes, state the circumstances) (A criminal record does not automatically bar employment) ___ YES ___ NO

Have you ever been previously employed by Utility Trailer? ___ YES ___ NO

Have you ever served in the U.S. Armed Forces? ___ YES ___ NO

If yes, when and why did you leave?

Branch of Military Service
Rank at Discharge
Training

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**

NAME     RELATIONSHIP

**CATION AND TRAINING:**

**and School**

| Name of Last School | ENT. High School | Address |
| (Circle Highest Year Completed) Did you Graduate? | | Average Grade |
| 1  2  3  4  5  6  7  8  9  (11)  12 | | Special Courses (typing, etc.) — BASIC |

Average Grade — BASIC

**ge or University**

| Name | | Address |
| | | Degree _____ Date |
| Major Subject | | Scholarship Average |

**er (Graduate, Trade ool, Correspondence ool, Etc.)**

| Name | | Address |
| Length of Course | | Was Course Completed? |
| Subject | | Scholarship Average |

**MPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)

(SUCH IN EMP., OR OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED.)

1. Employer: MAHA     Address: 148 E. Highway 134     Phone (334) 112-1102
   Main duties: MANUAL WELDING — 24es-MIG     Supervisor: WOLFGANG Shiegeler
   From: Jun 2001  to  Oct 2004     Starting Pay: 8.50     Leaving Pay: 9.75
   What did you like about this job? ASSEMBLING LIFTS
   What did you dislike about this job? DISTANCE to it from work
   Why did you leave? LAID-OFF

2. Employer: JERSEY TRAILER     Address: 1313 Hickham Road     Phone (334) 577-5111
   Main duties: ASSEMBLING UTILITY MISC. TRAILER PUT DECK SCREW BOARDS
   From: June 1994  to  Dec 2001     Starting Pay: 4.39     Leaving Pay: 11.75     Supervisor: Mary Hudson
   What did you like about this job? LIKE JOB MUCH
   What did you dislike about this job? LAY-OFF
   Why did you leave? PLANT CLOSE

3. Employer: ST. SERRE     Address: 360 N. Main St.     Phone (334) 393-000
   Main duties: PRODUCE DEPT. MC     Supervisor: Diane Perry
   From: Oct 1993  to  June 1994     Starting Pay: 4.25     Leaving Pay: 4.00
   What did you like about this job? NEXT TO HOME (Brierview)
   What did you dislike about this job? SALARY
   Why did you leave? BETTER JOB & BETTER PAY

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
| --- | --- | --- | --- | --- | --- |
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company

Date: Oct 31, 2005     Signature of Applicant: McArthur Snell

October 15th, 2004

**MAHA**
Maschinenbau Haldenwang ®

**To Whom It May Concern:**

MAHA USA, L.L.C.
148 East Highway 134
P.O. Box 194
Pinckard, Alabama 36371

Phone: 334-712-6102
Fax:    334-712-4852
Internet: www.maha-usa.com
E-Mail: info@maha-usa.com

**Letter of Recommendation**

MAHA GROUP
DIN EN ISO 9001

McArthur Snell has been working for MAHA USA, L.L.C. since January 29th, 2001.

He has been working in our Pre-Assembly Department.

His duties included (but were not limited to) the manual welding (MIG), deburring and grinding of pre-assembly components for our lift production. Mr. Snell is an AWS certified welder (Welding Procedure Specification MBH001, GMAW).

Mr. Snell was always very thorough, honest, and punctual and never missed any unexcused time from work. We regret to have to let Mr. Snell go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.

Martin A. Schaletzky
Commercial Director

Wolfgang Raffler
Manufacturing Director

Wolfgang Stiegeler
Production Manager



# CHARLIE BOTTOMS
## ~CERTIFIED~
## WELDING SERVICE

Portable and Shop Work
Reasonable Rates

Charlie Bottoms
(334) 470-0188
So. Link 87*11176

Jamie Bottoms
(334) 470-0187
So. Link 87*9592

Home:
(334) 684-8665

## APPLICATION FOR EMPLOYMENT

EQUAL OPPORTUNITY EMPLOYER

If you have a mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you have a physical or mental disability to enable you to take or successfully complete such application or meeting tests, you require an accommodation because of a physical or mental disability to perform any essential job function, please make that fact known to the individual processing your application.

