# EXHIBIT A

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE _____ DEPT _____
POSITION _____ POSITION NO. _____
RATE _____ EMPLOYEE NO. _____
SHIFT/HRS. _____ HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

Thomas / Kathleen / Anne
LAST NAME / FIRST NAME / MIDDLE NAME

495 Highland Dr. / Enterprise / AL / 36330
NUMBER STREET / CITY / STATE / ZIP CODE

Kind of work desired: Welding or assembly

Date: 10/5/04

AREA CODE (334) 308-5922 HOME PHONE

Salary or Pay Expected: What fits position pays

If hired, can you present evidence of your legal right to work in the United States? ☒ YES ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK 1 2 3 — Will you work daily overtime on occasion if necessary? Yes

Date available to work: Now

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want: I was a welder at Porter Trailers for almost 2 years

Describe any formal schooling or training for this work: Went to take welding at Ft. Rucker High School at night.

List any licenses or Certificates you might have: _____

List any special skills you may have (typing, machine operation, etc.): I can weld almost any power tools

List job benefits, other than wages you expect or want in order of importance: Insurance

How do you plan to commute to work? I have a car

Why did you apply for work here? ne

Have you ever applied for work at this company before? no

Are you a minor (under 18 years old)? no

Have you ever been discharged for cause? no

Do you plan to work elsewhere or attend school and work here too? no

Have you ever been refused a surety bond or ever had one cancelled? no

As a condition of employment, would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES ☐ NO

Have you ever been previously employed by Utility Trailer? ☐ YES ☒ NO
If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES ☒ NO
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. A criminal record does not automatically bar employment: a few. It was disposed of 10 yrs ago.

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Taryus Nate | nephew |

## EDUCATION AND TRAINING

**Grade and High School** — Name of Last School: Hensing High School   Address: Columna, Ala.
(Circle Highest Year Completed) Did you Graduate? yes
1 2 3 4 5 6 7 8 9 10 11 (12)
Average Grade: B+C
Special Courses (typing, etc.): None

**College or University** — Name: _____
Major Subject: Nsing
Address: _____
Degree: _____   Date: _____
Scholarship Average: _____

**Other (Graduate, Trade School, Correspondence School, Etc.)** — Name: _____
Length of Course: None
Subject: _____
Address: _____
Was Course Completed? _____
Scholarship Average: _____

## EMPLOYMENT RECORD
(BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT. OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED.)

1. Employer: Carrie Yaukbraugh   Address: 5621 Shelfield Rd.   Phone: 347-1568
Main duties: Feeding + giving medical
From: Feb 27 04   To: Aug 04   Starting Pay: 96   Leaving Pay: 7.00   Supervisor: Carrie Yaukbraugh
What did you like about this job? everything
What did you dislike about this job? nothing
Why did you leave? She put her mother in Nursing Home.

2. Employer: Dorsey Trailers   Address: Elba, Ala.   Phone: _____
Main duties: welding and working on assembly line
From: 1993 July   To: 1999 nov.   Starting Pay: 27,00   Leaving Pay: 11.42   Supervisor: Perry _____
What did you like about this job? everything
What did you dislike about this job? nothing
Why did you leave? Plant Closed Down

3. Employer: Personel Resource   Address: Dothan AL   Phone: _____
Main duties: Assembly work at reliable
From: Sept 96 04   To: Dec 96 04   Starting Pay: 6.00   Leaving Pay: after long 07   Supervisor: went back to Dorsey Trailer
What did you like about this job? I was still doing assembly work
What did you dislike about this job? nothing really
Why did you leave? was called back to Dorsey trailer

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT |
|---|---|---|---|---|---|
| Enterprise Forklift | welding | 85 | 87 | 85.00 | Closed down |
| Garwood Indus | welding | 76 | 78 | 4.75 | Closed down |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by its just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon, including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company-paid for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by all deduction against any such monies due the company.

Date: 10/5/04   Signature of Applicant: _____