IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEARLDEAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV914-MEF |
| | ) | |
| UTILITY TRAILER MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

On 21 February 2007, Defendant filed a Motion for Summary Judgment (Doc. #37) and a Brief in Support of that motion (Doc. #38) in this case. Therefore, it is

ORDERED that Plaintiff shall submit a response to Defendant's Motion for Summary Judgment and Brief in Support on or before 8 March 2007.

DONE this 22nd day of February, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE