IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

RECEIVED

2007 MAR -7  A 9: 19

Jearldean Thomas,           )
                            )
        Plaintiff,          )
                            )
v.                          )   CIVIL ACTION NO. 1:05CV914-MEF [WO]
                            )
UTILITIY TRAILER MANUFAC-)
TURING COMPANY, etc.,       )
                            )
        Defendants,         )

**MOTION FOR EXTENISION OF TIME**

To file a response to the Defendants Motion for a Summary Judgment (Doc. #37), because of circumstances beyond my control. I live in Enterprise Ala. about a ½ block from the High School that was destroyed by the Tornado that tore through the area. It passed over my house I was at home at the time. By the time the Tornado struck I had finished most of my answer to the Summary Judgment, but the primary reasoning is my nephew who was a student at the Enterprise High School, is still missing. We have not been able to locate him. He was at school that day. We are at the High School every day, trying to find out something about what part of the building he was in, when the building collapsed. I pray the court will see fit to grant me a 2 week extension to finish my answer to the court.

Respectfully Submitted,

Jearldean Thomas

Jearldean Thomas Pro Se

SCANNED

## CERTIFICATE OF SERVICE

      I hereby certify I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, property addressed and first-class postage prepaid:

      LEHR MIDDLEBROOKS & VREELAND, P.C.
      P.O Box 11945
      Birmingham, Alabama 35202-1945
      (205) 326-3002
      (205) 326-3008 (fax)

Respectfully Submitted,

*Jearldean Thomas*

Jearldean Thomas Pro Se

Jearldean Thomas
405 Highland Dr.
Enterprise, Al 36330