IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | | |
|---|---|---|
| JEARLDEAN THOMAS, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | |
| v. | ) | CIVIL ACTION NO. 1:05CV914-MEF |
| | ) | |
| UTILITY TRAILER MANUFACTURING COMPANY, | ) | |
| | ) | |
| Defendant. | ) | |

**ORDER ON MOTION**

On March 7, 2007, Plaintiff filed a Motion for a Two-week Extension of Time (Doc. #41) to file her response to Defendant's Motion for Summary Judgment (Doc. #37). Defendant has not provided the Court with a position on the motion. Upon consideration of the motion, and for good cause, it is

ORDERED that the motion (Doc. #41) is GRANTED. Accordingly, Plaintiff is granted a two-week extension and shall file her response in this matter on or before March 26, 2007.

DONE this 12th day of March, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE