In the United States District Court
For the Middle District of Alabama
Northern District

RECEIVED
2007 MAR 28 A 9:58

Jearldean Thomas,

    Plaintiff

v.

Utility Trailer Manufacturing Company
d/b/a Utility Trailer Corporation,

    Defendant

1:05cv914·MEF

---

### Plaintiff's Evidentiary Submission
### In Response to Defendant's Motion For
### Summary Judgment.

I, Plaintiff, Jearldean Thomas, submit the following evidence in support of my charge of discrimination.

1. Reasons of why I filed this charge.
2. Copies of applications of applicants that were hired during the period of September 1, 2004 to January 7, 2005.
3. Copies of welding requirements that Utility Trailers posted at the Alabama State Employment Service as of March 19, 2007 and from October 2004.
4. A copy of the description and duties of the welding position at Utility Trailers.
5. A copy of my application.
6. A copy of Ms. Marsha Cannon's affidavit with paragraphs circled that I addressed.
7. A copy of the Document of Information the EEOC requested from files at Utility Trailers.

I do believe that punitive damages are appropriate in this case. Utility Trailers discriminated against me because I am a woman, and is retaliating against me from when I filed a complaint with the EEOC in the middle 1980s.

8. Some of Ms Cannon's Affidavit is not so truthful.

## CONCLUSION

For all the evidence and reasons submitted, Utility Trailer is not entitled to summary judgment.

Respectfully,

*Jearldean Thomas*   Pro Se
Jearldean Thomas

Jearldean Thomas
405 Highland Dr.
Enterprise, AL 36330
334-308-9996

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2007, I have mailed by United States Postal Service the document to the following counsel:
Lehr Middlebrooks & Vreeland, P.C.
P. O. Box 11945
Birmingham, Alabama 35202

Jearldean Thomas

*Jearldean Thomas*