# EXHIBIT A

In the United States District Court
For the Middle District of Alabama
Northern Division

Jearldean Thomas
   Plaintiff

Civil Action Number:
1:05CV914-7

v.

Utility Trailer Manufacturing Corporation,
   Defendant

    My name is Jearldean Thomas, and I am the charging party in this civil action. This is a true account that led me to make this charge of discrimination against Utility Trailer Manufacturing Corporation.
    On October 5, 2004, I saw an ad in the <u>Enterprise Ledger</u>, a local newspaper (the ad is enclosed) for welders. I went in to apply for a welders position. I asked the receptionist if they were hiring welders at this time; she said they were. She gave me a job application. I sat down in the office to fill the application out. When I got down to the question that asked if you ever applied here before, I asked the receptionist how long they keep applications on file. She said they keep them for sixty (60) days, then you have to reapply, because your application is no longer valid. She asked me how long had it been, I said at least three years. She checked the computer, and told me that I was no longer in the system. I said, then here where it asks, have I ever applied here before, since it has been at least three years and there is no information on me, so I put down no to the question, it made sense to me.
    After I filled out the application, I gave it back to the receptionist, she said Marsha Cannon is the Human Resource Manager, she won't be back until Monday, but I will give this to her when she gets back. I said thank you and left. I then went to the Alabama State Employment Service, to see what else I could find. I saw on the employment computer, where Utility Trailers were hiring for welders. I showed the job order to a representative. She gave me a card to take to Utility Trailers for a welders position. I took the card back to Utility Trailers. The receptionist said since I had just filled out an application, she would put the card with my application, to give to Ms. Cannon when she gets back.
    On Monday, when Ms. Cannon got back, I came in to check on my application. The receptionist said Ms. Cannon was back, but she was out of the office at this time. She gave me Ms. Cannon's office telephone number so I could call and make sure she was in before I came in. I said thank you. The next day I called Ms. Cannon's office to see if she was in. Ms. Cannon answered the phone. I asked about my application, she said she had just got back and had not had a chance to go through the applications and to call her back in a couple of days. I said okay, thanked her, and hung up.
    In about three (3) days, I went back in to see Ms. Cannon about my application, to see if she had looked at it. At this time Ms. Cannon informed me that she was going to try to get the welders from within the plant, and that she would call me if something came up. And that made sense, a lot of companies will try to get what they need from within the plant if they can. But what happened next is why I filed this charge.

A couple of days later (2 days) I went back to the Alabama Employment Service. I had been going into the Employment Office about 3 days a week looking for employment. So on this day I went into the Employment Office, one of the representatives whose name is also Marsha, knew that I had been looking for work as a welder. She said why don't you apply at Utility Trailers, they are hiring welders. I said I had an application there, and Ms. Cannon said that they were going to hire welders from within the plant. The Employment Representative said, "I don't know about that, but Ms. Cannon just left out of here, she came in to put in an order for welders from the trade school in Opp that has a welding class."

I got back in my car and drove back to Ms. Cannon's office. I asked to speak to Ms. Cannon. When she came out of her office I asked her again about my application. She said and I quote, "Weren't you just in here?" I said yes. She said, "I told you that when something comes I will call you." She didn't know that I had been back to the Employment Office.

I told her that I know that she had been to the Employment Office to put in an order for welders. I asked Ms. Cannon, at what point were you going to call me? I informed her at this point, that I felt that I was being discriminated against. She said that she was not. I said, "You told me you were going to hire from within, and that you would call me when something came up, then you go to the Employment Office and put in an order for welders, and you never did call me. And to top it off, several days after you told me that you would call me if something came up, Larry Helms put in an application, you gave him an interview and hired him."

His Employment Record states his last three jobs were as "a car repairman":
1. Goodson Tire Co.
2. C & C Repair
3. Fred's AUto

The only welding that was done on these jobs was spot welding, very small stuff like welding clamps on mufflers or holes on exhaust pipes. Then he has an employer named Nasco. He has on his application he welded here from 1995 to 1998, that is only four years of welding. Ms. Cannon said that one of the reasons I was not hired is I had only five years of welding experience. Mr. Helms has only four. Then his application states he worked at Kenny's Tire & Auto, welding exhaust from 1995 to 1997. His application says he did mig, steel, tig, and stick welding all at Kenny's Tire & Auto, where his only welding was welding car exhausts. He states he built brakes at Nasco from 1995 to 1998. He states he welded exhausts from 1995 to 1997. How do you go from 1995 to 1998 and then from 1995 to 1997? My five years of welding was done at a trailer manufacturing plant, as the assembly experience that I stated on my application. IO have about seven (7) years welding and assembling trailer bodies, Mr. Helms has none.

