# EXHIBIT C
### Applications from the Applicants Who Were Hired

I am enclosing job details and qualifications for being hired as a welder at Utility Trailers in Exhibit B. The description states that you must have twelve (12) months experience as a mig welder. Well, Mr. Cory S. Sutherland who was hired September 23, 2004, had a total of 2 months welding experience. His application states he was a welder from February 2004 to April 2004. This is all the welding experience he had. Also Ms. Cannon stated my application revealed significant unexplained gaps in my employment between 1978 and 1985, between 1988 and 1993, and between 1999 and 2004.

Mr. Sutherland's application shows no employment between 1978 and 1985, no employment between 1988 and 1993. How was he hired when the job description states you must have twelve months welding experience, yet Mr. Sutherland was hired.

Cory S. Sutherland
2723 Co. Rd. 79
Coffee Springs, AL  36318
phone# (334) 898-7750
( leave message )


**OBJECTIVE:**          To obtain employment in a steady work
environment.

**SKILLS:**

MIG Welding, Fabrication, Machine Operator,
Class A CDL, Construction and Maintainence,
Underground Services, Organizational Skills,
Computer Skills, Electrical Wiring,
Troubleshooting, and Diesel Mechanics.


**EXPERIENCE:**

| | |
|---|---|
| Present Employer | **Beckham Ditching Service**<br>HWY 27 South<br>Enterprise, AL<br>Subcontract work for Alabama Power<br>(underground utilities) |
| 2/2004<br>to<br>4/2004 | **Dorsey Trailer Co.**<br>1315 Hickman Ave.<br>Elba, AL 36323<br>Welder and trailer manufacturer |
| 9/2003<br>to<br>2/2004 | **United Parcel Service**<br>1500 Parker Lane<br>Enterprise, AL<br>Loading of package cars according to sequence<br>numbers. |

| | |
|---|---|
| 6/2003<br>to<br>10/2003 | **Ag Flying Service**<br>**Rural Rt. 2**<br>**Samson, AL 36477**<br>Mixing and loading of Ag chemicals into airplane as well as maintenence and minor repairs. |
| 11/2001<br>to<br>5/2003 | **Sutherland and Son's Hauling**<br>139 Palmer Rd.<br>**Samson, AL 36477**<br>**OTR Truck Driver** |
| 1999<br>to<br>2001 | **James R. Payne Inc.**<br>**Schlenger Park Rd.**<br>**Mobile, AL**<br>All types of construction work. |

## EDUCATION:

Highschool:
    **Samson High School**    **Diploma**
    **Samson, AL 36477**

College:
    **MacArthur State Technical College**
    **Industrial Electricity**    **2 yrs**
    **Opp, AL**

## REFERENCES:  Upon Request

Mr. Roger Echelberger's application shows no work history before 1991. And this is one of the reasons why Ms. Cannon says I was not hired. But Mr. Echelberger was hired October 18, 2004.

1728. DM 10/1- 2:30

# APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

| DO NOT WRITE IN THIS SPACE | |
|---|---|
| DEPT. | Smith |
| STARTING DATE | |
| POSITION | |
| POSITION NO. | |
| RATE | EMPLOYEE NO. |
| SHIFT/HRS. | HIRED BY |

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME: Schlechter    FIRST NAME: Roger    MIDDLE NAME: Maurice

NUMBER: 846    STREET: Co Rd 547    CITY: Elba    STATE: AL    ZIP CODE: _____    AREA CODE (334) 893-0448    HOME PHONE

ADDRESS: 846 Co Rd 547

Kind of work desired: _____    Salary or Pay Expected: $10.00

If hired can you present evidence of your legal right to work in the United States?  ☐ YES  ☐ NO    Date available for Work: A.S.A.P.

Do you have any continuing obligations which might affect your work schedule? ____No

Describe your prior experience in the Welding (Mig Tig Smaw) CNC granite Fabric Wally Plasma... kind of work you want:

Describe any formal schooling or Community College training for this work.

List any licenses or Certificates you might have: AWS Certified Qualification Testing, Forklift operators License

List any special skills you may have (Typing, machine operation, etc.): CAD Plasma, Break Shear, Mill Punch...

List job benefits, other than wages you expect or want in order of importance. Insurance Holidays

How do you plan to commute to work? _Car_

Why did you ever applied for work here? _Experienced in steel work_

## WORK PREFERENCE

SHIFTS WILLING TO WORK  ① ② ③    Will you work daily overtime on occasion if necessary? _Yes_

Will you work any shift as may be required? _Yes_    Will you work daily overtime on occasion if necessary? _Yes_

Do you plan to work elsewhere or attend school and work here, too?  _No_

Have you ever applied for work at this company before? _No_    Have you ever been refused a surety bond or ever had one cancelled? _No_

Are you a minor? (under 18 years old) _No_    As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES  ☐ NO

Have you ever been discharged for cause? _No_

Have you ever served in the U.S. Armed Forces? ☐ YES  ☐ NO
Branch of Military Service: _____
Rank at Discharge: _____
Training: _____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment)

If yes, when and why did you leave? _____

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| John Miller | Friend |

**ICATION AND TRAINING:**

| | | | |
|---|---|---|---|
| ...ge and ...School | Name of Last School _Washington High School_ | Address _Washington N.C._ | |
| | (Circle Highest Year Completed) Did you Graduate? _Yes_ | Average Grade _B_ | |
| | 1 2 3 4 5 6 7 8 9 10 11 (12) | Special Courses (typing, etc.) _Au's Mechanics Art_ | |
| ...llege or ...iversity | Name _Beaufort Co Comm Col_ | Address _Washington NC_ | |
| | | Degree _WR202, Def Pilot_ Date _1941_ | |
| | Major Subject _Welding, Drafting_ | Scholarship Average _A_ | |
| ...ther (Graduate, Trade ...chool, Correspondence ...chool, Etc.) | Name _____ | Address _____ | |
| | Length of Course _____ | Was Course Completed? _____ | |
| | Subject _____ | Scholarship Average _____ | |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer _Pilgrams Pride_ Address _Enterprise AL_ Phone _(347) 377-0515_
   Main duties _Maintence, Electrical + Mechanical Maintance on all equipment_
   From _2003_ to _present_ Pay _9.35_ Leaving _10.00_ Supervisor _Miki Aulton_
   What did you like about this job? _Pay_
   What did you dislike about this job? _hours 7 days a week_
   Why did you leave? _Havent Yet - Will need to give 11k notice_

