# EXHIBIT D



**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
1-800-669-4000

Albert L. Vreeland, II
LEHR, MIDDLEBROOKS, PRICE
&  VREELAND
P. O. BOX 11945
Birmingham, AL 35202-1945

Reference:  Jearldean Thomas v Utility Trailer Corporation
Charge Number 130-2005-00547

Dear Mr. Vreeland:

We have received and reviewed the position statement and Jearldean Thomas' application you submitted in response to Ms. Thomas' charge of discrimination. As you know, the Commission is required by law to investigate charges filed with it and additional information is needed so that a proper determination can be made regarding the merits of this charge. Please submit a response to the following request for information by **February 18, 2005**.

1. Submit a copy of the respondent's hiring policies. If the respondent's actual hiring practice is different from the written policy, describe the actual practice.

2. Describe in detail the respondent's method(s) used to receive, screen, and process applications for welding positions. Please include the following information:
   a. the manner in which persons are recruited for the position in question,
   b. the manner in which a person is determined to be an 'applicant' for the position,
   c. if applications are solicited or accepted whether or not vacancies exist,
   d. the time period for which applications are considered active and the time period for which applications are retained,
   e. the forms of written documentation used which reflect the solicitation, receipt and processing of an application,
   f. how applications for the position are reviewed for the purpose of selecting an applicant (include the name, position, and race of the responsible person(s)), and
   g. whether applicants are interviewed during the application process and, if so, by whom (include the name, position, and race of the individual(s)).

3. State the total number of applications received for the welding position from September 1, 2004 to January 7, 2005. Submit copies of all applications and other records received from prospective employees.

4. State the number of welding positions filled from September 1, 2004 to January 7, 2005 and submit a list of all persons selected for the welding position by name, race, date of application, copy of the application and/or resume, date of hire, and selecting/deciding official by name, race, position, and date of hire.

COPY

List "A"

| Name | Race | Date of Application | Date of Hire |
|---|---|---|---|
| Terry Silavent | White | 09/08/04 | 09/15/04 |
| Courtney Sutherland | White | 07/08/04 | 09/23/04 |
| Michael Cook | White | 08/06/04 | 09/23/04 |
| Chris Berry | White | 09/22/04 | 10/06/04 |
| Roger Echelberger | White | 10/04/04 | 10/18/04 |
| Jerome Cawley | White | 10/21/04 | 10/28/04 |
| Larry Helms | White | 10/20/04 | 10/28/04 |
| Derrick Driggers | White | 10/04/04 | 11/10/04 |
| McArthur Snell | Black | 10/24/04 | 11/18/04 |
| Charles Bottoms | White | 10/22/04 | 11/18/04 |

No state work history

## Other Details

| | |
|---|---|
| Transportation | No Information Available |
| Temporary Position | No |
| Travel Required | Not Applicable |
| Relocation | Not Applicable |
| On Job Training | Not Available |
| Other Benefits | None |

## Contact Information

| | |
|---|---|
| Contact Name | Marsha Cannon |
| Contact Title | HR |
| Company Name | Utility Trailer Manufacturing |
| Company Address | 1300 N Main St<br>PO Box 311690<br>Enterprise, AL 36330<br>View Map - Get Directions |

## How to Apply For This Position

This employer wants to be contacted as follows:

1. In person to:
   Utility Trailer Manufacturing
   1300 N Main St
   PO Box 311690
   Enterprise, AL  36330
   View Map - Get Directions

Employers may not consider you if methods other than those listed are used.

## Add to My Briefcase

Adding this job to your briefcase bookmarks it for easy access in future visits to Alabama JobLink.

Add to My Briefcase

## Find Similar Employers

Job Details

Related Links: Comparison

## MIG Welder

**Description and Duties of Job:**

12Months Experience as MIG Welder required. Openings on 1st and 2nd shifts. Company will conduct welding test. Company builds truck trailer bodies and other related assemblies.

**Specific Skill Requirements and Essential Job Functions:**

12 months experience as MIG welder.

**Utility Trailer Manufacturing:**

truck trailer manufacturing

## Job Information

| | |
|---|---|
| Created | February 23, 2006 |
| Last Updated | March 12, 2007 |
| Job Order ID Number | 261482 |
| Salary Range | $9.00 to $10.00 |
| Job Location | Enterprise, AL 36330 |
| Type of Employment | Regular, Full-time |
| Shift | Day, Evening, Night |
| Hours per Week | 40-49 |
| Education Required | Some High School or less |
| Experience Required | 1 Year 0 Months |

## Other Details

| | |
|---|---|
| Transportation | No Information Available |
| Temporary Position | No |
| Travel Required | Not Applicable |
| Relocation | Not Applicable |