# EXHIBIT A

IN THE UNIED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

**Jearldean Thomas**

    **Plaintiff,**

v.

**Utility Trailer Manufacturing
Company d/b/a Utility Trailer
Corporation.**

    **Defendant,**

### Plaintiff Answer To Request for Production of Documents to Defendant Pursuant to Rule 34 of the Federal Rules of Civil Procedure.

1. No such Documents known.
2. No such Documents known.
3. Documents from the job I have now, nothing in writing about previous employment.
4. a Nothing in writing.
   b. Nothing in writing.
5. These are statements written at the time of incident, by myself to myself. I am sending them to you in original form just like I jotted them down, these are copies.
6. a No such documents known.
   b. I am sending a copy of my job application.
   c. I am sending original copies of statements I wrote myself, for myself.
7. a. again, I am sending original copies of a conversation that I wanted to remember.
   b. There was nothing physical if that is what you mean. There is nothing stating that there was.
   c. There is no such document known to this effect.
   d. This information has already been given in other parts of this disclosure.
   e. There is all kinds of stress & duress when this kind of discrimination accrues. Not always treatable by any medical procedure.
   f.. This information is already being supplied in other sections of this disclosure. Some of these questions are asking for the same information.
   g. It is just shear disbelief that after all these years and all the times I applied for a job with this company I was still being turned down for employment with this company. Yes, I was and still am as you say damaged.
8. The answer to this question is the same as the question 7 part b.

9. I have been told that other women have had problems of this type with this company, But I have no written documentation of this, just hearsay.

10. I am sending a copy of a recent check stub from my current job. Information on the jobs I had in the past, before I applied to Utility Trailers in 05, seems irrelevant to me.

11. Like I have already said there are ways that you can be damaged emotionally, I began to lose confidence in my ability as a welder and a working person. Knowing that I am the victim twice. One being discriminated against and then being retaliated against, because I tried to do something about the discrimination. That is enough to damage your self-confidence. But no there is no written documentation to this effect.

12. There is no written documentation.

13. There is no written documentation.

14. There is no written documentation.

15. There is no written documentation. But I did and still do suffer distress and mental anguish about this injustice. I have a job, as a machine operator because I have to work somewhere. But it is not what I trained to do. Being a welder is what I want to do, and when there is a company advertising for welders in you town why should I have to go 25 or 30 miles away to get a welding job. That is where the mental anguish comes in.

16. I am mailing copies of this document.

17. No such documentation known.

18. These documents I am sending some are copies and some are original.

19. I am sending copies of these documents to you.

20. No such documents known.

21. No such documents known.

22. These documents I am already sending.

23. What I have is already being mailed to you.