# EXHIBIT B

**FREEDOM COURT REPORTING**

Page 1

1   IN THE CIRCUIT COURT OF HOUSTON COUNTY
2              STATE OF ALABAMA
3                                    )
4   JEARLDEAN THOMAS,                )
5                                    )
6        Plaintiff,                  )
7                                    )    CV#
8                                    )    1:05cv914-F
9   Vs.                              )
10                                   )
11  UTILITY TRAILER MANUFACTURING CO.)
12  DBA UTILITY TRAILER CORPORATION, )
13                                   )
14       Defendants.                 )
15
16                S T I P U L A T I O N
17       IT IS STIPULATED AND AGREED by and
18  between the parties throught their
19  respective counsel, that the deposition of
20  JEARLDEAN THOMAS may be taken before
21  Meliaha Cornelius, Commissioner, at the
22  conference room of the Holiday Inn Dothan-
23  South, 2195 Ross Clark Circle, Dothan,

**FREEDOM COURT REPORTING**

Page 13

1  Q. Okay. Do you recognize that as a
2  copy of the responses that you prepared to
3  the request for production of documents
4  that we just marked as Exhibit 1?
5  A. Yes. I remember I had to wait for
6  some things to come.
7  Q. Now, Ms. Thomas, I am marking a
8  collection of documents that are Bates
9  labeled P1 through P138, and I represent to
10 you that these are the documents that I
11 received in the mail from you in response
12 for my request for production of
13 documents. And I'll ask you to look at
14 that and tell me whether you recognize that
15 set of documents as a complete set of all
16 the documents that you've produced in this
17 case.
18           (Whereupon, Defendants Exhibit 3
19            was marked for identification
20            and copy of same is attached
21            hereto.)
22 A. Uh-huh.
23 Q. Is that a yes?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

FREEDOM COURT REPORTING

Page 14

1    A.    Yes.

2    Q.    Okay. Let's look now at P111.
3 The documents Bates labeled P111 through
4 114 in Exhibit 3. Do you recognize these
5 documents?

6    A.    Yeah.

7    Q.    Would you please explain what
8 those documents are?

9    A.    These are notes that I had written
10 to myself whenever I went to Utility
11 Trailers, and things that I thought were
12 not right. I mean, the treatment that I
13 got here pretty much sums it up. I had --
14 I'm sorry about the um. I had -- when I
15 put this last application in, I had been
16 there several times. At first, I went to
17 the company and got an application. I
18 filled it out --

19    Q.    Well, if I can stop you for just a
20 moment. Right now I just want to --

21    A.    You want to just ask the questions
22 --

23    Q.    We'll talk about your application

367 VALLEY AVENUE
(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660

**FREEDOM COURT REPORTING**

Page 26

1  top of each other. Do you know of any
2  other documents or tape recordings or
3  anything that might concern your claims in
4  this case other than the documents in the
5  Defendant's Exhibit 3?
6      A.   No, I have no documents, no
7  recordings, no documents, no recordings
8  other than what I have sent.
9      Q.   Are you aware of anybody that
10 taped any conversations with any Utility
11 Trailer employees?
12     A.   No. Not aware.
13     Q.   Let me just get some background
14 information for the record.
15     A.   Okay.
16     Q.   Your Social Security number is
17 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; correct?
18     A.   Correct.
19     Q.   You still reside at 405 Highland
20 Drive, Enterprise, Alabama.
21     A.   Correct.
22     Q.   How long have you lived at that
23 address?

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**

**FREEDOM COURT REPORTING**

Page 186

C E R T I F I C A T E

STATE OF ALABAMA    )
HOUSTON COUNTY      )

    I HEREBY CERTIFY that the above and foregoing transcript was taken down by me in stenotype, and the questions and answers thereto were transcribed by means of computer-aided transcription, and that the foregoing represents a true and correct transcript of the testimony ginev by said witness.

    I FUTRHER CERTIFY that I am neither of counsel, nor of any relation to the parties to the action, nor am I anywise interested in the result of said cause.


MELIAHA CORNELIUS

**367 VALLEY AVENUE**
**(205) 397-2397 BIRMINGHAM, ALABAMA 1-877-373-3660**