IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED

2007 MAY -2  P 1: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DIST. ALA.

| | |
|---|---|
| Jearldean Thomas, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) CIVIL ACTION NUMBER: |
| | ) 1:05cv914-f |
| UTILITY TRAILER MANUFACTURING | ) |
| COMPANY d/b/a UTILITY TRAILER | ) |
| CORPORATION. | ) |
| | ) |
| Defendant. | ) |

## AFFIDAVIT OF JEARLDEAN THOMAS

STATE OF ALABAMA )
COUNTY OF COFFEE )

My name is Jearldean Thomas. I am over (21) years of age and I have personal knowledge of the information contained in this Affidavit.

1. I am the plaintiff in this case.
2. Defendant states that the reason I was not hired is I had no recent welding experience.
3. Ms. Cannon states in her Affidavit she selected Larry Helms the other applicant for an interview and hire because his application stated he had experience in welding aluminum. I also have experience in welding aluminum. I asked the receptionist if they were looking for a certain welding skill like aluminum welding. When I came into check on the status of my application they were also looking for applicants that could also aluminum weld. I would have updated or turned in another application with my aluminum and stainless steel welding experience on it.

   Ms. Cannon states she did not select me for an interview because I had no recent welding experience. I had 5 years of welding experience the most recent was the last of 1997. Mr. Helms was 1998 for Nasco Forklift Elba Ala. Monday April 30, 2007 I in person talked to the owner who remembers Mr. Helms working for him I showed him Mr. Helms application stating he worked for Nasco from 1995 to 1998 the owner states that Mr. Helms did not work for him the full time he put on his application. He said if I subpoena him I could get this information. Other wise he doesn't want to get involved. Which leads me to believe Mr. Helms recent welding experience is not as recent as they state.

   Ms. Cannon is a Personnel Manager she is suppose to be trained in selecting

applicants and checking references and past employers (The owner of Nasco Co. where Mr. Helms said he worked for 1995 to 1998). He did not have the recent experience he said he had, and if I had put on my application that I had aluminum experience or I had more recent welding than Mr. Helms Ms. Cannon would have found some other reason not to interview or hire me. The person that does the hiring at Nasco Forklifting says no one inquired about the accuracy of the information on Mr. Helms application.

The Conduct of Defendant, as set forth above, constitutes unlawful discrimination against plaintiff on the basis of sex in violation of Title VII of the Civil Rights Act of 1964, 42 U.S.C.§ 2000e et seq.,

I declare under penalty of perjury that the foregoing is true and correct.

/Jearldean Thomas

Date: April 30, 2007

## CERTIFICATE OF SERVICE

I hereby certify that on this 2nd day of May, 2007, a copy of this Affidavit was mailed, postage prepaid, to

Lehr Middlebrooks & Vreeland, P.C.
P.O Box 11945
Birmingham, Alabama 35202

Jearldean Thomas

_____
PRO SE LITIGANT