# Attachment

**In the United States District Court**
**For the Middle District of Alabama**
**Northern District**

RECEIVED

2007 MAY 2 P 1: 56

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA

Jearldean Thomas,

      Plaintiff

v.

Utility Trailer Manufacturing Company
d/b/a Utility Trailer Corporation,

      Defendant

---

**Plaintiff's Evidentiary Submission**
**In Response to Defendant's Motion For**
**Summary Judgment.**

    I, Plaintiff, Jearldean Thomas, submit the following evidence in support of my charge of discrimination.

1. Reasons of why I filed this charge.
2. Copies of applications of applicants that were hired during the period of September 1, 2004 to January 7, 2005.
3. Copies of welding requirements that Utility Trailers posted at the Alabama State Employment Service as of March 19, 2007 and from October 2004.
4. A copy of the description and duties of the welding position at Utility Trailers.
5. A copy of my application.
6. A copy of Ms. Marsha Cannon's affidavit with paragraphs circled that I addressed.
7. A copy of the Document of Information the EEOC requested from files at Utility Trailers.

    I do believe that punitive damages are appropriate in this case. Utility Trailers discriminated against me because I am a woman, and is retaliating against me from when I filed a complaint with the EEOC in the middle 1980s.

8. Some of Ms Cannon's Affidavit is Not so truthful.

EXHIBIT A

In the United States District Court
For the Middle District of Alabama
Northern Division

Jearldean Thomas
    Plaintiff

Civil Action Number:
1:05CV914-7

v.

Utility Trailer Manufacturing Corporation,
    Defendant

    My name is Jearldean Thomas, and I am the charging party in this civil action. This is a true account that led me to make this charge of discrimination against Utility Trailer Manufacturing Corporation.

    On October 5, 2004, I saw an ad in the <u>Enterprise Ledger</u>, a local newspaper (the ad is enclosed) for welders. I went in to apply for a welders position. I asked the receptionist if they were hiring welders at this time; she said they were. She gave me a job application. I sat down in the office to fill the application out. When I got down to the question that asked if you ever applied here before, I asked the receptionist how long they keep applications on file. She said they keep them for sixty (60) days, then you have to reapply, because your application is no longer valid. She asked me how long had it been, I said at least three years. She checked the computer, and told me that I was no longer in the system. I said, then here where it asks, have I ever applied here before, since it has been at least three years and there is no information on me, so I put down no to the question, it made sense to me.

    After I filled out the application, I gave it back to the receptionist, she said Marsha Cannon is the Human Resource Manager, she won't be back until Monday, but I will give this to her when she gets back. I said thank you and left. I then went to the Alabama State Employment Service, to see what else I could find. I saw on the employment computer, where Utility Trailers were hiring for welders. I showed the job order to a representative. She gave me a card to take to Utility Trailers for a welders position. I took the card back to Utility Trailers. The receptionist said since I had just filled out an application, she would put the card with my application, to give to Ms. Cannon when she gets back.

    On Monday, when Ms. Cannon got back, I came in to check on my application. The receptionist said Ms. Cannon was back, but she was out of the office at this time. She gave me Ms. Cannon's office telephone number so I could call and make sure she was in before I came in. I said thank you. The next day I called Ms. Cannon's office to see if she was in. Ms. Cannon answered the phone. I asked about my application, she said she had just got back and had not had a chance to go through the applications and to call her back in a couple of days. I said okay, thanked her, and hung up.

    In about three (3) days, I went back in to see Ms. Cannon about my application, to see if she had looked at it. At this time Ms. Cannon informed me that she was going to try to get the welders from within the plant, and that she would call me if something came up. And that made sense, a lot of companies will try to get what they need from within the plant if they can. But what happened next is why I filed this charge.

A couple of days later (2 days) I went back to the Alabama Employment Service. I had been going into the Employment Office about 3 days a week looking for employment. So on this day I went into the Employment Office, one of the representatives whose name is also Marsha, knew that I had been looking for work as a welder. She said why don't you apply at Utility Trailers, they are hiring welders. I said I had an application there, and Ms. Cannon said that they were going to hire welders from within the plant. The Employment Representative said, "I don't know about that, but Ms. Cannon just left out of here, she came in to put in an order for welders from the trade school in Opp that has a welding class."

I got back in my car and drove back to Ms. Cannon's office. I asked to speak to Ms. Cannon. When she came out of her office I asked her again about my application. She said and I quote, "Weren't you just in here?" I said yes. She said, "I told you that when something comes I will call you." She didn't know that I had been back to the Employment Office.

I told her that I know that she had been to the Employment Office to put in an order for welders. I asked Ms. Cannon, at what point were you going to call me? I informed her at this point, that I felt that I was being discriminated against. She said that she was not. I said, "You told me you were going to hire from within, and that you would call me when something came up, then you go to the Employment Office and put in an order for welders, and you never did call me. And to top it off, several days after you told me that you would call me if something came up, Larry Helms put in an application, you gave him an interview and hired him."

His Employment Record states his last three jobs were as "a car repairman":
1. Goodson Tire Co.
2. C & C Repair
3. Fred's AUto

The only welding that was done on these jobs was spot welding, very small stuff like welding clamps on mufflers or holes on exhaust pipes. Then he has an employer named Nasco. He has on his application he welded here from 1995 to 1998, that is only four years of welding. Ms. Cannon said that one of the reasons I was not hired is I had only five years of welding experience. Mr. Helms has only four. Then his application states he worked at Kenny's Tire & Auto, welding exhaust from 1995 to 1997. His application says he did mig, steel, tig, and stick welding all at Kenny's Tire & Auto, where his only welding was welding car exhausts. He states he built brakes at Nasco from 1995 to 1998. He states he welded exhausts from 1995 to 1997. How do you go from 1995 to 1998 and then from 1995 to 1997? My five years of welding was done at a trailer manufacturing plant, as the assembly experience that I stated on my application. IO have about seven (7) years welding and assembling trailer bodies, Mr. Helms has none.

Statements from Ms. Marsha Cannon's Affidavit

Statement #7 of Marsha Cannon's affidavit states: she did not hire me because I only had five (5) years of welding. Mr. Helms states on his application he had four (4) years of welding experience. The other jobs he listed, Goodson Tire, C & C, and Fred's Auto, not anywhere on any of these three jobs did he state that he was a welder. He was a mechanic. He worked on cars, if he did any welding on the cars he fixed were very little to none. On the front of his application he said "I've welded for 8 years on forklifts." Where? His application said he welded at Nasco, he built forklifts from 1995 to 1998. That is only four years. Where did he weld the other four, Ms. Cannon? I stated on my application that I had experience welding forklifts also.

Statement #9 states she did not select my application for interview because I lacked any recent welding experience since 1997. Mr. Larry Helms is 1998. My welding experience is just as recent as his. When I worked at Dorsey Trailers I welded on trailers. Mr. Helms has not, which by itself should have made me a better candidate for the job than Mr. Helms. Ms. Cannon states my application also revealed significant gaps in my employment. Garwood Inc. from 1976 to 1978, Enterprise Forklifts from 1985 to 1988, Personnel Resources from September 1996 to December 1996, Dorsey Trailers from 1993 to 1999 (actually I started as a welder at Dorsey Trailers in 1990).

Statement #10 – Ms. Cannon states on her affidavit that from October through December 2004, six (6) welder positions were filled. My evidence states that there were seven (7). The list is included in Exhibit A.

Statement #11 – Ms. Cannon states on her affidavit that the most significant criteria she used was recent welding experience. She selected Larry Helms for hire over myself, because his application listed experience in welding aluminum, a highly desirable skill. On Mr. Helms's application his experience welding aluminum amounts to welding exhaust pipes that he installed in cars. He said that on his application. It is a stretch from welding aluminum pipes on a car to aluminum floors in a trailer. The two don't even come close. Mr. Helms's recent welding experience is from 1995 to 1998 at a place called Nasco, four years. My experience was from Dorsey Trailers from 1993 to 1997, five years of welding on trailers, the same kind of work that they do at Utility Trailers, the very same thing.

Statement #12 – Ms. Cannon states on her affidavit that at the time she made the hiring decision for the welder position in 2004, the only information I had about Ms. Thomas's qualifications was the information she stated on her application. And if that was true, I would have gotten hired right along with Mr. Helms, because my welding experience is just as recent as his. I have more, and I am experienced in welding on trailers.

Statement #13 – If this statement is to be believed, without knowing, I filed a complaint against Utility Trailers in the 1980s. She would have looked at my job application and experience, as a welder on trailers. Because looking at Mr. Helms's application, his three (3) most recent jobs were not as a welder but a mechanic. She would at least have called me in for an interview.

Statement #14 – Ms. Cannon stated on her affidavit that she did not consider any applicant's race or sex. And yes, I believe she did consider the fact that I am a woman. Look

At the fact I have five years welding experience on trailers and trailer parts.

IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

JEARLDEAN THOMAS,          )
                                   )
       Plaintiff,          )
                                   )      CIVIL ACTION NUMBER:
v.                           )          1:05cv914-F
                                   )
UTILITY TRAILER MANUFACTURING   )
COMPANY d/b/a UTILITY TRAILER   )
CORPORATION,          )
                                 )
       Defendant.      )

## AFFIDAVIT OF MARSHA CANNON

STATE OF ALABAMA      )
COUNTY OF COFFEE      )

    1.    My name is Marsha Cannon. I am over twenty-one (21) years of age, and I have personal knowledge of the information contained in this Affidavit.

