IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA OF
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, | ) |
| | ) |
| Plaintiff, | ) |
| v. | ) CASE NO. 1:05-cv-914-MEF |
| | )              WO |
| UTILITY TRAILER MANUFACTURING | ) |
| COMPANY, | ) |
| | ) |
| Defendant. | ) |

# **O R D E R**

After an independent review of the file, it is the ORDER, JUDGMENT and DECREE of the court that:

1. The plaintiff's affidavit (Doc. #47) filed on May 3, 2007, which the court construes as an objection to the Recommendation of the Magistrate Judge, is overruled;

2. The Recommendation of the Magistrate Judge (Doc. #46) filed on April 19, 2007 is adopted;

3. The defendant's motion for summary judgment (Doc. #37) is GRANTED with prejudice as to Counts One, Two, Three and Four.

DONE this the 7th day of May, 2007

                                              /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE