IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | CIVIL ACTION NO. 1:05CV914-MEF |
| ) | |
| UTILITY TRAILER ) | |
| MANUFACTURING COMPANY, ) | |
| ) | |
| Defendant. ) | |

**ORDER ON MOTION**

On May 7, 2007, Defendant filed a motion (Doc. #48) to Strike Plaintiff's Affidavit (Doc. #47). Because the District Court construed Plaintiff's Affidavit as containing Objections to the undersigned's Recommendation (Doc. #46) and, more importantly, entered an Order adopting the Recommendation (Doc. #49), it is

ORDERED that Defendant's motion (Doc. #48) is DENIED as MOOT.

DONE this the 8th day of May, 2007.

/s/ Wallace Capel, Jr.
WALLACE CAPEL, JR.
UNITED STATES MAGISTRATE JUDGE