IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF ALABAMA
NORTHERN DIVISION

RECEIVED
2007 JUN -5  P 3: 37

DEBRA P. HACKETT, CLK
U.S. DISTRICT COURT
MIDDLE DISTRICT ALA.

| | |
|---|---|
| Jearldean Thomas,  Plaintiff, | ) ) ) ) |
| v. | ) ) ) |
| UTILITY TRAILER MANUFACTUING COMPANY d/b/a UTILITY TRAILER CORPORATION,  Defendant. | ) ) ) ) ) |

CIVIL ACTION NUMBER:
1:05cv914-f

NOTICE OF APPEAL

*Of Summary Motion*

My brief is forth coming.

Respectfully Submitted,

*Jearldean Thomas*

Jearldean Thomas
Pro'se

## CERTIFICATE OF SERVICE

I herby certify that I have served a copy of the foregoing on the following counsel of record by placing same in the United States Mail, properly addressed and first class postage prepaid:

Lehr Middlebrooks & Vreeland, P.C.
P.O. Box 11945
Birmingham, Al 35202-1945

This the 5 day of June, 2007

Jearldean Thomas,
Pro'se