IN THE DISTRICT COURT OF THE UNITED STATES
FOR THE MIDDLE DISTRICT OF ALABAMA
SOUTHERN DIVISION

| | |
|---|---|
| JEARLDEAN THOMAS, ) | |
| ) | |
| Plaintiff, ) | |
| v. ) | CASE NO. 1:05-cv-914-MEF |
| ) | WO |
| UTILITY TRAILER MANUFACTURING ) | |
| COMPANY, ) | |
| ) | |
| Defendant. ) | |

# **O R D E R**

Upon consideration of the plaintiff's Motion for Leave to Proceed *in forma pauperis* (Doc. #53) filed on June 5, 2007, it is hereby

ORDERED that the motion is GRANTED.

DONE this the 8th day of June, 2007.

                                                  /s/ Mark E. Fuller
                                    CHIEF UNITED STATES DISTRICT JUDGE