# UNITED STATES DISTRICT COURT

## MIDDLE DISTRICT OF ALABAMA

OFFICE OF THE CLERK

POST OFFICE BOX 711

MONTGOMERY, ALABAMA 36101-0711

**DEBRA P. HACKETT**　　　　　　　　　　　　　　　　　　　　　　　　　　　　TELEPHONE
　CLERK　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　　(334) 954-3610

**August 28, 2007**

Mr. Thomas K. Kahn, Clerk　　　　　　　　　　　　　　　USDC No. CV-05-F-0914-S
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW　　　　　　　　　　　　　　　　　　USCA No. 07-12614-AA
Atlanta, GA   30303

IN RE: JERALDEAN THOMAS V. UTILITY TRAILER MANUFACTURING

Enclosed are documents regarding an appeal in this matter.  Please acknowledge receipt on the enclosed copy of this letter.

___Certified copy of Notice of Appeal, docket entries.  Judgment and Opinion/Order appealed from  enclosed.  If Opinion/Order was oral, please check box. [  ]

___First Notice of Appeal:__Yes,__ No    Date(s) of Other Notices:_____

Was there a hearing from which a transcript could be made:

___Yes, The Court Reporter(s) is/are:

___No           Date of Hearing(s):_____

THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____

___ IFP__; and/or APPEALABILITY/CPC is pending in this Court.

_____ Court Appointed Counsel/CJA; __Yes; ___No; Copy of Order Enclosed:

___The Appellate docket fee has been paid;__Yes,__No:_____Date , Receipt#_____

___Appellant has been   ___GRANTED;_DENIED IFP, Copy of Oder enclosed.

___Appellant has been   ___GRANTED;_DENIED CPC/APPEALABILITY, Copy of Order enclosed.

___Appeal Bond, ____ Supersedeas Bond

_X_ The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER

This is an appeal from a bankruptcy order; Bankruptcy Judge: _____

___This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:

　　　　　　　　　_1_ Volume(s) of Pleadings,  ____Volume(s) of Transcripts,

　　　　　　　　　___SEALED ITEMS, ie. __PSI(s)____; OTHER____; TAPE(s)_____

　　　　　　　　　___Exhibits:___Binder

　　　　　　　　　___Volume (s) of Original Papers

cc:　　　　　　　　　　　　Sincerely,

　　　　　　　　　　　　　　DEBRA P. HACKETT, CLERK

　　　　　　　　　　　　　　By:  Donna M. Norfleet
　　　　　　　　　　　　　　　　　Deputy Clerk