

**UNITED STATES DISTRICT COURT**
**MIDDLE DISTRICT OF ALABAMA**
OFFICE OF THE CLERK
POST OFFICE BOX 711
MONTGOMERY, ALABAMA 36101-0711

DEBRA P. HACKETT
CLERK

TELEPHONE
(334) 954-3610

August 28, 2007

Mr. Thomas K. Kahn, Clerk
United States Court of Appeals, Eleventh Circuit
56 Forsyth Street, NW
Atlanta, GA 30303

USDC No. CV-05-F-914-S

USCA No. 07-12614-AA

IN RE: JERALDEAN THOMAS V. UTILITY TRAILER MANUFACTURING

Enclosed are documents regarding an appeal in this matter. Please acknowledge receipt on the enclosed copy of this letter.
\_\_Certified copy of Notice of Appeal, docket entries. Judgment and Opinion/Order appealed from enclosed. If Opinion/Order was oral, please check box. [ ]
\_\_First Notice of Appeal:\_\_Yes,\_\_ No   Date(s) of Other Notices:_____
Was there a hearing from which a transcript could be made:
\_\_\_Yes, The Court Reporter(s) is/are:
\_\_\_No                              Date of Hearing(s):_____
THE FOLLOWING MATERIALS WERE SEALED IN THIS COURT (Order encl.):_____
\_\_\_ IFP\_\_; and/or APPEALABILITY/CPC is pending in this Court.
\_\_\_\_ Court Appointed Counsel/CJA; \_\_\_Yes; \_\_\_No; Copy of Order Enclosed:
\_\_\_\_The Appellate docket fee has been paid;\_\_Yes,\_\_No:_____Date , Receipt#_____
\_\_\_Appellant has been \_\_\_GRANTED;\_DENIED IFP, Copy of Oder enclosed.
\_\_\_Appellant has been \_\_\_GRANTED;\_DENIED CPC/APPEALABILITY, Copy of Order enclosed.
\_\_\_Appeal Bond, \_\_\_\_ Supersedeas Bond
 X  The District Judge or Magistrate Judge appealed from is Hon: MARK E. FULLER
This is an appeal from a bankruptcy order; Bankruptcy Judge: _____
\_\_\_This is a DEATH PENALTY appeal.

Certified record on appeal consisting of:
  1  Volume(s) of Pleadings, \_\_\_\_Volume(s) of Transcripts,
\_\_\_\_SEALED ITEMS, ie. \_\_PSI(s)\_\_\_\_; OTHER\_\_\_\_; TAPE(s)_____
\_\_\_\_Exhibits:\_\_\_\_Binder
\_\_\_\_Volume (s) of Original Papers

cc:                                              Sincerely,

                                                 DEBRA P. HACKETT, CLERK

                                                 By:  Donna M. Norfleet
                                                      Deputy Clerk