### DO NOT WRITE IN THIS SPACE

| | |
|---|---|
| STARTING DATE | DEPT. |
| POSITION NO. | POSITION NO. |
| RATE | EMPLOYEE NO. |
| SHIFT/HRS | HIRED BY |
| AREA CODE | HOME PHONE |
| Salary or Pay Expected | |
| DATE | |

ADDRESS _____ LAST NAME _Franklin_ NUMBER _____ STREET _Davis Ave_ CITY _Greenville_ STATE _AL_ ZIP CODE _36340_

FIRST NAME _Charlie_    MIDDLE NAME _George_

Kind of work desired: _____

If hired can you present evidence of your legal right to work in the United States? _YES_ _NO_

### WORK PREFERENCE

SHIFTS WILLING TO WORK 1 _X_ 2 _X_ 3 _____

Do you have any continuing obligations which might affect your work schedule? _____

Describe your prior experience in the kind of work you want: _____

Will you work daily overtime on occasion if necessary? _YES_

Date available for work: _____

Describe any formal schooling or training for this work: _____

List any licenses or Certificates you might have: _____

List any special skills you may have (Typing, machine operation, etc.): _____

List job benefits, other than wages you expect or want in order of importance: _____

How do you plan to commute to work? _____

Do you plan to work elsewhere or attend school and work here, too? _____

Have you ever served in the U.S. Armed Forces? _YES_ _NO_
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever been previously employed by Utility Trailer? _YES_ _NO_
If yes, when and why did you leave? _____

Have you ever applied for work at this company before? _____

Why did you apply for work here? _____

Have you ever been refused a surety bond or ever had one cancelled? _____

Are you a minor? (under 18 years old) _____

Have you ever been discharged for cause? _____ NO

As a condition of employment, Will you, if you take a drug and/or alcohol screening exam before and after employment if requested? _YES_ _NO_

Have you ever been convicted of a felony? If yes, state the circumstances (A criminal record does not automatically bar employment) _NO_

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| | |

## EDUCATION AND TRAINING:

| | | |
|---|---|---|
| Grade and High School | Name of Last School _Bethlehem_ | Address _Bonifay_ |
| | (Circle Highest Year Completed) Did you Graduate? _Yes_ | Average Grade _B_ |
| | 1  2  3  4  5  6  7  8  9  10  11  (12) | Special Courses (typing, etc.) |
| College or University | Name _____ | Address _____ |
| | | Degree _____ Date _____ |
| | Major Subject _____ | Scholarship Average _____ |
| Other (Graduate, Trade School, Correspondence School, Etc.) | Name _____ | Address _____ |
| | Length of Course _____ | Was Course Completed? _____ |
| | Subject _____ | Scholarship Average _____ |

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT. OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer _Charlie Bottoms_ Address _Geneva Al_ Phone _1-334-470-01_
Main duties _welding_
From _2002_ to _2004 Present_ Starting Pay _____ Leaving Pay _____ Supervisor _myself_
What did you like about this job? _____ What did you dislike about this job? _____
Why did you leave? _need steady income_

2. Employer _Tony williams_ Address _Geneva Al_ Phone _1-334-470-018_
Main duties _welding_
From _____ to _____ Starting Pay _$12.00_ Leaving Pay _____ Supervisor _____
What did you like about this job? _____ What did you dislike about this job? _not steady work_
Why did you leave? _work for my self_

3. Employer _Bessie wise_ Address _samson Al_ Phone _1-850-389_
Main duties _welding using equipment_
From _Stick 3 wks only_ Starting Pay _150 a day_ Leaving Pay _____ Supervisor _____
What did you like about this job? _____ What did you dislike about this job? _not steady work_
Why did you leave? _Job ended_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4) _Summerland Conerbro_ | _welding_ | _97_ | _99_ | | _Vol Quit - Other job_ |
| 5) | | | | | |
| 6) _Diamond off shore_ | _welding_ | _99_ | _01_ | | _Vol Quit - injured_ |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further certify, that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10-22-04_     Signature of Applicant _Charlie Bottoms_