10:05-11:15

# APPLICATION FOR EMPLOYMENT

**UTILITY INTERNATIONAL**

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| STARTING DATE 10/28/04 | DEPT. Elliott |
| POSITION | POSITION NO. |
| RATE | EMPLOYEE NO. |
| SHIFT/HRS. | HIRED BY |

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation, because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME: Helms     FIRST NAME: Larry     MIDDLE NAME: Eugene     DATE: 10/28/04

ADDRESS
NUMBER: 111 Willia dr Apt 110     STREET: ___     CITY: Enterprise     STATE: AL.     ZIP CODE: 36330     AREA CODE (334) 398-5567 HOME PHONE (cell)

Kind of work desired: Welder     Salary or Pay Expected: ___

If hired can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

### WORK PREFERENCE

Shifts willing to work: (1) X (2) X (3) ___     Will you work daily overtime on occasion if necessary? YES     Date available for Work: Anytime

Do you have any continuing obligations which might affect your work schedule? ___

Describe your prior experience in the kind of work you want: I've welding for 8 years on Fork Lifts

Have you ever been previously employed by Utility Trailer? ☐ YES ☑ NO
If yes, when and why did you leave? ___

Describe any formal schooling or training for this work: ___

Have you ever served in the U.S. Armed Forces? ☐ YES ☑ NO
Branch of Military Service ___
Rank at Discharge ___
Training ___

List any licenses or Certificates you might have: None

List any special skills you may have (Typing, machine operation, etc.): Anything in a shop

List job benefits, other than wages you expect or want in order of importance: ___

How do you plan to commute to work? 97 Dodge 4x4

Why did you apply for work here? I like welding and Building things

Have you ever applied for work at this company before? NO
Do you plan to work elsewhere or attend school and work here, too? NO
Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) NO

Are you a minor? (under 18 years old) NO
Have you ever been refused a surety bond or ever had one cancelled? NO

Have you ever been discharged for cause? ___
As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY
NAME: None     RELATIONSHIP: ___

## EDUCATION AND TRAINING:

**Trade and High School**
- Name of Last School: Wildwood Hight
- Address: _____
- (Circle Highest Year Completed) 1 2 3 4 5 6 7 8 9 10 11 (12)
- Did you Graduate? _____
- Average Grade: 12
- Special Courses (typing, etc.): Math

**College or University**
- Name: _____
- Address: _____
- Major Subject: _____
- Degree: _____  Date: _____
- Scholarship Average: _____

**Other (Graduate, Trade School, Correspondence School, Etc.)**
- Name: _____
- Address: _____
- Length of Course: _____
- Was Course Completed? _____
- Subject: _____
- Scholarship Average: _____

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

**1. Employer:** Goodson Tire  **Address:** 1301 Geneva Hwy  **Phone:** 347 0946
- Main duties: Teck.
- From: June 16 04  to: Oct. 20 04
- Starting Pay: Com.
- Leaving Pay: [crossed out]
- Supervisor: David
- What did you like about this job?: everything
- What did you dislike about this job?: not alot of work
- Why did you leave?: still there

**2. Employer:** C&C  **Address:** 1200 East Park Ave  **Phone:** 347 0567
- Main duties: Teck.
- From: Feb 28 99  to: Dec. 18 03
- Starting Pay: 8:00
- Leaving Pay: 1300
- Supervisor: Jerry
- What did you like about this job?: everything
- What did you dislike about this job?: cut out overtime
- Why did you leave?: Went to Fred's Auto Sale - No O.T.

**3. Employer:** Fred's Auto  **Address:** 1932 Rucker Blvd.  **Phone:** 308 2421
- Main duties: Repair cars.
- From: Dec. 19 03  to: 6/04
- Starting Pay: 500 00 week
- Leaving Pay: 500 00 week
- Supervisor: John
- What did you like about this job?: everything
- What did you dislike about this job?: _____
- Why did you leave?: Run out of work

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. Nasco - Elba | Built fork lift / Welder | 95 | 98 | 17.00 | Fired - disagreement with boss |
| 5. Kenny's Tire Auto | welding Exhaust | 95 | 97 | 1000 | I was part time |
| 6. | Steel Cast aluminum welding MIG - Elbow TIG & Stick | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date: 10 20 04   Signature of Applicant: Larry Helms

Utility Trailer/Thomas  Documents Produced by Defendant