2. Employer _MAHA USA_ Address _Picked AL_ Phone _____
   Main duties _CNC Robotic Welder, Mig Welder_
   From _2000_ to _2003_ Pay _9.00_ Leaving _9.00_ Supervisor _Wilfong Slegler_
   What did you like about this job? _Insurance_
   What did you dislike about this job? _Foreign owned co Couldn't work 3rd shift_
   Why did you leave? _Company Went under - YOU Quit_

3. Employer _Flanders Filters_ Address _Washington NC_ Phone _____
   Main duties _Tig Welding_
   From _1997_ to _2000_ Pay _9.00_ Leaving _9.00_ Supervisor _Kevin Boyd_
   What did you like about this job? _Benefits_
   What did you dislike about this job? _Pay scale_
   Why did you leave? _Moved To Alabama - YOU Quit_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. Broadland (Hickory NC) | Welder CNC (Robotic) | 91 | 97 | | Relocated - Mov back to Washin... |
| 5. | | | | | |
| 6. | | | | | |

**CERTIFICATE OF APPLICANT** (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any form employer, person, firm or corporation listed herein, including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information wit their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely volunt... and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time a employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advar... me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offer... payroll deduction against any such monies due the company.

Date _2/15/04_    Signature of Applicant _Ryan W Eckleberry_

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name R. H. ECKELBERGER, Sr.          Identification no. 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

Welding process _____ Manual _____ Semiautomatic __X__ Machine _____

Position VERTICAL & OVERHEAD - UPWARD
(Flat, horizontal, overhead or vertical — if vertical, state whether upward or downward)
In accordance with procedure specification no B-U2A-GF
Material specification A-36
Diameter and wall thickness (if pipe) — otherwise, joint thickness 0.500"
Thickess range this qualifies 0.125" to 1.00"

### FILLER METAL

Specification no. AWS 5.20          Classification E 71 T-1      F no. 4
Describe filler metal (if not covered by AWS specification) _____

Is backing strip used? YES
Filler metal diameter and trade name 0.045"          Flux for submerged arc or gas for gas metal arc or flux
HOBART FORCO 802                                       cored arc welding _____

### VISUAL INSPECTION (9.25.1)

Appearance SATISFACTORY   Undercut NONE          Piping porosity NONE

### Guided Bend Test Results

| Type | Result | Type | Result |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

Test conducted by _____                    Laboratory test no. _____
          per _____                        Test date _____

### Fillet Test Results

Appearance _____                                    Fillet size _____
Fracture test root penetration _____                Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____                    Laboratory test no. _____
          per _____                        Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film Identification | Results | Remarks | Film Identification | Results | Remarks |
|---------------------|---------|---------|---------------------|---------|---------|
| V-RE | PASSED | D1.1092 | OH-RE | PASSED | D1.1-92 |
|      |        |         |       |        |         |

Test witnessed by TESTCO, INC.                    Test no. 7168
          per J.L. SHELTON

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in
accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1. ( 92 ) Structural Welding
Code-Steel.                                                                    year
                                      Manufacturer or contractor CONOVER METAL PROD.
                                      Authorized by _____
                                      Date JUNE 8 1993



Beaufort County Community College

of the

State Board of Community Colleges

Awards this certificate to:

ROGER ECHELBARGER

in recognition of satisfactory completion of a course in

STD. 1202 and DET P1107

February 28

19 91

Utility Trailer/Thomas - Documents Produced by Defendant

Mr. Jerone Crawly has no work history stated on his application from up to 1983. Ms. Cannon stated in her affidavit that there were gaps in my employment history. It seems like there are gaps in Mr. Crawly's employment history too. But he was hired October 28, 2004.

`

105-9:00

*Did not give welding test be he is a satur..

**utility.**

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

### DO NOT WRITE IN THIS SPACE

STARTING DATE 10/28/04    DEPT. _____ Elliotto
POSITION _____ POSITION NO. _____
RATE _____ EMPLOYEE NO. _____
SHIFT/HRS. _____ HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual to whom you report.

| | | | |
|---|---|---|---|
| Cawley | Jerome | M | |
| LAST NAME | FIRST NAME | MIDDLE NAME | |

ADDRESS 301 Deerfield Dr.    Enterprise    AL    36330
NUMBER    STREET    CITY    STATE    ZIP CODE

HOME PHONE 334 348-9146    AREA CODE

DATE 10-21-04

Kind of work desired: Industrial Engineer - Welder

If hired can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

Have you been previously employed by Utility Trailer? ☑ YES ☐ NO

If yes, when and why did you leave? November 1983 to Jan. 1998
personal

## WORK PREFERENCE

SHIFTS WILLING TO WORK 1✓ 2✓ 3___ on occasion if necessary? Yes

Will you work daily overtime on occasion if necessary? Yes

Date available for Work ___

Have you ever served in the U.S. Armed Forces? ☐ YES ☑ NO

Branch of Military Service ___

Rank at Discharge ___

Training ___

Salary or Pay Expected Neg.

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want: See Resume

Describe any formal schooling or training for this work: Wallace Community College - Welding

List any licenses or Certificates you might have: Forklift Operator - Certified Welder

List any special skills you may have (Typing, machine operation, etc.): CNC Press Brake, Automatic Saw, Mig Welder, Flux Core Welding

List job benefits, other than wages you expect or want in order of importance: personal insurance

How do you plan to commute to work? Own Vehicle

Why did you apply for work here? Opening in newspaper

Have you ever applied for work at this company before? Yes

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been refused a surety bond or ever had one cancelled? No

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) No

Are you a minor? (under 18 years old) No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

Have you ever been discharged for cause? No

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME _____ RELATIONSHIP _____

October 15th, 2004



To Whom It May Concern:

MAHA USA, L.L.C
148 East Highway 134
P. O. Box 194
Pinckard, Alabama 36371

**Letter of Recommendation**

Phone: 334-712-6102
Fax:    334-712-4852
Internet: www.maha-usa.com
E-Mail: info@maha-usa.com

MAHA GROUP
DIN EN ISO 9001

Jerome M. Cawley has been working for MAHA USA, L.L.C. since April 17th, 2000.