    2.    I am the Human Resource Manager for Utility Trailer, Inc. I have held this position since May 3, 2004, when I was first hired to work for Utility Trailer. I am a female.

    3.    Utility Trailer operates a trailer manufacturing facility in Enterprise, Alabama.

    4.    In 2004, Utility Trailer initially attempted to fill welding positions internally by training existing employees and assessing their aptitude. When we concluded that we could not fill all the positions internally, we then turned to external applicants.

    5.    I screened the applications from external applicants. I selected candidates for interview based upon their applications. I conducted the interviews myself and made the hiring decisions.

6.    Utility Trailer received a job application for a welding assembly position from Jearldean Thomas dated October 5, 2004. A true and correct copy of Thomas' application is located in Exhibit 3 to the deposition of Jearldean Thomas, at pages P133-134.

7.    On her job application, Thomas indicated that she worked at Dorsey Trailers from 1993 to 1999. The application further states, "I was a welder at Dorsey Trailers for 5 years and then I went to Assembly Line." I understood from Thomas' application that she had no welding experience after approximately 1997. Thomas did not indicate on her application that she had any experience in welding aluminum.

8.    Thomas indicated on her application that she never applied for work with Utility Trailer previously. At the time I made the hiring decisions for the welder position in 2004, I had no other information to contradict Plaintiff's statement to this effect.

9.    I did not select Thomas' application for interview because the application indicated that Thomas lacked any recent welding experience since approximately 1997, and her application also revealed significant unexplained gaps in her employment. The application did not reflect any employment between 1978 and 1985, between 1988 and 1993, nor between 1999 and 2004.

10.    From October through December 2004, six (6) welder positions were filled. True and correct copies of the applications for the successful candidates are attached hereto as Exhibit A.

11.    In making the selection decisions for the welder positions available in 2004, the most significant criteria I used was recent welding experience. The primary reason I selected the successful candidates over Ms. Thomas was that they each had

2

more recent welding experience than Ms. Thomas. All of the successful candidates except one had welding experience within the year prior to the selection decision. In addition, I selected Larry Helms, the other applicant, for interview and hire because his application listed experience in welding aluminum, a highly desirable skill which is difficult to find, and his application indicated a stable employment history.

12.    At the time I made the hiring decisions for the welder position in 2004, the only information I had about Ms. Thomas' qualifications was the information she stated on her application.

13.    During the course of this lawsuit brought by Ms. Thomas against Utility Trailer, I have learned that Ms. Thomas claims to have filed a Charge of Discrimination with the Equal Employment Opportunity Commission ("EEOC") in the 1980's. At the time I made the hiring decisions for the welder positions in 2004, I was not aware of Ms. Thomas' prior EEOC Charge or that she had previously applied for employment with Utility Trailer. The only information I had at the time of the hiring decisions in 2004 was Ms. Thomas' statement on the application that she had not previously applied for employment with Utility Trailer.

14.    In making the hiring decisions for these welding positions, I did not consider any applicant's race or sex. Nor did I consider Ms. Thomas' EEOC Charge, as I was not aware that she had filed one.

15.    I declare under penalty of perjury that the foregoing is true and correct.

_Marsha Cannon_
Marsha Cannon

_February 9, 2007_
Date

3

# EXHIBIT B

List "A"

| Name | Race | Date of Application | Date of Hire |
|------|------|---------------------|--------------|
| Terry Silavent | White | 09/08/04 | 09/15/04 |
| Courtney Sutherland | White | 07/08/04 | 09/23/04 |
| Michael Cook | White | 08/06/04 | 09/23/04 |
| Chris Berry | White | 09/22/04 | 10/06/04 |
| Roger Echelberger | White | 10/04/04 | 10/18/04 |
| Jerome Cawley | White | 10/21/04 | 10/28/04 |
| Larry Helms | White | 10/20/04 | 10/28/04 |
| Derrick Driggers | White | 10/04/04 | 11/10/04 |
| McArthur Snell | Black | 10/24/04 | 11/18/04 |
| Charles Bottoms | White | 10/22/04 | 11/18/04 |

*No stable work History*

## Job Details

Related Links: Comparison

## MIG Welder

**Description and Duties of Job:**

12Months Experience as MIG Welder required. Openings on 1st and 2nd shifts. Company will conduct welding test. Company builds truck trailer bodies and other related assemblies.

**Specific Skill Requirements and Essential Job Functions:**

12 months experience as MIG welder.

**Utility Trailer Manufacturing:**

truck trailer manufacturing

## Job Information

| | |
|---|---|
| Created | February 23, 2006 |
| Last Updated | March 12, 2007 |
| Job Order ID Number | 261482 |
| Salary Range | $9.00 to $10.00 |
| Job Location | Enterprise, AL 36330 |
| Type of Employment | Regular, Full-time |
| Shift | Day, Evening, Night |
| Hours per Week | 40-49 |
| Education Required | Some High School or less |
| Experience Required | 1 Year 0 Months |

## Other Details

| | |
|---|---|
| Transportation | No Information Available |
| Temporary Position | No |
| Travel Required | Not Applicable |
| Relocation | Not Applicable |

| On Job Training | Not Available |
| Other Benefits | None |

## Contact Information

| Contact Name | Marsha Cannon |
| Contact Title | HR |
| Company Name | Utility Trailer Manufacturing |
| Company Address | 1300 N Main St<br>PO Box 311690<br>Enterprise, AL 36330<br>View Map - Get Directions |

## How to Apply For This Position

This employer wants to be contacted as follows:

1.  In person to:
    Utility Trailer Manufacturing
    1300 N Main St
    PO Box 311690
    Enterprise, AL  36330
    View Map - Get Directions

Employers may not consider you if methods other than those listed are used.

## Add to My Briefcase

Adding this job to your briefcase bookmarks it for easy access in future visits to Alabama JobLink.

Add to My Briefcase

## Find Similar Employers

Alabama JobLink allows you to search for employers similar to the one who posted this job order. The employers returned in this search may or may not have job orders published with the Alabama JobLink system, but likely employ similar skill sets.

**U.S. Equal Employment Opportunity Commission**
**Birmingham District Office**

Ridge Park Place
1130 22nd Street, South
Birmingham, AL 35205
(205) 212-2100
TTY (205) 212-2112
FAX (205) 212-2105
1-800-669-4000

Albert L. Vreeland, II
LEHR, MIDDLEBROOKS, PRICE
    & VREELAND
P. O. BOX   11945
Birmingham,  AL 35202-1945

Reference:    Jearldean  Thomas v Utility Trailer Corporation
                Charge Number 130-2005-00547

Dear Mr. Vreeland:

We have received and reviewed the position statement and Jearldean Thomas' application you submitted in response to Ms. Thomas' charge of discrimination. As you know, the Commission is required by law to investigate charges filed with it and additional information is needed so that a proper determination can be made regarding the merits of this charge.  Please submit a response to the following request for information by **February 18, 2005**.

1.    Submit a copy of the respondent's hiring policies.  If the respondent's actual hiring practice is different from the written policy, describe the actual practice.

2.    Describe in detail the respondent's method(s) used to receive, screen,  and process applications for welding positions.  Please include the following information:
    a.    the manner in which persons are recruited for the position in question,
    b.    the manner in which a person is determined to be an 'applicant' for the position,
    c.    if applications are solicited or accepted whether or not vacancies exist,
    d.    the time period for which applications are considered active and the time period for which applications are retained,
    e.    the forms of written documentation used which reflect the solicitation, receipt and processing of an application,
    f.    how applications for the position are reviewed for the purpose of selecting an applicant (include the name, position, and race of the responsible person(s)),  and
    g.    whether applicants are interviewed during the application process and, if so, by whom (include the name, position, and race of the individual(s)).

3.    State the total number of applications received for the welding position from September 1, 2004 to January 7, 2005.  Submit copies of all applications and other records received from prospective employees.

4.    State the number of  welding positions filled from September 1, 2004 to January 7, 2005, and submit a list of all persons selected for the welding position by name, race, date of application, copy of the application and/or resume, date of hire, and selecting/deciding official by name, race, position, and date of hire.

COPY

# EXHIBIT C
Applications from the Applicants Who Were Hired

I am enclosing job details and qualifications for being hired as a welder at Utility Trailers in Exhibit B. The description states that you must have twelve (12) months experience as a mig welder. Well, Mr. Cory S. Sutherland who was hired September 23, 2004, had a total of 2 months welding experience. His application states he was a welder from February 2004 to April 2004. This is all the welding experience he had. Also Ms. Cannon stated my application revealed significant unexplained gaps in my employment between 1978 and 1985, between 1988 and 1993, and between 1999 and 2004.

Mr. Sutherland's application shows no employment between 1978 and 1985, no employment between 1988 and 1993. How was he hired when the job description states you must have twelve months welding experience, yet Mr. Sutherland was hired.

Cory S. Sutherland
2723 Co. Rd. 79
Coffee Springs, AL 36318
phone# (334) 898-7750
( leave message )

**OBJECTIVE:**    To obtain employment in a steady work
environment.

**SKILLS:**

MIG Welding, Fabrication, Machine Operator,
Class A CDL, Construction and Maintainence,
Underground Services, Organizational Skills,
Computer Skills, Electrical Wiring,
Troubleshooting, and Diesel Mechanics.