As our Supervisor Metal Fabrication, Jerome Cawley has been responsible for our Metal Fabrication Department.

His duties included (but were not limited to) the fabrication of material products, using sawing, shearing, breaking and welding machinery. Mr. Cawley is one of our AWS certified welders (Welding Procedure Specification MBH001, GMAW).

Jerome Cawley was also responsible for the storage and keeping the inventory of raw material in his department. He was also supervising up to three employees in the Metal Fabrication Department, which included the training of these employees in the proper usage of our machinery.

In addition to his above-mentioned duties, Mr. Cawley is also trained in the assembly of our heavy-duty vehicle lifting systems and possesses a forklift license. Mr. Cawley has been to MAHA Germany for training on the manufacturing and assembly of MAHA products.

We got to know Mr. Cawley as a very thorough, dedicated, hard working, goal oriented worker. He was always a team player working together with his co-workers, getting the work done.

Mr. Cawley was always honest, punctual and never missed any unexcused time from work. We regret to have to let Mr. Cawley go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.

| | | |
|---|---|---|
| Martin A. Schaletzky | Wolfgang Raffler | Wolfgang Stiegeler |
| Commercial Director | Manufacturing Director | Production Manager |



JEROME M. CAWLEY

301 Deerfield Drive
Enterprise, AL  36330
Phone: (334) 348-9146
Email: jasg@adelphia.net

OBJECTIVE: To work for a company where my knowledge and
skills can be used to the fullest.

QUALIFICATIONS:
   I am a very strong willed person and I give 110% for
   every task to be done. I have a very good work history
   and strong work ethics. I have worked in the
   Manufacturing Industry for 24 years.  I have over 20
   years experience in welding.  I have eight years
   experience with a CNC Press Break and the Automatic
   Saw. My strengths are my ability to handle more than
   one task at a time, my ability to supervise many people
   on a daily basis and my ability to work alone and get
   daily work accomplished.

EDUCATION
   1978    Enterprise high School graduate
   1981    Wallace Community College - Welding

EMPLOYMENT
   2000-pres.      Supervisor - Metal Fabrication
         Department - MAHA, USA, LLC
         My job duties include the daily scheduling  of
         the workers, the ordering of production
         materials and daily paperwork.  I also train
         all new employees for this area with the CNC
         Press Break, Automatic Saw and MIG welder.  I
         am also in charge of reading all prints and
         making sure all materials are ordered necessary
         to complete a job.  I am a license Forklift
         Operator. Use Microsoft Works for daily records
         of inventory.

**ATION AND TRAINING:**

| and School | Name of Last School _Enterprise High_ | Address _East White St. Enterprise, AL_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? | Average Grade _B_ |
| | 1 2 3 4 5 6 7 8 9 10 11 (12) | Special Courses (typing, etc.) _Welding / General Studies_ |
| ege or versity | Name _Wallace Community College_ | Address _Dothan, AL_ |
| | | Degree _____ Date _____ |
| | Major Subject _Welding_ | Scholarship Average _____ |
| her (Graduate, Trade chool, Correspondence chool, Etc.) | Name _____ | Address _____ |
| | Length of Course _____ | Was Course Completed? _____ |
| | Subject _____ | Scholarship Average _____ |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _MOHA USA LLC_ Address _Pinckard, AL_ Phone _612-7102_
   Main duties _Supervisor - metal Fabrication_
   From _April 2000_ to _Present_ Starting Pay _____ Leaving Pay _____ Supervisor _Wolfgang Raffler_
   What did you like about this job? _____    What did you dislike about this job? _____
   Why did you leave? _Closer to house - less travel to and from work_

2. Employer _ALFAB, Inc_ Address _Enterprise, AL_ Phone _____
   Main duties _Welder / Asst. Supervisor_
   From _Jun 1998_ to _April 2000_ Starting Pay _____ Leaving Pay _10.00_ Supervisor _Dale Copeland_
   What did you like about this job? _Better Job_    What did you dislike about this job? _5_
   Why did you leave? _Better Job_

3. Employer _Utility Trailers_ Address _Enterprise, AL_ Phone _347-3300_
   Main duties _Welder / Supervisor (6 years)_
   From _Nov. 1983_ to _Jan 1998_ Starting Pay _6.50_ Leaving Pay _13.25_ Supervisor _Dennis Mathews_
   What did you like about this job? _____    What did you dislike about this job? _____
   Why did you leave? _Personal_

Other positions and periods of employment _N/A_

| | EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|---|
| 4. | | | | | | |
| 5. | | | | | | |
| 6. | | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be consi me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless from giving any and all truthful informati their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may b _____ reduction against any such monies due the company.

_____    Signature of Applicant _Jerome M. Causey_

Mr. Terry W. Silavent was hired as a welder in September 15, 2004. His application states that he worked at Qualico as a saw operator and welder from April 2002 to September 18, 2004. Mr. Terry Silavent's application shows no work history at all, yet Ms. Cannon states that this is one of the reasons I was not hired. But Silavent was hired on September 15, 2004.

Handwritten at top: 4/10 - 2:30    18-000

## APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

### DO NOT WRITE IN THIS SPACE

STARTING DATE _____    DEPT. _____

POSITION _____    POSITION NO. _____

RATE _____    EMPLOYEE NO. _____

SHIFT/HRS. _____    HIRED BY _____

| LAST NAME | FIRST NAME | MIDDLE NAME | DATE |
|---|---|---|---|
| Stewart | Terry | W | 9-8-04 |

ADDRESS: 155 Crawford Rd

| NUMBER | STREET | CITY | STATE | ZIP CODE |
|---|---|---|---|---|
| | | Ozark | AL | 36360 |

AREA CODE (334) 733-0821    HOME PHONE

Describe the kind of work you want: Welder

If hired can you present evidence of your legal right to work in the United States?   ☒ YES   ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK   1 ☒   2 ☐   3 ☐

Will you work daily overtime on occasion if necessary?  Yes

Date available for work:  9-11-04

Salary or Pay Expected:  7.00

Do you have any continuing obligations which might affect your work schedule?  Yes

Describe your prior experience in the kind of work you want:  Welder (Beam line)