**EXPERIENCE:**

**Beckham Ditching Service**

Present          HWY 27 South
Employer          Enterprise, AL
                 Subcontract work for Alabama Power
                 (underground utilities)

2/2004          **Dorsey Trailer Co.**
to              1315 Hickman Ave.
4/2004          Elba, AL 36323
                Welder and trailer manufacturer

9/2003          **United Parcel Service**
to              1500 Parker Lane
2/2004          Enterprise, AL
                Loading of package cars according to sequence
                numbers.



| 6/2003<br>to<br>10/2003 | **Ag Flying Service**<br>**Rural Rt. 2**<br>**Samson, AL 36477**<br>**Mixing and loading of Ag chemicals into**<br>**airplane as well as maintenence and minor**<br>**repairs.** |
|---|---|
| 11/2001<br>to<br>5/2003 | **Sutherland and Son's Hauling**<br>**139 Palmer Rd.**<br>**Samson, AL 36477**<br>**OTR Truck Driver** |
| 1999<br>to<br>2001 | **James R. Payne Inc.**<br>**Schilenger Park Rd.**<br>**Mobile, AL**<br>**All types of construction work.** |

**EDUCATION:**

Highschool:
   **Samson High School**        **Diploma**
   **Samson, AL 36477**

College:
   **MacArthur State Technical College**
   **Industrial Electricity        2 yrs**
   **Opp, AL**

**REFERENCES:**    **Upon Request**

Mr. Terry W. Silavent was hired as a welder in September 15, 2004. His application states that he worked at Qualico as a saw operator and welder from April 2002 to September 18, 2004. Mr. Terry Silavent's application shows no work history at all, yet Ms. Cannon states that this is one of the reasons I was not hired. But Silavent was hired on September 15, 2004.

7-8-04 9/10 - 8:30

# APPLICATION FOR EMPLOYMENT

**WE ARE AN EQUAL OPPORTUNITY EMPLOYER**

## DO NOT WRITE IN THIS SPACE

STARTING DATE _____    DEPT. _____
POSITION _____    POSITION NO. _____
RATE _____    EMPLOYEE NO. _____
SHIFT/HRS. _____    HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

DATE 9-8-04

LAST NAME: Slaven    FIRST NAME: Terry    MIDDLE NAME: W

ADDRESS: 1556 Campground Rd    NUMBER / STREET

CITY: Ozark    STATE: AL    ZIP CODE: 36360

AREA CODE (334) HOME PHONE 733-0221

Kind of work desired: Welder

Salary or Pay Expected: _____

If hired can you present evidence of your legal right to work in the United States?  ☒ YES  ☐ NO

## WORK PREFERENCE

SHIFTS WILLING TO WORK 1 ☒ 2 ☒ 3 ☒

Will you work daily overtime on occasion if necessary? yes

Date available for Work: 9-11-04

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want: Welder (Beam line)

Describe any formal schooling or training for this work: _____

List any licenses or Certificates you might have: _____

List any special skills you may have (Typing, machine operation, etc.): Hem Saw Punch Breast line

How do you plan to commute to work? _____

Why did you apply for work here? less hours More pay than current Job

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever applied for work at this company before? yes

Are you a minor? (under 18 years old) No

Have you ever been refused a surety bond or ever had one cancelled? No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested?  ☒ YES  ☐ NO

Have you ever been discharged for cause? yes

Have you ever been previously employed by Utility Trailer?  ☒ YES  ☐ NO

If yes, when and why did you leave? Feb 2002 conflict with another Employee

Have you ever served in the U.S. Armed Forces?  ☒ Yes  ☐ No

Branch of Military Service: Army - Natl gaurd

Rank at Discharge: E-5

Training: _____

Have you ever been convicted of a felony? If yes, state the circumstances. No
(A criminal record does not automatically bar employment)

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME: Brian Brookshire    RELATIONSHIP: friend

Jul 2001

**ICATION AND TRAINING:**

| e and ... School | Name of Last School _Carrell High_ | Address _Ozark Ozark AL_ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate?  1 2 3 4 5 6 7 8 9 10 11 (12) | Average Grade _B_  Special Courses (typing, etc.) |

| ge or ...versity | Name _Wallace_ | Address _Dothan_ |
|---|---|---|
| | Major Subject _Assoc in Science_ | Degree _____ Date _____  Scholarship Average _3.8_ |

| r (Graduate, Trade ...ol, Correspondence ...ol, Etc.) | Name _____ | Address _____ |
|---|---|---|
| | Length of Course _____ | Was Course Completed? _____ |
| | Subject _____ | Scholarship Average _____ |

**PLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)  OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _Qualico_ Address _A Webb AC Hwy 52_ Phone _792-1290_

n duties _Saw Oper - Worked in Area - inspection_

m _Apr 2002_ to _Now_ Starting Pay _S SO_ Leaving _9/8_ Supervisor _Larry Haddo_

at did you like ...ut this job? _good Benifits_ What did you dislike about this job? _Long Drive_

y did you leave? _Still Employed_

Employer _____ Address _____ Phone _____

n duties _____

m _____ to _____ Starting Pay _____ Leaving Pay _____ Supervisor _____

at did you like ...ut this job? _____ What did you dislike about this job? _____

y did you leave? _____

Employer _____ Address _____ Phone _____

n duties _____

m _____ to _____ Starting Pay _____ Leaving Pay _____ Supervisor _____

at did you like ...ut this job? _____ What did you dislike about this job? _____

y did you leave? _____

...her positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| | | | | | |
| | | | | | |
| | | | | | |

...RTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by ...as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former ...ployer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within ...ir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary ...d may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after ...ployment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances ... money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by ...roll deduction against any such monies due the company.

...te _9-8-2004_ Signature of Applicant _Jerry W Clement_

Mr. McAuthor Snell was hired November 18, 2004. There is no past employment history listed on Mr. Snell's application for the period of 1978 to 1985, between 1988 and 1993. Ms. Cannon stated that this is the reason that my application was not selected for an interview. It was alright for Mr. Snell to not put down an employment history but not me. But he got hired.

4:00 pm 11/11 - 2pm H/OK
# 11/18 - 2:30

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 11-18-04   DEPT. _____
POSITION Welder   POSITION NO. _____
RATE $9.00   EMPLOYEE NO. _____
SHIFT/HRS. _____   HIRED BY _____ OSS

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME Snell   FIRST NAME McIntyre   MIDDLE NAME _____
ADDRESS _____   NUMBER _____   STREET 108 County Street   CITY Pittsburg   STATE _____   ZIP CODE _____
AREA CODE (334)   DATE 10-31-04   HOME PHONE _____

Kind of work desired: Welder or Press Brake / Litho

If hired can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

Salary or Pay Expected _____

Date available for Work 10-15-04

## WORK PREFERENCE

SHIFTS WILLING TO WORK ①  2  3   Will you work daily overtime on occasion if necessary? ✓ ___ NO

Do you have any continuing obligations which might affect your work schedule? NO

Describe your prior experience in the kind of work you want:

Describe any formal schooling or training for this work:

List any licenses or Certificates you might have: AWS Certified Welder

List any special skills you may have (Typing, machine operation, etc.): I can MIG weld, HE ARC weld, Stick

List job benefits, other than wages, you expect or want in order of importance:

How do you plan to commute to work? Self

Why did you apply for work here? Lack of work (Laid off from previous job)

Have you ever applied for work at this company before? NO

Do you plan to work elsewhere or attend school and work here, too? NO

Have you ever been refused a surety bond or ever had one cancelled? NO

Are you a minor? (under 18 years old) NO

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☐ YES ☐ NO

Have you ever been discharged for cause? NO

Have you ever been previously employed by Utility Trailer? ☐ YES ☑ NO

If yes, when and why did you leave?

Have you ever served in the U.S. Armed Forces? ☐ YES ☑ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. NO
(A criminal record does not automatically bar employment)

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|------|--------------|
| Chris Bell | Welding |

October 15th, 2004



**To Whom It May Concern:**

MAHA USA, L.L.C.
148 East Highway 134
P.O. Box 194
Pinckard, Alabama 36371

Phone: 334-712-6102
Fax:    334-712-4852
Internet:www.maha-usa.com
E-Mail: info@maha-usa.com

**Letter of Recommendation**

MAHA GROUP
DIN EN ISO 9001

McArthur Snell has been working for MAHA USA, L.L.C. since January 29th, 2001.

He has been working in our Pre-Assembly Department.

His duties included (but were not limited to) the manual welding (MIG), deburring and grinding of pre-assembly components for our lift production. Mr. Snell is an AWS certified welder (Welding Procedure Specification MBH001, GMAW).

Mr. Snell was always very thorough, honest, and punctual and never missed any unexcused time from work. We regret to have to let Mr. Snell go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.