List any special skills you may have (Typing, machine operation, etc.):  Hem Saw, Punch, Beam Line Machine

Describe any formal schooling or training for this work: _____

List any licenses or Certificates you might have: _____

List job benefits, other than wages you expect or want in order of importance:  Less hours, More Pay than current Job

How do you plan to commute to work? _____

Why did you apply for work here? _____

Have you ever applied for work at this company before?   Yes

Do you plan to work elsewhere or attend school and work here, too?  No

Are you a minor? (under 18 years old)  No

Have you ever been refused a surety bond or ever had one cancelled?  No

Have you ever been discharged for cause?  Yes

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?   ☒ YES   ☐ NO

Have you ever been previously employed by Utility Trailer?   ☒ YES   ☐ NO

If yes, when and why did you leave?  2002, conflict with another Employee    2002, conflict with another Employee

Have you ever served in the U.S. Armed Forces?   ☒ YES   ☐ NO

Branch of Military Service:  Army - Nat'l Guard

Rank at Discharge:  E-5

Training: _____

Have you ever been convicted of a felony? If yes, state the circumstances.  (A criminal record does not automatically bar employment)   ☒ YES   ☐ NO

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Brian Brookshire | Friend |
| Brian Brookshire | Friend |

**ICATION AND TRAINING:**

| e and School | Name of Last School _Carroll High_ | Address _Ozark Ozark AL_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? | Average Grade _B_ |
| | 1 2 3 4 5 6 7 8 9 10 11 (12) | Special Courses (typing, etc.) |

| ge or ersity | Name _Wallace_ | Address _Dothan_ |
|---|---|---|
| | Major Subject _Associate Science_ | Degree ____ Date ____ |
| | | Scholarship Average _3.5_ |

| r (Graduate, Trade ool, Correspondence ool, Etc.) | Name ____ | Address ____ |
|---|---|---|
| | Length of Course ____ | Was Course Completed? ____ |
| | Subject ____ | Scholarship Average ____ |

**PLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: ____

Employer _Qualico_ Address _A Webb NC Hwy 52_ Phone _792-1290_

n duties _Saw Oper - Woodline Area - in Addition_

m _Apr 2007_ to _Now_ Starting Pay _$SC_ Leaving Pay _9/8_ Supervisor _Larry Haddo_

at did you like out this job? _good Benefits_ What did you dislike about this job? _Long Drive_

y did you leave? _Still Employed_

Employer ____ Address ____ Phone ____

n duties ____

m ____ to ____ Starting Pay ____ Leaving Pay ____ Supervisor ____

at did you like out this job? ____ What did you dislike about this job? ____

y did you leave? ____

Employer ____ Address ____ Phone ____

n duties ____

m ____ to ____ Starting Pay ____ Leaving Pay ____ Supervisor ____

at did you like out this job? ____ What did you dislike about this job? ____

y did you leave? ____

her positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |

RTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former ployer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within ir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary d may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after ployment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by rroll deduction against any such monies due the company.

te _9-8-2004_ Signature of Applicant _Jerry W Clement_

Mr. McAuthor Snell was hired November 18, 2004. There is no past employment history listed on Mr. Snell's application for the period of 1978 to 1985, between 1988 and 1993. Ms. Cannon stated that this is the reason that my application was not selected for an interview. It was alright for Mr. Snell to not put down an employment history but not me. But he got hired.

## APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 11-18-04 DEPT. _____
POSITION _Welder_ POSITION NO. _____
RATE $9.00 EMPLOYEE NO. _____
SHIFT/HRS. _____ HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the Individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| LAST NAME | FIRST NAME | MIDDLE NAME |
|---|---|---|
| Snill | McIntyre | _____ |

ADDRESS
NUMBER _108 Country Street_ STREET _Country Pines Rd_ CITY _Little_ STATE _____ ZIP CODE _36088_

AREA CODE ____ HOME PHONE ____ DATE 13-3-11-04

Salary or Pay _$9.00_
Expected

Kind of work desired: _Welds or assembly Little_

If hired can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK ① 2 3 Will you work daily overtime on occasion if necessary? ☑ YES ☐ NO
Date available for Work _11-15-N_

Do you have any continuing obligations which might affect your work schedule? _NO_

Describe your prior experience in the kind of work you want: _Unit Wear Assembly Line at Fab End_

Describe any formal schooling or training for this work: _Took Classes to become a Certified Welder_

List any licenses or Certificates you might have: _AWS Certified Welder_

List any special skills you may have (Typing, machine operation, etc.): _I can manual weld, heat, cut, so I_

List job benefits, other than wages you expect or want in order of importance: _Health Insurance_

How do you plan to commute to work? _Self_

Why did you apply for work here? _Lack of work_ (_Laid off from previous job_)

Have you ever applied for work at this company before? _No_

Do you plan to work elsewhere or attend school and work here, too? _No_

Have you ever been refused a surety bond or ever had one cancelled? _No_

Are you a minor? (under 18 years old) _No_

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☐ YES ☐ NO

Have you ever been discharged for cause? _No_

Have you ever been previously employed _____
☐ YES ☐ NO
If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES ☐ NO
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever been convicted of a felony? If yes, state the circumstances _NA_
(A criminal record does not automatically bar employment)

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| _____ | _____ |

**ATION AND TRAINING:**

| | Name of Last School _ENT. HIGH SCH__ | Address _____ |
|---|---|---|
| and chool | (Circle Highest Year Completed) Did you Graduate? 1 2 3 4 5 6 7 8 9 10 (11) 12 | Average Grade _____ Special Courses (typing, etc.) _BASIC_ |
| e or sity | Name _____ Major Subject _____ | Address _____ Degree _____ Date _____ Scholarship Average _____ |
| (Graduate, Trade l, Correspondence l, Etc.) | Name _____ Length of Course _____ Subject _____ | Address _____ Was Course Completed? _____ Scholarship Average _____ |

**PLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)

CH IN EN BAL OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer _MAHA_  Address _145 E. Highway 134_  Phone _(334) 412-6162_

Main duties _MANUAL WELDING - 2yes- MIG_  Supervisor _WOLFGANG Stiegeleh_

From _JAN 2001_ to _OCT 2004_  Starting Pay _8.SC_  Leaving Pay _4.95_

What did you like about this job? _ASSEMBLING LEFTS_  What did you dislike about this job? _IT'S THING TO + FROM WORK_