Martin A. Schaletzky
Commercial Director

Wolfgang Raffler
Manufacturing Director

Wolfgang Stiegeler
Production Manager



**ATION AND TRAINING:**

| | | |
|---|---|---|
| and chool | Name of Last School ENT. High SCHOOL | Address |
| | (Circle Highest Year Completed) Did you Graduate? | Average Grade |
| | 1 2 3 4 5 6 7 8 9 10 (11) 12 | Special Courses (typing, etc.) BASIC |
| e or sity | Name | Address |
| | | Degree                                Date |
| | Major Subject | Scholarship Average |
| (Graduate, Trade ol, Correspondence Etc.) | Name | Address |
| | Length of Course | Was Course Completed? |
| | Subject | Scholarship Average |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)

(SCHINENBAU OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:
DENYANG

Employer MAHA        Address 145 E. Highway 134        Phone (334) 112-6162

Main duties MANUAL WELDING - 2 yes - MIG        Supervisor WOLFGANG STIEGELER

From JAN 2001 to OCT 2004    Starting Pay $5C    Leaving Pay 4.95

What did you like about this job? ASSEMBLING LEFTS    What did you dislike about this job? DISTANCE TO + FROM WORK

Why did you leave? LAID - OFF

Employer JERSEY TRAILER    Address 1315 HICKMAN ROAD        Phone (334) 599-544

Main duties ASSEMBLING JIG, INCOM'G NOSE + INSTL, PUT DOWN SCUFF BANDS        Supervisor JERRY HUDSON

From JUNE 1994 to DEC 2001    Starting Pay 4.50    Leaving Pay 11.95

What did you like about this job? LINE - OUT NOSE    What did you dislike about this job? LAY - OFF

Why did you leave? PLANS CLOSE

3. Employer SESSIONS    Address 901 N. MAIN ST.        Phone (334) 393-

Main duties EX - SPOOLER OPERATER        Supervisor JOHNNIE ROWELL

From OCT 1973 to JUNE 1974    Starting Pay 4.75    Leaving Pay 9.00

What did you like about this job? NEXT TO HOME (BACK THEN)    What did you dislike about this job? SALARY

Why did you leave? BETTER JOB + BETTER PAY

| Other positions and periods of employment EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date OCT 24 2004        Signature of Applicant Mc Arthur Snell

at the welding experience on my application and look at the welding experience on his application. I should have at least have been called in for an interview, just like Mr. Helms who is male.

1005 - 11:15    R+    Alvin would

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 10/28/04    DEPT. E. Elliott

POSITION _____    POSITION NO. _____

RATE _____    EMPLOYEE NO. _____

SHIFT/HRS. _____    HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

ADDRESS: Williams dr Apt 110
LAST NAME: Heims    FIRST NAME: Larry    MIDDLE NAME: Eugene

NUMBER: _____ STREET: _____  CITY: Enterprise  STATE: AL  ZIP CODE: 36330

AREA CODE 334 398-5567    HOME PHONE (Cell)

Salary or Pay Expected _____

Kind of work desired: Welder

If hired can you present evidence of your legal right to work in the United States? ☑ YES  ☐ NO

## WORK PREFERENCE

SHIFTS WILLING TO WORK: 1 X 2 X 3 _____

Will you work daily overtime on occasion if necessary? Yes

Date available for Work: Anytime

Do you have any continuing obligations which might affect your work schedule? _____

Describe your prior experience in the kind of work you want: I've welding for 8 years on Fork Lifts

Describe any formal schooling or training for this work: None

List any licenses or Certificates you might have: _____

List any special skills you may have (Typing, machine operation, etc.): Anything in a shop

List job benefits, other than wages you expect or want in order of importance: _____

How do you plan to commute to work? 97 Dodge 4x4

Why did you apply for work here? I like welding and Building things

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been refused a surety bond or ever had one cancelled? No

As a condition of employment, Would you be willing to take a drug/alcohol screening examination before and after employment if requested? ☑ YES  ☐ NO

Have you ever applied for work at this company before? No

Are you a minor? (under 18 years old) NO

Have you ever been discharged for cause? _____

Have you ever been previously employed by Utility Trailer? ☐ YES  ☑ NO

If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES  ☑ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. No
(A criminal record does not automatically bar employment)

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME: None    RELATIONSHIP _____

**UCATION AND TRAINING:**

| de and n School | Name of Last School _Wildwood High_ | Address _____ |
|---|---|---|
| | (Circle Highest Year Completed) Did you Graduate? _____ | Average Grade _12_ |
| | 1  2  3  4  5  6  7  8  9  10  11  (12) | Special Courses (typing, etc.) _MAth_ |

| ege or versity | Name _____ | Address _____ |
|---|---|---|
| | | Degree _____ Date _____ |
| | Major Subject _____ | Scholarship Average _____ |

| er (Graduate, Trade ool, Correspondence ool, Etc.) | Name _____ | Address _____ |
|---|---|---|
| | Length of Course _____ | Was Course Completed? _____ |
| | Subject _____ | Scholarship Average _____ |

**IPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _Goodson Tire_   Address _1301 Geneva Hwy_   Phone _347 0946_
ain duties _Teck._
om _June 16 04_ to _Oct 20 04_   Starting Pay _Com._   Leaving Pay _~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~~_   Supervisor _David_
at did you like out this job? _everything_   What did you dislike about this job? _not Alot of work_
ny did you leave? _still there_

Employer _C & C_   Address _1200 East park Ave_   Phone _347 0567_
ain duties _Teck._
om _Feb 28 99_ to _Dec 18 03_   Starting Pay _8:00_   Leaving Pay _1300_   Supervisor _Jerry_
at did you like out this job? _everything_   What did you dislike about this job? _cut out overtime_
ny did you leave? _Went to Fred's Auto Sale - NO O.T._

Employer _Fred's Auto_   Address _1732 Rucker Blvd._   Phone _308 2421_
ain duties _Repair cars._
om _Dec. 19 03_ to _6/04_   Starting Pay _500 00 week_   Leaving Pay _500 00 week_   Supervisor _John_
at did you like out this job? _everything_   What did you dislike about this job? _____
ny did you leave? _Run out of work_

her positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| _NASco - Elba_ | _Welder_ | _95_ | _98_ | _17.00_ | _Fired - disagreement with boss_ |
| _Kenny's Tire Auto_ | _Welding Exhaust_ | _95_ | _97_ | _10.00_ | _I was part time_ |
| _Mig - Alum_ | _steel + Can aluminium - weld ... TIG + Stick_ | | | | |

**RTIFICATE OF APPLICANT** (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former ployer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within ir knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary I may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after ployment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by roll deduction against any such monies due the company.

te _10 20 04_    Signature of Applicant _Larry Helms_

Mr. Chris Berry was hired October 6, 2004. Utility Trailers require that specific skill requirements and essential job functions, twelve months experience as a mig welder. Mr. Chris Berry had total of seven months welding experience when he was hired on October 6, 2004. How did he get hired with less than twelve months welding experience? And he listed no work history before 1993. Ms. Cannon states this is one of the reasons I was not hired.

★ 429 - LM

A -

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**NOTICE TO APPLICANTS**
If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete your application in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

**DO NOT WRITE IN THIS SPACE**

STARTING DATE _____ DEPT. _____
POSITION _____ POSITION NO. _____
RATE _____ EMPLOYEE NO. _____
SHIFT/HRS. _____ HIRED BY _____

| | | | |
|---|---|---|---|
| Perry | Chris | Parish | 8-23-04 |
| LAST NAME | FIRST NAME | MIDDLE NAME | DATE |

ADDRESS: Mt County Road 367

| | | | |
|---|---|---|---|
| | Elba | Ala | 36323 |
| NUMBER | STREET | CITY | STATE | ZIP CODE |

AREA CODE (334) 470-0877 HOME PHONE 897-851

Kind of work desired: Welder

Salary or Pay Expected: Starting Wage

If hired can you present evidence of your legal right to work in the United States? ☒ YES ☐ NO

**WORK PREFERENCE**

SHIFTS WILLING TO WORK: ☒ 1 2 3 ___

Will you work daily overtime on occasion if necessary? Yes

Date available for Work: will date

Do you have any continuing obligations which might affect your work schedule? ___

Have you been previously employed by Utility Trailer? ☒ YES ☐ NO
If yes, when and why did you leave? To go out of town to work ?   I left

Describe your prior experience in the kind of work you want: Boilermaker

Have you ever served in the U.S. Armed Forces? ☐ YES ☒ NO

Describe any formal schooling or training for this work: Worked at Dorsey Trailers for about 5 or 6 months

Branch of Military Service ___

List any licenses or Certificates you might have: None

Rank at Discharge ___

List any special skills you may have (typing, machine operation, etc.): Forklift

Training ___

List job benefits, other than wages you expect or want in order of importance: Insurance

Have you ever been convicted of a felony? If yes, state the circumstances. No
(A criminal record does not automatically bar employment)

How do you plan to commute to work? With my vehicle

Why did you apply for work here? Need 40 hrs.