Why did you leave? _LAID-OFF_

2. Employer _JERSEY TRUCK_  Address _1315 HICKMAN ROAD_  Phone _(334) 577-57H_

Main duties _ASSEMBLING + LINE-JUT HOSE + INSTIL, PUT DOWN SCUFF BINDS_  Supervisor _JERRY HUSTON_

From _JUNE 1994_ to _DEC 2001_  Starting Pay _4.30_  Leaving Pay _11.75_

What did you like about this job? _LINE-JUT HOSE_  What did you dislike about this job? _LAY-OFF_

Why did you leave? _PLANS CLOSE_

3. Employer _SESSIONS_  Address _561 N. MAIN ST._  Phone _(334) 393-Cam_

Main duties _Ex-SPLHER OPERATOR_  Supervisor _Chris Pevere_

From _OCT 1773_ to _JUNE 1994_  Starting Pay _4.75_  Leaving Pay _9.CC_

What did you like about this job? _NEXT TC HOME (BACKYARD_  What did you dislike about this job? _SAFETY_

Why did you leave? _BETTER JOB + BETTER PAY_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _OCT 24 2005_    Signature of Applicant _McArthur Lowell_

October 15th, 2004

**MAHA**

To Whom It May Concern:

MAHA USA, L.L.C.
148 East Highway 134
P.O. Box 194
Pinckard, Alabama 36371

**Letter of Recommendation**

Phone: 334-712-6102
Fax:    334-712-4852
Internet:www.maha-usa.com
E-Mail:  info@maha-usa.com

MAHA GROUP
DIN EN ISO 9001

McArthur Snell has been working for MAHA USA, L.L.C. since January 29th, 2001.

He has been working in our Pre-Assembly Department.

His duties included (but were not limited to) the manual welding (MIG), deburring and grinding of pre-assembly components for our lift production. Mr. Snell is an AWS certified welder (Welding Procedure Specification MBH001, GMAW).

Mr. Snell was always very thorough, honest, and punctual and never missed any unexcused time from work. We regret to have to let Mr. Snell go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.

Martin A. Schaletzky
Commercial Director

Wolfgang Raffler
Manufacturing Director

Wolfgang Stiegeler
Production Manager



Mr. Chris Berry was hired October 6, 2004. Utility Trailers require that specific skill requirements and essential job functions, twelve months experience as a mig welder. Mr. Chris Berry had total of seven months welding experience when he was hired on October 6, 2004. How did he get hired with less than twelve months welding experience? And he listed no work history before 1993. Ms. Cannon states this is one of the reasons I was not hired.

*439 - Ln

A-

## APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

### DO NOT WRITE IN THIS SPACE

STARTING DATE _____  DEPT. _____
POSITION _____  POSITION NO. _____
RATE _____  EMPLOYEE NO. _____
SHIFT/HRS. _____  HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME _Berry_    FIRST NAME _Chris_    MIDDLE NAME _Parish_

ADDRESS   NUMBER _115 County Road 367_    STREET _____    CITY _Elba_    STATE _Ala._    ZIP CODE _36323_

AREA CODE (334) _470-0874 - 897_    DATE _9-27-04_    HOME PHONE

Kind of work desired: _Welder_

If hired can you present evidence of your legal right to work in the United States?    [X] YES    [ ] NO

Salary or Pay Expected _Starting Wage_

### WORK PREFERENCE

SHIFTS WILLING TO WORK 1 [N] 2 3 ___    Will you work daily overtime on occasion if necessary? _Yes_

Do you have any continuing obligations which might affect your work schedule? _____

Describe your prior experience in the _Boilermaker_ kind of work you want: _____

Describe any formal schooling or training for this work: _Worked at Dorsey Trailers for about 5 or 6 months_

List any licenses or Certificates you might have: _None_

List any special skills you may have: _Forklift_ (Typing, machine operation, etc.):

List job benefits, other than wages you expect or want in order of importance: _Insurance_

How do you plan to commute to work? _with my vehicle_

Why did you apply for work here? _Need 40 hrs._

Have you ever applied for work at this company before? _Yes_

Do you plan to work elsewhere or attend school and work here, too? _No_

Are you a minor? (under 18 years old) _No_

Have you ever been refused a surety bond or ever had one cancelled? _No_

Have you ever been discharged for cause? _No_

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? [X] YES [ ] NO

Date available for Work _will date_

Have you been previously employed by Utility Trailer? [X] YES [ ] NO

If yes, when and why did you leave? _left to go out of town to work_

Have you ever served in the U.S. Armed Forces? [ ] YES [X] NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) _No_

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Michael Walden | Cousin |
| Kenneth Kias | Friend |

**UCATION AND TRAINING:**

| de and n School | Name of Last School _ELBA High_ | Address _ELBA AL - 36303_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? _No_ | Average Grade |
| | 1 2 3 4 5 6 7 8 9 10 ⑪ 12 | Special Courses (typing, etc.) _Welding_ |

| ege or versity | Name _____ | Address _____ |
|---|---|---|
| | | Degree _____ Date _____ |
| | Major Subject _____ | Scholarship Average _____ |

| er (Graduate, Trade ool, Correspondence ool, Etc.) | Name _____ | Address _____ |
|---|---|---|
| | Length of Course _____ | Was Course Completed? _____ |
| | Subject _____ | Scholarship Average _____ |

**PLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _Berry Brother Brick Mason_ Address _Smith Ave. Elba. Ala_ Phone _334-897-8636_

in duties _Layers Labor_

om _1993 After school_ to _July 03_ Starting Pay _8_ Leaving Pay _10_ Supervisor _Billy Berry (Dad)_

at did you like out this job? _/_ What did you dislike about this job? _Weather_

ny did you leave? _Hardley got 40 hrs._

Employer _Dorsey Trailers_ Address _ELBA_ Phone _N/A_

in duties _Welder_

om _Aug 16 - 03_ to _Feb 5-04_ Starting Pay _10_ Leaving Pay _10_ Supervisor _Berry Cullops_

at did you like out this job? _Welding + 40hrs a week_ What did you dislike about this job? _No check sometimes on Friday_

ny did you leave? _Dorsey was going out of business - sometimes they wouldn't have a check for p_

Employer _None_ Address _____ Phone _____

in duties _____

om _____ to _____ Starting Pay _____ Leaving Pay _____ Supervisor _____

at did you like out this job? _____ What did you dislike about this job? _____

ny did you leave? _____

her positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| N/A | | | | | |
| N/A | | | | | |
| N/A | | | | | |

RTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former ployer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within ir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary I may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after ployment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by roll deduction against any such monies due the company.

te _9-22-04_

Signature of Applicant _Chris Berry_

Mr. Charlie Bottoms was hired November 18, 2004. Mr. Bottoms also has employment gaps in his employment. His application did no reflect any employment between 1978 and 1985, or between 1988 and 1993. Ms. Cannon states in her affidavit that this is one of the reasons that I was not hired, but Mr. Bottoms was hired.