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**

Have you ever applied for work at this company before? Yes

Do you plan to work elsewhere or attend school and work here, too? No

| NAME | RELATIONSHIP |
|---|---|
| Michael Walker | Cousin |
| Kenneth King | Friend |

Are you a minor? (under 18 years old) No

Have you ever been refused a surety bond or ever had one cancelled? No

Have you ever been discharged for cause? No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES ☐ NO

**EDUCATION AND TRAINING:**

| Grade and High School | Name of Last School _ELBA High_ <br> (Circle Highest Year Completed) Did you Graduate? _No_ <br> 1  2  3  4  5  6  7  8  9  10  (11)  12 | Address _ELBA AL - 36303_ <br> Average Grade _____ <br> Special Courses (typing, etc.) _Welding_ |
|---|---|---|
| College or University | Name _____ <br><br> Major Subject _____ | Address _____ <br> Degree _____ Date _____ <br> Scholarship Average _____ |
| Other (Graduate, Trade School, Correspondence, Etc.) | Name _____ <br> Length of Course _____ <br> Subject _____ | Address _____ <br> Was Course Completed? _____ <br> Scholarship Average _____ |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _Berry Brother Brick Mason_ Address _Smith Ave. ELBA. Aa_    Phone _334-897-8536_
Main duties _Layer & Labor_
From _1993 After School_ to _July 03_   Starting Pay _8_   Leaving Pay _10_   Supervisor _Billy Berry (Dad)_
What did you like about this job? _/_    What did you dislike about this job? _Weather_
Why did you leave? _Hardley got 40 hrs._

2. Employer _Dorsey Trailers_ Address _ELBA_   Phone _N/A_
Main duties _Welder_
From _Aug 16-03_ to _Feb 5-04_   Starting Pay _10_   Leaving Pay _10_   Supervisor _Berry Endings_
What did you like about this job? _Welding + 40hrs a week_   What did you dislike about this job? _No check sometimes on Friday_
Why did you leave? _Dorsey was going out of business + sometimes they wouldn't have a check for yo_

3. Employer _None_ Address _____   Phone _____
Main duties _____
From _____ to _____   Starting Pay _____   Leaving Pay _____   Supervisor _____
What did you like about this job? _____   What did you dislike about this job? _____
Why did you leave? _____

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. _N/A_ | | | | | |
| 5. _N/A_ | | | | | |
| 6. _N/A_ | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _9-22-04_     Signature of Applicant _Chris Berry_

Mr. Charlie Bottoms was hired November 18, 2004. Mr. Bottoms also has employment gaps in his employment. His application did no reflect any employment between 1978 and 1985, or between 1988 and 1993. Ms. Cannon states in her affidavit that this is one of the reasons that I was not hired, but Mr. Bottoms was hired.

# CHARLIE BOTTOMS
# ~CERTIFIED~
# WELDING SERVICE

Portable and Shop Work
Reasonable Rates

Charlie Bottoms
(334) 470-0188
So. Link 87*11176

Home:
(334) 684-8665

Jamie Bottoms
(334) 470-0187
So. Link 87*9592

## APPLICATION FOR EMPLOYMENT

EQUAL OPPORTUNITY EMPLOYER

...small disability in order to participate in any phase of the application process, please make that fact known to the individual processing your screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such ...ministrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

**DO NOT WRITE IN THIS SPACE**

STARTING DATE _____ DEPT _____

POSITION _____ POSITION NO. _____

RATE _____ EMPLOYEE NO. _____

SHIFT/HRS. _____ HIRED BY _____

NAME: Bottoms _____ Charlie _____ George

LAST NAME _____ FIRST NAME _____ MIDDLE NAME

AREA CODE ( )   HOME PHONE

ADDRESS: 546 East Franklin Ave Geneva AL 36_340

NUMBER _____ STREET _____ CITY _____ STATE _____ ZIP CODE

DATE _____

### WORK PREFERENCE

Kind of work desired: _welding_

Salary or Pay Expected: _$9.00_

If hired can you present evidence of your legal right to work in the United States? _YES_ _NO_

Describe your prior experience in the kind of work you want. _pipeline & offshore welding_

Describe any formal schooling or training for this work. _____

List any licenses or Certificates you might have: _Certified by Exhibit $ $195 + ____ offshore_

List any special skills you may have (Typing, machine operation, etc.) _offshore fabrication, structural experience_

List job benefits, other than wages you expect or want in order of importance. _insurance_

Why did you apply for work here? _____

How do you plan to commute to work? _____

Have you ever applied for work at this company before? _No_

SHIFTS WILLING TO WORK 1 X 2 3 ___
on occasion if necessary?

Do you have any continuing obligations which might affect your work schedule? _Yes_

Will you work daily overtime for work _____

Date available for Work _10-23-04_

Do you plan to work elsewhere or attend school and work here, too? _No_

Are you a minor? (under 18 years old) _No_

Have you ever been refused a surety bond or ever had one cancelled? _No_

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? _X_ YES ___ NO

Have you ever been discharged for cause? _No_

Have you ever been previously employed by Utility Trailer? ☐ YES ☐ NO

If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES ☐ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) _No_

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME _____ RELATIONSHIP _____

**EDUCATION AND TRAINING:**

| | | | |
|---|---|---|---|
| Grade and High School | Name of Last School _Bethlehem_ | Address _Bonifay_ | |
| | (Circle Highest Year Completed) Did you Graduate? _Yes_ | Average Grade _B_ | |
| | 1  2  3  4  5  6  7  8  9  10  11  (12) | Special Courses (typing, etc.) _____ | |
| College or University | Name _____ | Address _____ | |
| | | Degree _____ Date _____ | |
| | Major Subject _____ | Scholarship Average _____ | |
| Other (Graduate, Trade School, Correspondence School, Etc.) | Name _____ | Address _____ | |
| | Length of Course _____ | Was Course Completed? _____ | |
| | Subject _____ | Scholarship Average _____ | |

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT. OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _Charlie Bottoms_    Address _Geneva Al_    Phone _1-334-470-01_

Main duties _welding_

From _2002_    to _2004 Present_    Starting Pay _____    Leaving Pay _____    Supervisor _myself_

What did you like about this job? _____    What did you dislike about this job? _____

Why did you leave? _need steady income_

Employer _Tony Williams_    Address _Geneva Al_    Phone _1-334-470-018_

Main duties _welding_

From _____    to _____    Starting Pay _$12.00_    Leaving Pay _____    Supervisor _____

What did you like about this job? _____    What did you dislike about this job? _not steady work_

Why did you leave? _work for my self_

Employer _Bessie wire_    Address _samson Al_    Phone _1-850-388_

Main duties _welding mining equipment_

From _Stick 3 weeks only_    Starting Pay _150 a day_    Leaving Pay _____    Supervisor _____

What did you like about this job? _____    What did you dislike about this job? _not steady work_

Why did you leave? _Job ended_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| _Nuntwood Conwoods_ | _welding_ | _97_ | _99_ | | _Vol Quit - Other job_ |
| _DAmond off shore_ | _welding_ | _99_ | _01_ | | _Vol Quit - injured_ |

**CERTIFICATE OF APPLICANT** (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by ... as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10-22-04_    Signature of Applicant _Charlie Bottoms_

Mr. Roger Echelberger's application shows no work history before 1991. And this is one of the reasons why Ms. Cannon says I was not hired. But Mr. Echelberger was hired October 18, 2004.

11:26 AM 10/1 - 2:30

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

| DO NOT WRITE IN THIS SPACE |
|---|
| STARTING DATE _____ |
| POSITION _____ |
| RATE _____ |
| SHIFT/HRS. _____ |

DEPT. _____
POSITION NO. _____
EMPLOYEE NO. _____
HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

**NAME** Eckelberger (LAST NAME)    Roger (FIRST NAME)    Hannis (MIDDLE NAME)

**ADDRESS** 846 (NUMBER)    Co Rd 547 (STREET)    ELBA (CITY)    AL (STATE)    (ZIP CODE)    AREA CODE (334) 393-9448 HOME PHONE

Kind of work desired: Maintance, Millwright, CNC operator    Salary or Pay Expected: $10.00

If hired can you present evidence of your legal right to work in the United States?    ☑ YES    ☐ NO

### WORK PREFERENCE

SHIFTS WILLING TO WORK: 1, 2, 3, 2    Will you work daily overtime on occasion if necessary? Yes    Date available for Work A.S.A.P.

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want: Welding (Mig, Tig, Swar) CNC operator-Fabric Welder, Plumating

Describe any formal schooling or training for this work: Community College

List any licenses or Certificates you might have: AWS Certified Qualification, Total weldity, Forklift operator License

List any special skills you may have (Typing, machine operation, etc.): Cut Off Saws, Break Shear, Mill Punch

List job benefits, other than wages you expect or want in order of importance: Insurance, Holidays

How do you plan to commute to work? Car

Why did you apply for work here? Experenced in steel work

Have you ever applied for work at this company before? No

Have you ever been refused a surety bond or ever had one cancelled? No

Are you a minor? (under 18 years old) No

Do you plan to work elsewhere or attend school and work here, too? No

As a condition of employment, would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

Have you ever been discharged (or cause)? No

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment)

Have you ever been previously employed by Utility Trailer? ☐ YES ☑ NO

If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES ☐ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| John Miller | Friend |

DATE 7/16/07

ICATION AND TRAINING:

| | Name of Last School *Washington Had Schl* | Address *Washington N.C.* |
|---|---|---|
| ge and<br>School | (Circle Highest Year Completed) Did you Graduate? *Yes*<br>1 2 3 4 5 6 7 8 9 10 11 (12) | Average Grade *B*<br>Special Courses (typing, etc.) *Auto Mechnics Art* |
| llege or<br>iversity | Name *Beafort Co Comm Coll*<br>Major Subject *Welding Drafting* | Address *Washington N.C.*<br>Degree *Wld302, Drft PILOT* Date *1991*<br>Scholarship Average *A* |
| her (Graduate, Trade<br>chool, Correspondence<br>chool, Etc.) | Name _____<br>Length of Course _____<br>Subject _____ | Address _____<br>Was Course Completed? _____<br>Scholarship Average _____ |

EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer *Pilgrams Pride* Address *Enterprise AL* Phone (334) 347-0515
Main duties *Mantence, Electrical & Mechanical Maintance on all equipment*
From *2003* to *Present* Starting Pay *9.25* Leaving Pay *10.00* Supervisor *Mike Aulton*
What did you like about this job? *Pay* What did you dislike about this job? *hours 7 days a week*
Why did you leave? *Havent Yet - Will need to give 11/2 notice*

2. Employer *MAHA. USA* Address *Prirard AL* Phone _____
Main duties *CNC Robotic Welder, Mig Welder*
From *2003* to *2003* Starting Pay ____ Leaving Pay *9.??* Supervisor *Wilfong Stapler*
What did you like about this job? *Insurence* What did you dislike about this job? *Foreign owned co*
Why did you leave? *Company Went under - VOl Quit - Couldnt work 3rd Shift*

3. Employer *Flanders Filters* Address *Washington NC* Phone _____
Main duties *Tig welding*
From *1997* to *2001* Starting Pay *9.??* Leaving Pay *9.65* Supervisor *Kevin Boyd*
What did you like about this job? *Benefits* What did you dislike about this job? *Pay scale*
Why did you leave? *Moved to Alabama - VOl Quit*

Other positions and periods of employment

| | EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|---|
| 4. | *Piedland (Hickory NC)* | *Welder CNC (Robotic)* | *91* | *97* | | *Relocated. mov back to Washin* |
| 5. | | | | | | |
| 6. | | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any form employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information wit their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely volunt and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time a employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advar me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offse payroll deduction against any such monies due the company.