# CHARLIE BOTTOMS
## ~CERTIFIED~
# WELDING SERVICE

Portable and Shop Work
Reasonable Rates

Charlie Bottoms
(334) 470-0188
So. Link 87*11176

Home:
(334) 684-8865

Jamie Bottoms
(334) 470-0187
So. Link 87*9592

## APPLICATION FOR EMPLOYMENT

**EQUAL OPPORTUNITY EMPLOYER**

... mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your ... screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such ... ministrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

### DO NOT WRITE IN THIS SPACE

STARTING DATE __11/2-6:30__    DEPT. __11.50__

POSITION __H__    POSITION NO. _____

RATE __1.00__    EMPLOYEE NO. _____

SHIFT/HRS. __11/2-6:30__    HIRED BY __NB__

LAST NAME: Bottoms    FIRST NAME: Charlie    MIDDLE NAME: George

ADDRESS    NUMBER: 546 East    STREET: Franklin Ave    CITY: Greenville    STATE: AL    ZIP CODE: 36-340

AREA CODE ( )    HOME PHONE

STARTING DATE __10-22-04__

Salary or Pay Expected: __$9-10__

Kind of work desired: __Welding__

If hired can you present evidence of your legal right to work in the United States?    ☐ YES  ☐ NO

Date available for Work: __10-22-04__

Have you ever been previously employed by Utility Trailer?  ☐ YES  ☑ NO

If yes, when and why did you leave?

### WORK PREFERENCE

SHIFTS WILLING TO WORK 1 X 2 3 ___    Will you work daily overtime on occasion if necessary? __yes__

Do you have any continuing obligations which might affect your work schedule?  ☐ YES  ☐ NO

Describe your prior experience in the kind of work you want: __pipeline & offshore welding__

Describe any formal schooling or training for this work:

List any licenses or Certificates you might have: __Certified by entex & crest & gasco__

List any special skills you may have (Typing, machine operation, etc.): __welding fabrication, equipment operation__

List job benefits, other than wages you expect or want in order of importance: __insurance__

How do you plan to commute to work?

Why did you apply for work here?

Have you ever applied for work at this company before? __N/C__

Do you plan to work elsewhere or attend school and work here, too? __N/C__

Have you ever been refused a surety bond or ever had one cancelled? __N/C__

Are you a minor? (under 18 years old) __N/C__

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?  ☑ YES  ☐ NO

Have you ever been discharged for cause? __N/C__

Have you ever served in the U.S. Armed Forces? ☐ YES  ☑ NO

Branch of Military Service

Rank at Discharge

Training

Have you ever been convicted of a felony? If yes, state the circumstances. __N/C__
(A criminal record does not automatically bar employment)

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME    RELATIONSHIP

## EDUCATION AND TRAINING:

| | | | |
|---|---|---|---|
| **Grade and High School** | Name of Last School _Bethlehem_ | Address _Bonifay_ | |
| | (Circle Highest Year Completed) Did you Graduate? _Yes_ | Average Grade _B_ | |
| | 1  2  3  4  5  6  7  8  9  10  11  (12) | Special Courses (typing, etc.) _____ | |
| **College or University** | Name _____ | Address _____ | |
| | | Degree _____ Date _____ | |
| | Major Subject _____ | Scholarship Average _____ | |
| **Other (Graduate, Trade School, Correspondence School, Etc.)** | Name _____ | Address _____ | |
| | Length of Course _____ | Was Course Completed? _____ | |
| | Subject _____ | Scholarship Average _____ | |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT. OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer _Charlie Bottoms_ Address _Genava Al_ Phone _1-334-470-01_
Main duties _welding_
From _2002_ to _2004 Present_  Starting Pay _____  Leaving Pay _____  Supervisor _Myself_
What did you like about this job? _____  What did you dislike about this job? _____
Why did you leave? _need steady income_

2. Employer _Tony williams_ Address _Geneva Al_ Phone _1-334-470-018_
Main duties _welding_
From _____ to _____  Starting Pay _$12.00_  Leaving Pay _____  Supervisor _____
What did you like about this job? _____  What did you dislike about this job? _not steady work_
Why did you leave? _work for my self_

3. Employer _Bessie wise_ Address _samson    Al_ Phone _1-850-388-6_
Main duties _welding using equment_
From _Stick_ _Sutsmey_  Starting Pay _150 a day_  Leaving Pay _____  Supervisor _____
What did you like about this job? _____  What did you dislike about this job? _not steady work_
Why did you leave? _Job ended_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. _Dumland Conarbion_ | _welding_ | _97_ | _99_ | | _Vol Quit - other job_ |
| 5. | | | | | |
| 6. _Daimond offshors_ | _welding_ | _99_ | _201_ | | _Vol Quit - injured_ |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10-22-04_    Signature of Applicant _Charlie Bottoms_

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE _____  DEPT. _____
POSITION _____  POSITION NO. _____
RATE _____  EMPLOYEE NO. _____
SHIFT/HRS. _____  HIRED BY. _____

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

**WORK PREFERENCE**

SHIFTS WILLING TO WORK 1 _2_ 3 _1_    Will you work daily overtime on occasion if necessary? _yes_

ADDRESS: Thomas    LAST NAME: Highland Pa, Enterprise AL    FIRST NAME: Kathleen    MIDDLE NAME: Ann

NUMBER 405    STREET    CITY    STATE    ZIP CODE 36330

Kind of work desired: building Bn assembly    Date available for Work: none

If hired, can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

Describe your prior experience in the kind of work you want: _It was a welder at physical trailers Bn_