Date *7/16/04*     Signature of Applicant *Roger N Eckleberry*

## WELDER AND WELDING OPERATOR QUALIFICATION TEST RECORD

Welder or welding operator's name  R.H. ECKELBERGER, Sr        Identification no. 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
Welding process _____ Manual _____ Semiautomatic __X__ Machine _____
Position  VERTICAL & OVERHEAD - UPWARD
(Flat, horizontal, overhead or vertical — If vertical, state whether upward or downward)
In accordance with procedure specification no  B-U2A-GF
Material specification  A-36
Diameter and wall thickness (if pipe) — otherwise, joint thickness  0.500"
Thickness range this qualifies  0.125" to 1.00"

### FILLER METAL

Specification no.  AWS 5.20        Classification  E 71 T-1      F no.  4
Describe filler metal (if not covered by AWS specification ) _____

Is backing strip used?  YES
Filler metal diameter and trade name  0.045"              Flux for submerged arc or gas for gas metal arc or flux
      HOBART FORCO 802                                     cored arc welding _____

### VISUAL INSPECTION (9.25.1)

Appearance  SATISFACTORY  Undercut  NONE              Piping porosity  NONE

### Guided Bend Test Results

| Type | Result | Type | Result |
|------|--------|------|--------|
|      |        |      |        |
|      |        |      |        |
|      |        |      |        |

Test conducted by _____                 Laboratory test no. _____
          per _____                     Test date _____

### Fillet Test Results

Appearance _____                              Fillet size _____
Fracture test root penetration _____          Macroetch _____
(Describe the location, nature, and size of any crack or tearing of the specimen.)
Test conducted by _____                       Laboratory test no. _____
          per _____                           Test date _____

### RADIOGRAPHIC TEST RESULTS

| Film Identification | Results | Remarks | Film Identification | Results | Remarks |
|---------------------|---------|---------|---------------------|---------|---------|
| V-RE | PASSED | D1.1092 | OH-RE | PASSED | D1.1-92 |

Test witnessed by  TESTCO, INC.                       Test no.  7168
          per  J.L. SHELTON

We, the undersigned, certify that the statements in this record are correct and that the welds were prepared and tested in
accordance with the requirements of section 5, Part C or D of ANSI/AWS D1.1. ( 92 ) Structural Welding
Code-Steel.                                                         year
                              Manufacturer or contractor CONOVER METAL PROD.
                              Authorized by _____
                              Date  JUNE 8, 1993

Utility Trailer/Thomas - Documents Produced by Defendant                                    D00101



Beaufort County Community College

of the

State Board of Community Colleges

Awards this certificate to:

ROGER ECHELBERGER

in recognition of satisfactory completion of a course in

WLD 1202 and DET P107

February 28        19 91

Utility Trailer/Thomas - Documents Produced by Defendant

D00102

Mr. Jerone Crawly has no work history stated on his application from up to 1983. Ms. Cannon stated in her affidavit that there were gaps in my employment history. It seems like there are gaps in Mr. Crawly's employment history too. But he was hired October 28, 2004.

D00103

Utility Trailer/Thomas - Documents Produced by Defendant

***** Did not give welding test Be hired on ? *shelter E. Watts

## APPLICATION FOR EMPLOYMENT

**utility**

WE ARE AN EQUAL OPPORTUNITY EMPLOYER

**DO NOT WRITE IN THIS SPACE**

STARTING DATE 10/28/04    DEPT. _____    POSITION NO. _____
POSITION _____    RATE _____    EMPLOYEE NO. _____
SHIFT/HRS. _____    HIRED BY _____

**NOTICE TO APPLICANTS**
If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME Cawley    FIRST NAME Jerome    MIDDLE NAME M

ADDRESS
NUMBER 301    STREET Deerfield Dr.    CITY Enterprise    STATE AL    ZIP CODE 36330

AREA CODE 334    PHONE 348-9146    DATE 10-21-04

Kind of work desired: Industrial Engineer / Welder

Salary or Pay Expected Neg.

If hired can you present evidence of your legal right to work in the United States? ☒ YES  ☐ NO

Have you ever been previously employed by Utility Trailer? ☒ YES ☐ NO
If yes, when and why did you leave?
November 1983 to Jan. 1998
personal

**WORK PREFERENCE**

SHIFTS WILLING TO WORK 1 ☒ 2 ☒ 3 ___    Will you work daily overtime on occasion if necessary? yes No    Date available for Work

Do you have any continuing obligations which might affect your work schedule?

Describe your prior experience in the kind of work you want: See Resume

Describe any formal schooling or training for this work: Wallace Community College - Welding - Certified Welder

List any licenses or Certificates you might have: Forklift operator -

List any special skills you may have (Typing, machine operation, etc.): CNC Press Brake, Automatic Saw, MIG Welder, Flux Core welding

List job benefits, other than wages you expect or want in order of importance: personal insurance

How do you plan to commute to work? Own Vehicle

Why did you apply for work here? opening in newspaper

Have you ever applied for work at this company before? Yes

Are you a minor? (under 18 years old) No

Have you ever been discharged for cause? NO

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been refused a surety bond or ever had one cancelled? No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES ☐ NO

Have you ever served in the U.S. Armed Forces? ☐ Yes ☒ No
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. No
(A criminal record does not automatically bar employment)

**RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY**
NAME _____    RELATIONSHIP _____

105-4.00



October 15th, 2004

To Whom It May Concern:

MAHA USA, L.L.C.
148 East Highway 134
P.O. Box 194
Pinckard, Alabama 36371

Phone:  334-712-6102
Fax:     334-712-4852
Internet:www.maha-usa.com
E-Mail:  info@maha-usa.com

MAHA GROUP
DIN EN ISO 9001

Letter of Recommendation

Jerome M. Cawley has been working for MAHA USA, L.L.C. since April 17th, 2000.

As our Supervisor Metal Fabrication, Jerome Cawley has been responsible for our Metal Fabrication Department.

His duties included (but were not limited to) the fabrication of material products, using sawing, shearing, breaking and welding machinery. Mr. Cawley is one of our AWS certified welders (Welding Procedure Specification MBH001, GMAW).

Jerome Cawley was also responsible for the storage and keeping the inventory of raw material in his department. He was also supervising up to three employees in the Metal Fabrication Department, which included the training of these employees in the proper usage of our machinery.

In addition to his above-mentioned duties, Mr. Cawley is also trained in the assembly of our heavy-duty vehicle lifting systems and possesses a forklift license. Mr. Cawley has been to MAHA Germany for training on the manufacturing and assembly of MAHA products.

We got to know Mr. Cawley as a very thorough, dedicated, hard working, goal oriented worker. He was always a team player working together with his co-workers, getting the work done.

Mr. Cawley was always honest, punctual and never missed any unexcused time from work. We regret to have to let Mr. Cawley go due to a restructuring of MAHA USA, L.L.C. and the closure of one complete product line.

We wish him the best for his personal and professional future.

Martin A. Schaletzky
Commercial Director

Wolfgang Raffler
Manufacturing Director

Wolfgang Stiegeler
Production Manager

Utility Trailer/Thomas - Documents Produced by Defendant                                    D00108

## :ATION AND TRAINING:

**and School**

Name of Last School _Enterprise High_    Address _East Watts St. Enterprise, AL_

(Circle Highest Year Completed) Did you Graduate?    Average Grade _B_

1 2 3 4 5 6 7 8 9 10 11 (12)    Special Courses (typing, etc.) _Welding/General Studies_

**ege or versity**

Name _Wallace Community College_    Address _Dothan, AL_

Major Subject _Welding_    Degree _____ Date _____

Scholarship Average _____

**her (Graduate, Trade hool, Correspondence hool, Etc.)**

Name _____    Address _____

Length of Course _____    Was Course Completed? _____

Subject _____    Scholarship Average _____

**EMPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _MOHA USA LLC_ Address _Pinckard, AL_    Phone _612-7102_

Main duties _Supervisor - metal Fabrication_

From _April 2000_ to _Present_    Starting Pay ____ Leaving Pay ____    Supervisor _Wolfgang Reffke_

What did you like about this job? ____    What did you dislike about this job? ____

Why did you leave? _Closer to house - less travel to and from work_

2. Employer _ALFAB, Inc._ Address _Enterprise, AL_    Phone ____

Main duties _Welder / Asst. Supervisor_

From _Jan 1998_ to _April 2000_    Starting Pay ____ Leaving Pay _10.00_    Supervisor _Dale Copeland_

What did you like about this job? ____    What did you dislike about this job? ____

Why did you leave? _Better Job_

3. Employer _Utility Trailers_ Address _Enterprise, AL_    Phone _347-3300_

Main duties _Welder / Supervisor (6 years)_

From _Nov. 1983_ to _Jan 1998_    Starting Pay _6.50_ Leaving Pay _13.35_    Supervisor _Dennis Matthew_

What did you like about this job? ____    What did you dislike about this job? ____

Why did you leave? _Personal_

Other positions and periods of employment _N/A_

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. | | | | | |
| 5. | | | | | |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be consid... me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may b ...will deduction against any such monies due the company.