Describe any formal schooling or training for this work: _I went to take a welding at the high school_

List any licenses or Certificates you might have: _at high._

List any special skills you may have (Typing, machine operation, etc.): _el ein work almost and poured tools_

Do you have any continuing obligations which might affect your work schedule: _In insurance_

How do you plan to commute to work? _I have a car_

Why did you apply for work here? _no_

Have you ever applied for work at this company before? _no_    Do you plan to work elsewhere or attend school and work here, too? _no_

Are you a minor? (under 18 years old) _yes_    Have you ever been refused a surety bond or ever had one canceled? _no_

Have you ever been discharged for cause? _no_    As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

SALARY or Pay Expected: _position what the position pays_

Have you ever been previously employed by Utility Trailer? ☐ YES ☐ NO

HOMEPHONE

AREA CODE (334) 358-5852

If yes, when and why did you leave?

Rank at Discharge

Branch of Military Service

Training

Have you ever served in the U.S. Armed Forces? ☐ YES ☐ NO

Have you ever been convicted of a felony? If yes, state the circumstances. A criminal record does not automatically bar employment. _in 1993 it was disposed on a probation case_

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**

NAME: James Nate    RELATIONSHIP: Friend

## EDUCATION AND TRAINING:

| | |
|---|---|
| **Grade and High School** | Name of Last School *Georgia High School*  Address *Geneva Ala* |
| | (Circle Highest Year Completed) Did you Graduate? *yes*  Average Grade *B+ A* |
| | 1 2 3 4 5 6 7 8 9 10 11 (12)  Special Courses (typing, etc.) *none* |
| **College or University** | Name _____  Address _____ |
| | Major Subject *none*  Degree _____ Date _____ |
| | Scholarship Average _____ |
| **Other (Graduate, Trade School, Correspondence School, Etc.)** | Name _____ |
| | Length of Course *none*  Address _____ |
| | Subject _____  Was Course Completed? _____ |
| | Scholarship Average _____ |

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer *Carrie Yarbrough*  Address *5671 Shelfield Rd*  Phone *347-1568*

Main duties *Feeding + giving medicand*

From *July 27, 04* to *Oct 6, 04*  Starting Pay *96*  Leaving Pay *700*  Supervisor *Chris Yarbrough*

What did you like about this job? *everything*  What did you dislike about this job? *nothing*

Why did you leave? *She put her mother in Nursing Home*

2. Employer *Dorsey trailers (old)*  Address *Elba, AL*  Phone _____

Main duties *Welding and working on assembly line*

From *1993 July* to *1999 nov*  Starting Pay *$9.00*  Leaving Pay *11.98*  Supervisor *Jerry Wright*

What did you like about this job? *everything*  What did you dislike about this job? *nothing*

Why did you leave? *plant closed down*

3. Employer *Personel Reserve*  Address *Dothan Al*  Phone _____

Main duties *assembly work at reliable*

From *Sept 96 04* to *Dec 96 04*  Starting Pay *6.00*  Leaving Pay *after long* Supervisor *went back to Dorsey trailer*

What did you like about this job? *I was still doing assembly work*  What did you dislike about this job? *nothing really*

Why did you leave? *was called back to Dorsey trailer*

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| *Enterprise Fork Lift* | *welding* | *85* | *88* | *$5.00* | *closed down* |
| *Garwood Indu* | *welder* | *76* | *78* | *4.75* | *closed down* |

CERTIFICATE OF APPLICANT (Read carefully before signing) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally effect this application. I hereby authorize any former employer, person, firm or corporation listed herein including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within my knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date *10/5/04*  Signature of Applicant *Pamela Chann*

*4-19-09 9/10-10:30*

*Cook 16 Silas 1
4:00 29th*

## APPLICATION FOR EMPLOYMENT

**utility**

A

### WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 9-23-04 DEPT. Research

POSITION Welder POSITION NO. _____

RATE 9-00 EMPLOYEE NO. _____

SHIFT/HRS. 1 HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| ADDRESS | Cook | Michael | Brian | 8-06-04 |
|---|---|---|---|---|
| | LAST NAME | FIRST NAME | MIDDLE NAME | DATE |

NUMBER 101  STREET High St.  CITY Opp  STATE AL  ZIP CODE 36462  AREA CODE 330 HOME PHONE 493-9522

Kind of work desired: Welding

Salary or Pay Expected _____

If hired can you present evidence of your legal right to work in the United States?  ☒ YES  ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK 1 X 2 X 3 X

Will you work daily overtime on occasion if necessary? UPS

Date available for Work 8-09-04

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want: _____

Describe any formal schooling or training for this work: Opp High School → MacArthur State Tec.

List any licenses or Certificates you might have: I am a certified a welder with BEVK

List any special skills you may have (Typing, machine operation, etc.): Forklift, Electric Hoist, Welder Torch, and power tools

How do you plan to commute to work? Drive my truck

Why did you apply for work here? Because I heard its a good place to work and good benefits

Have you ever been previously employed by Utility Trailer?  ☐ YES  ☒ NO

If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces?  ☐ YES  ☒ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever applied for work at this company before? No

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) No

Have you ever been refused a surety bond or ever had one cancelled? No

Are you a minor? (under 18 years old) No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?  ☒ YES  ☐ NO

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME _____  RELATIONSHIP _____

Have you ever been discharged for cause? No

**UCATION AND TRAINING:**

| de and n School | Name of Last School, _Opp High_ | Address _Maloy St. Opp Al_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? _yes_ | Average Grade _____ |
| | 1 2 3 4 5 6 7 8 9 10 11 (12) | Special Courses (typing, etc.) _____ |

| ege or versity | Name _____ | Address _____ |
|---|---|---|
| | | Degree _____ Date _____ |
| | Major Subject _____ | Scholarship Average _____ |

| er (Graduate, Trade ol, Correspondence ol, Etc.) | Name _MacAuther State_ | Address _331 North Opp Al_ |
|---|---|---|
| | Length of Course _2 yrs_ | Was Course Completed? _No_ |
| | Subject _Welding_ | Scholarship Average _____ |

**PLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _BE+K_ Address _Birmingham, AL 35202_ Phone _(205) 972-6300_

ain duties _Welder_

om _Oct. 2003_ to _June 2004_ Starting Pay $_20_ Leaving Pay $_20_ Supervisor _____

at did you like out this job? _Welding_ What did you dislike about this job? _____

y did you leave? _Lack of work or Laid off_

Employer _Opp + Micholas Mill_ Address _Micholas St. Opp, Al 36467_ Phone _(334) 493-3531_

ain duties _Warp Hand_

om _Aug. 2001_ to _Aug 2003_ Starting Pay $_8.00_ Leaving Pay $_10.50_ Supervisor _John Trew_

at did you like out this job? _the benefits_ What did you dislike about this job? _____

y did you leave? _Laid off_

Employer _BE+K_ Address _Birmingham, AL 35202_ Phone _(205) 972-600_

in duties _Welder_

om _March 2001_ to _Jan. 2002_ Starting Pay $_20_ Leaving Pay $_20_ Supervisor _____

at did you like out this job? _Welding_ What did you dislike about this job? _____

y did you leave? _Laid off_

er positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| _Clark Trailers_ | _Welder_ | _Aug 1999_ | _Aug 2001_ | $_10.00_ | _Laid off_ |
| | | | | | |
| | | | | | |

**TIFICATE OF APPLICANT** (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by s just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former oyer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after oyment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances oney or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by ll deduction against any such monies due the company.

_8-06-04_

Signature of Applicant _Michael Cote_

10/20 - LM
10/21 - LM
10/25 - 2pm

## APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

**DO NOT WRITE IN THIS SPACE**

STARTING DATE ___ W/10 ___ DEPT. ___
POSITION ___ POSITION NO. ___
RATE ___ EMPLOYEE NO. ___
SHIFT/HRS. ___ HIRED BY ___

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| Driggers | Derrick | Eddie |
|---|---|---|
| LAST NAME | FIRST NAME | MIDDLE NAME |

DATE  10-4-04

111 South Pine St.
ADDRESS   NUMBER   STREET

Samson      Al      36477
CITY      STATE      ZIP CODE

AREA CODE (334) 928-2519
HOME PHONE

Kind of work desired: ___ Welding ___

Salary or Pay
Expected $9.00

If hired can you present evidence of your legal right to work in the United States?   ☑ YES   ☐ NO

## WORK PREFERENCE

SHIFTS WILLING TO WORK 1 ☑ 2 ___ 3 ___
Will you work daily overtime on occasion if necessary? Yes

Date available for Work   wk. notice to 10-5-04

Do you have any continuing obligations which might affect your work schedule? no

Describe your prior experience in the kind of work you want:   Certified 6 G2 carbon + stainless — Fitting + Blueprints — Alum Brg. Alu, Gouging

List any licenses or Certificates you may have:   Certified Welding Cert. Stainless, Carbon

List any special skills you may have (Typing, machine operation, etc.):

List job benefits, other than wages you expect or want in order of importance:   Insurance , 401 k

How do you plan to commute to work?   my car

Why did you apply for work here?   I have been told it's a real good place to work

Do you plan to work elsewhere or attend school and work here, too?   no

Have you ever been refused a surety bond or ever had one cancelled?   no

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?   ☑ YES   ☐ NO

Have you ever been previously employed by Utility Trailer?   ☐ YES   ☑ NO

If yes, when and why did you leave?

Have you ever served in the U.S. Armed Forces? ☐ YES ☑ NO

Branch of Military Service

Rank at Discharge

Training

Have you ever been convicted of a felony? If yes, state the circumstances.
(A criminal record does not automatically bar employment)   no

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Tim Yates | Friend |
| David Anderson | Friend |
| Ken Mock | Friend |

Have you ever applied for work at this company before?   no

Are you a minor? (under 18 years old)   no

Have you ever been discharged for cause?   no

**UCATION AND TRAINING:**

| | | |
|---|---|---|
| de and n School | Name of Last School _Samson High School_ (Circle Highest Year Completed) Did you Graduate? ___ 1 2 3 4 5 6 7 8 9 10 (11) 12  Ged | Address _Samson Al_ Average Grade _C_ Special Courses (typing, etc.) _____ |
| ege or versity | Name _____ Major Subject _____ | Address _____ Degree _____ Date _____ Scholarship Average _____ |
| er (Graduate, Trade ool, Correspondence ool, Etc.) | Name _____ Length of Course _____ Subject _____ | Address _____ Was Course Completed? _____ Scholarship Average _____ |

**IPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED.

Employer _Service Machine_ Address _Westgate Parkway Dothan Al_ Phone _334-702-7811_
ain duties _Welding + Fitting + Fabrecating - MIG + Some TIG - Sheet metal / Cutting_
om _10-22-03_ to _Present_ Starting Pay _9:00_ Leaving Pay _10:00_ Supervisor _Monte Gader_
hat did you like out this job? _Fabrecation_ What did you dislike about this job? _____
hy did you leave? _Wanting to get closer to home_

Employer _Dorsey Trailers_ Address _Elba Al_ _Owner_ _Trailers_ Phone _____
ain duties _Hanging doors, rear frame, tig + flux, upper/lower suspension, landing ge_
om _Jan 02_ to _Oct 03_ Starting Pay _8:50_ Leaving Pay _9:00_ Supervisor _David Sasser_
hat did you like out this job? _Every thing_ What did you dislike about this job? _lack of work_
hy did you leave? _Lack of work - Laid off_

Employer _OPP + Micolas Mill_ Address _OPP Al_ Phone _334-493-3531_
ain duties _Slasher Helper (2nd time) (This one)_
om _Jan 02_ to _Jan 02_ Starting Pay _9:00_ Leaving Pay _9:00_ Supervisor _Mickey Spiers_
hat did you like out this job? _Every thing_ What did you dislike about this job? _Nothing_
hy did you leave? _Went to work offshore - laid off - No work_

her positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| OPP + Micolas Mill | Oper | 8½ | YES | | Vol Quit - Went to be home. |
| Diamond Offshore | Roughneck Roustabout | 1½ | YES | | Vol Quit - to offshore |

ERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered be as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former mployer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within ir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary d may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after mployment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances e money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by yroll deduction against any such monies due the company.

ate _10-4-04_                    Signature of Applicant _Terrick Triggs_