Signature of Applicant _Jerome M. Crawley_

# JEROME M. CAWLEY

301 Deerfield  Drive
Enterprise, AL  36330
Phone: (334) 348-9146
Email: jasg@adelphia.net

OBJECTIVE: To work for a company where my knowledge and skills can be used to the fullest.

QUALIFICATIONS:
I am a very strong willed person and I give 110% for every task to be done. I have a very good work history and strong work ethics. I have worked in the Manufacturing Industry for 24 years.  I have over 20 years experience in welding.  I have eight years experience with a CNC Press Break and the Automatic Saw. My strengths are my ability to handle more than one task at a time, my ability to supervise many people on a daily basis and my ability to work alone and get daily work accomplished.

EDUCATION
1978    Enterprise high School graduate
1981    Wallace Community College – Welding

EMPLOYMENT
2000-pres.      Supervisor – Metal Fabrication
Department – MAHA, USA, LLC
My job duties include the daily scheduling  of the workers, the ordering of production materials and daily paperwork.  I also train all new employees for this area with the CNC Press Break, Automatic Saw and MIG welder.  I am also in charge of reading all prints and making sure all materials are ordered necessary to complete a job.  I am a license Forklift Operator. Use Microsoft Works for daily records of inventory.

*4:00 pm 9/10- 10:30
Collins State A
4:41 pm 25th

# APPLICATION FOR EMPLOYMENT

**UTILITY**

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

### DO NOT WRITE IN THIS SPACE.

STARTING DATE 9-23-04    DEPT. Remade
POSITION 9-23-04    POSITION NO. _____
RATE 9.00    EMPLOYEE NO. _____
SHIFT/HRS. 1    HIRED BY _____

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

LAST NAME    FIRST NAME    MIDDLE NAME    DATE 8-06-04
Cook    Michael    Brian

ADDRESS    NUMBER    STREET    CITY    STATE    ZIP CODE
101    High St.    Opp    AL    36462

AREA CODE (334)    HOME PHONE
493-2522

Salary or Pay Expected

Kind of work desired: Welding

If hired can you present evidence of your legal right to work in the United States? ☒ YES ☐ NO

## WORK PREFERENCE

SHIFTS WILLING TO WORK 1 ☒ 2 ☒ 3 ☒    Date available for Work 8-09-04

Will you work daily overtime on occasion if necessary? yes
No

Do you have any continuing obligations which might affect your work schedule? No

Describe your prior experience in the kind of work you want:

Describe any formal schooling or training for this work: Opp High School + MacArthur State Tec.

List any licenses or Certificates you might have: I am a Certified welder with BE+K

List any special skills you may have (Typing, machine operation, etc.): Forklift, Flishin Hoist Welder Torch and power tools

How do you plan to commute to work? Drive my truck

Why did you apply for work here? because I heard it's a good place to work and good benefits

Have you ever applied for work at this company before? No

Do you plan to work elsewhere or attend school and work here, too? No

Have you ever been refused a surety bond or ever had one cancelled? No

Are you a minor? (under 18 years old) No

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☒ YES ☐ NO

Have you ever been discharged for cause? No

Have you ever been previously employed by Utility Trailer? ☐ YES ☒ NO

If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☐ YES ☒ NO

Branch of Military Service _____

Rank at Discharge _____

Training _____

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) No

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

NAME    RELATIONSHIP

## EDUCATION AND TRAINING:

|  | Name of Last School _Opp High_ | Address _Maloy St. Opp AL_ |
|---|---|---|
| Grade and High School | (Circle Highest Year Completed) Did you Graduate? _yes_ | Average Grade _____ |
|  | 1 2 3 4 5 6 7 8 9 10 11 (12) | Special Courses (typing, etc.) _____ |
| College or University | Name _____ | Address _____ |
|  |  | Degree _____ Date _____ |
|  | Major Subject _____ | Scholarship Average _____ |
| Other (Graduate, Trade School, Correspondence School, Etc.) | Name _MacAuther State_ | Address _331 North Opp Al_ |
|  | Length of Course _2 yrs_ | Was Course Completed? _No_ |
|  | Subject _Welding_ | Scholarship Average _____ |

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

Employer _BE+K_  Address _Birmingham. AL 35202_  Phone _(205) 972-6300_

Main duties _Welder_

From _Oct. 2003_ to _June 2004_  Starting Pay $20.  Leaving Pay $20.  Supervisor _____

What did you like about this job? _Welding_  What did you dislike about this job? _____

Why did you leave? _Lack of work or Laid off_

Employer _Opp + Micholas Mill_  Address _Micholas St. Opp, AL 36467_  Phone _(334) 493-3531_

Main duties _Warp Hand_

From _Aug. 2002_ to _Aug 2003_  Starting Pay $8.00  Leaving Pay $10.50  Supervisor _John Trant_

What did you like about this job? _the benefits_  What did you dislike about this job? _____

Why did you leave? _Laid off_

Employer _BE+K_  Address _Birmingham, AL 35202_  Phone _(205) 972-600_

Main duties _Welder_

From _March 2001_ to _Jan. 2002_  Starting Pay $20.  Leaving Pay $20.  Supervisor _____

What did you like about this job? _Welding_  What did you dislike about this job? _____

Why did you leave? _Laid off_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| _Clark Trailers_ | _Welder_ | _Aug 1998_ | _Aug 2000_ | $10.00 | _Laid off_ |
|  |  |  |  |  |  |
|  |  |  |  |  |  |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _8-06-04_  Signature of Applicant _Michael Cota_

10/20 - 2pm
10/21 - 2pm
10/25 - 2pm

## APPLICATION FOR EMPLOYMENT

**utility**

### WE ARE AN EQUAL OPPORTUNITY EMPLOYER

| DO NOT WRITE IN THIS SPACE |
|---|
| STARTING DATE ___ DEPT. ___ |
| POSITION ___ POSITION NO. ___ |
| RATE ___ EMPLOYEE NO. ___ |
| SHIFT/HRS. ___ HIRED BY ___ |

**NOTICE TO APPLICANTS**

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known in advance to the test administrator. If an offer of employment is made and, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| | | | | | |
|---|---|---|---|---|---|
| Rogers | Derrick | Eddie | | | 10-4-04 |
| LAST NAME | FIRST NAME | MIDDLE NAME | | | DATE |

| 111 South Line St | | Opelika | Al | 36801 | AREA CODE (334) 219-2569 |
|---|---|---|---|---|---|
| ADDRESS NUMBER | STREET | CITY | STATE | ZIP CODE | HOME PHONE |

Kind of work desired: _welding_    Salary or Pay Expected _9.00_

If hired can you present evidence of your legal right to work in the United States? ☑ YES ☐ NO

**WORK PREFERENCE**

SHIFTS WILLING TO WORK ①②③    Will you work daily overtime on occasion if necessary? _yes_    Date available for work _asap_ not. notice on 10-5-04

Do you have any continuing obligations which might affect your work schedule? _no_

Describe your prior experience in the kind of work you want: _Certified on G.E cutten - Stainless & Aluminum. Also Brazing Fitting on Blueprints_

Describe any formal schooling or training for this work:

List any licenses or Certificates you might have:

List any special skills you may have (Typing, machine operation, etc.):

List job benefits, other than wages you expect or want in order of importance: _in insurance 401 k_

How do you plan to commute to work? _my car_

Why did you apply for work here? _I've been to told it's a real good place to work_

Have you ever applied for work at this company before? _no_    Do you plan to work elsewhere or attend school and work here, too? _no_

Are you a minor? (under 18 years old) _no_    Have you ever been refused a surety bond or ever had one cancelled? _no_

As a condition of employment, Would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

Have you ever been discharged for cause? _no_

Have you ever been previously employed by Utility Trailer? ☐ YES ☑ NO

If yes, when and why did you leave?

Have you ever served in the U.S. Armed Forces? ☐ YES ☑ NO

Branch of Military Service

Rank at Discharge

Training

Have you ever been convicted of a felony? If yes, state the circumstances. (A criminal record does not automatically bar employment) _no_

### RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| Tim Yates | friend |
| David Anderson | friend |
| Ken Mack | friend |

.D TRAINING:

| | Name of Last School _Samson High School_ <br> (Circle Highest Year Completed) Did you Graduate? <br> 1  2  3  4  5  6  7  8  9  10  (11)  12   Ged | Address _Samson Al_ <br> Average Grade _C_ <br> Special Courses (typing, etc.) _____ |
| ...ool | | |
| ...llege or ...niversity | Name _____ <br><br> Major Subject _____ | Address _____ <br> Degree _____ Date _____ <br> Scholarship Average _____ |
| ...ther (Graduate, Trade ...chool, Correspondence ...etc.) | Name _____ <br> Length of Course _____ <br> Subject _____ | Address _____ <br> Was Course Completed? _____ <br> Scholarship Average _____ |

**MPLOYMENT RECORD:** (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.)
OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED: _____

1. Employer _Service Machine_ Address _Westgate Parkway Dothan Al_ Phone _334-702-7811_
Main duties _Welding & Fitting & Fabercating - MIG & Stine TIG - Steel - Stine Alluny_
From _10-22-03_ to _Present_ Starting Pay _9:00_ Leaving Pay _10100_ Supervisor _Monte Goda_
What did you like about this job? _Fabercation_   What did you dislike about this job? _____
Why did you leave? _Wanting to get closer to home_

2. Employer _Dorsey Trailers_ Address _Elba Al_ _Built on ........ trailers_ Phone _____
Main duties _Hanging doors, rear frames, tig & floors, upper lower suspension, landing ge_
From _Jan 02_ to _Oct 03_ Starting Pay _8.50_ Leaving Pay _9:00_ Supervisor _David Sasser_
What did you like about this job? _Every thing_   What did you dislike about this job? _lack of work_
Why did you leave? _Lack of work - Laid off_

3. Employer _OPP & Micolas Mills_ Address _OPP Al_ Phone _334-493-3531_
Main duties _Slasher Helper 3rd ring (suits only)_
From _Jan 02_ to _Jan 02_ Starting Pay _5.00_ Leaving Pay _9.00_ Supervisor _Mickey Spiri_
What did you like about this job? _Every thing_   What did you dislike about this job? _Nothing_
Why did you leave? _Went to work offshore - laid off - No Work_

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT? |
|---|---|---|---|---|---|
| 4. _OPP & Micolas Mill_ | _Oper._ | _8½ yrs._ | | | _Vol Quit - want to_ went to |
| 5. _Diamond Offshore_ | _Roughneck Roustabout_ | _1½ yrs._ | | | _Vol Quit - to offshore be home._ |
| 6. | | | | | |

CERTIFICATE OF APPLICANT (Read carefully before signing.) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered by me as just cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed hereon including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within their knowledge or records. I understand this is a preliminary application and not a contract to employ me. Furthermore, in the event I am employed, my employment shall be completely voluntary and may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances me the money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by payroll deduction against any such monies due the company.

Date _10-4-04_                          Signature of Applicant _Jeremiah Triggers_

**Utility Trailer/Thomas - Documents Produced by Defendant**

D00112

P00133

# APPLICATION FOR EMPLOYMENT

## WE ARE AN EQUAL OPPORTUNITY EMPLOYER

### NOTICE TO APPLICANTS

If you require an accommodation because of a physical or mental disability in order to participate in any phase of the application process, please make that fact known to the individual processing your application. If you are required to take any pre-employment screening tests, and you require an accommodation because of a physical or mental disability to enable you to take or successfully complete such a test, please make that fact known to the test administrator. If an offer of employment is made to you, because of a physical or mental disability, you will need an accommodation to perform any essential job function, please make that fact known to the individual processing your application.

| | | | | DO NOT WRITE IN THIS SPACE |
|---|---|---|---|---|
| | | | | STARTING DATE _____ DEPT. _____ |
| | | | | POSITION _____ POSITION NO. _____ |
| | | | | RATE _____ EMPLOYEE NO. _____ |
| | | | | SHIFT-HRS. _____ HIRED BY: _____ |

LAST NAME **Thomas**  FIRST NAME **William**  MIDDLE NAME **Gene**  DATE **10/5/02**

ADDRESS NUMBER **4195**  STREET **Highland Rd.**  CITY **Pittsville AL**  STATE  ZIP CODE **36320**  AREA CODE **(334)** **202-8992** HOME PHONE

Kind of work desired: **building maintence or possum**

Salary or Pay Expected **position open**

## WORK PREFERENCE

SHIFTS WILLING TO WORK 1 ✗ 2 ✗ 3 ✗  Date available for Work **none**

Do you have any continuing obligations which might affect your work schedule? **no**

Will you work daily/overtime on occasion if necessary? **yes**

Will you work in the United States? ☑ YES ☐ NO

Describe your prior experience in the kind of work you want: **I have a variety of maint. exp.**

Describe any formal schooling or training for this work: **I have been trained for maintence**

List any licenses or Certificates you might have: **at night**

List any apparel skills you may have (Typing, machine operation, etc.): **I can work almost any position**

List job benefits, other than wages you expect or want in order of importance: **I can work most any position**

How do you plan to commute to work? **I have a car**

Why did you apply for work here? **no**

Do you plan to work elsewhere or attend school and work here, too? **no**

Have you ever been refused a surety bond or ever had one cancelled? **no**

Have you ever been convicted of a felony? If yes, state the circumstances (A criminal record does not automatically bar employment) **in 1993 it was disposed by first offense case**

Have you ever been previously employed by Utility Trailer? ☐ YES ☐ NO
If yes, when and why did you leave? _____

Have you ever served in the U.S. Armed Forces? ☑ YES ☐ NO
Branch of Military Service _____
Rank at Discharge _____
Training _____

Have you ever applied for work at this company before? **no**

Are you a minor? (under 18 years old) **yes**

How old are you? _____

Have you ever been discharged for cause? **no**  and fired

As a condition of employment, would you be willing to take a drug/alcohol screening exam before and after employment if requested? ☑ YES ☐ NO

## RELATIVES AND ACQUAINTANCES CONNECTED WITH UTILITY

| NAME | RELATIONSHIP |
|---|---|
| **Marie Thomas** | **friend** |

## EDUCATION AND TRAINING:

**Grade and High School**

Name of Last School *Geneva High School* Address *Geneva Ala*

(Circle Highest Year Completed) Did you Graduate? *yes*

1 2 3 4 5 6 7 8 9 10 11 (12)   Average Grade *B-A?*

Special Courses (typing, etc.) *None*

**College or University**

Name _____

Address _____

Major Subject *None*

Degree _____ Date _____

Scholarship Average _____

**Other (Graduate, Trade School, Correspondence School, Etc.)**

Name _____

Length of Course *None*

Address _____

Subject _____ Was Course Completed? _____

Scholarship Average _____

## EMPLOYMENT RECORD: (BEGINNING WITH THE MOST RECENT JOB AND LISTING ALL POSITIONS, INCLUDING SELF EMPLOYMENT AND PERIODS OF UNEMPLOYMENT.) OTHER NAMES UNDER WHICH YOUR EDUCATION & WORK RECORDS MAY BE VERIFIED:

1. Employer *Irene Yarbrough* Address *5671 Shelfield Rd*

Main duties *feeding + giving medicine* Phone *347-1568*

From *July 27, 04* to *Aug 04* Starting Pay *8* Leaving Pay *700* Supervisor *Chris Yarbrough*

What did you like about this job? *everything* What did you dislike about this job? *nothing*

Why did you leave? *She put her mother in Nursing Home*

2. Employer *Dorsey trailers (OTC)* Address _____ *Elba, AL* Phone _____

Main duties *Welding and working on assembly line*

From *1993 July* to *1999 nov* Starting Pay *9,00* Leaving Pay *11.LT* Supervisor *Barry Hicks*

What did you like about this job? *everything* What did you dislike about this job? *nothing*

Why did you leave? *plant closed down*

3. Employer *Personel Resource* Address *Dothan AL*

Main duties *assembly work at Reliable* Phone _____

From *Sept 96 04* to *Dec 96 04* Starting Pay *6.00* Leaving Pay *went back to Dorsey Trailer* Supervisor _____

What did you like about this job? *I was still doing assembly work* What did you dislike about this job? *nothing really*

Why did you leave? *was called back to Dorsey trailers*

Other positions and periods of employment

| EMPLOYER | MAIN DUTIES | FROM | TO | PAY | WHY YOU LEFT |
|---|---|---|---|---|---|
| *Enterprise Fork Lifts* | *welding* | *85* | *88* | *85.00* | *Closed down* |
| *Garwood Indu* | *welder* | *76* | *78* | *4.75* | *Closed down* |

CERTIFICATE OF APPLICANT (Read carefully before signing) I hereby certify that my answers to all the questions on this application are correct and if found to be false would be considered just and cause for discharge and I further affirm that I have not knowingly withheld any facts or circumstances that would detrimentally affect this application. I hereby authorize any former employer, person, firm or corporation listed herein, including this company to answer any and all questions and agree to hold all persons harmless for giving any and all truthful information within knowledge of records. I understand this is a preliminary application and not a contract to employ me. Furthermore in the event I am employed, my employment shall be completely voluntary may be terminated at will at any time upon notice by either myself or my company. I agree to take and pass a company - paid - for physical examination by a physician at any time after employment as a condition of employment. If employed, I agree to comply with all reasonable rules of the company as a condition of continued employment. In the event the company advances money or other things of value, or I otherwise become indebted financially to the company, I agree to repay the company and also that any wages due me upon termination may be offset by a deduction against any such monies due the company.

Date *10/5/04*

Signature of Applicant *Pauletta Thomas*

## CONCLUSION

For all the evidence and reasons submitted, Utility Trailer is not entitled to summary judgment.

Respectfully,

Jearldean Thomas

Jearldean Thomas
405 Highland Dr.
Enterprise, AL 36330
334-308-9996

## CERTIFICATE OF SERVICE

I hereby certify that on March 24, 2007, I have mailed by United States Postal Service the document to the following counsel:
Lehr Middlebrooks & Vreeland, P.C.
P. O. Box 11945
Birmingham, Alabama 35202

Jearldean Thomas